# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GABRIELA RAMIREZ, FIDELA AVINA, )
RUEL NIETO, KATHERINE RANOS, and )
EVALINA GONZALEZ, on behalf of )
themselves and all others similarly situated, ) Case No. 1:17-cv-02626
)
Plaintiff, ) Judge: Jorge L. Alonso
)
v. ) Magistrate Judge: Susan E. Cox
)
MIDLAND FUNDING, LLC; MIDLAND )
CREDIT MANAGEMENT, INC.; and )
ENCORE CAPITAL GROUP, INC., )
)
Defendants. )

## AFFIDAVIT OF MICHAEL BURGER IN SUPPORT OF
## MIDLAND FUNDING, LLC'S MOTION TO COMPEL ARBITRATION

**BEFORE ME**, the undersigned authority, personally appeared the herein named Affiant, who, being by me duly sworn, deposed as follows:

1.        I am over 18 years of age and fully competent and authorized to make this Affidavit on behalf of Midland Funding, LLC ("Midland Funding"), Midland Credit Management, Inc. ("MCM") and Encore Capital Group, Inc. ("Encore"). If called as a witness I could and would testify competently to the matters set forth herein.

2.        I currently hold the position of Director, Legal Collections Operations for Midland Credit Management, Inc. ("MCM"). MCM is the servicer and authorized agent for Midland Funding and manages the debt that is owned by Midland Funding. In my capacity as Director, Legal Collections Operations for MCM, I am responsible for, among other things, maintaining and overseeing "media," *e.g.*, the loan agreements, debt collection records and other account information pertaining to accounts and debt that MCM manages for Midland Funding. I am familiar with the recordkeeping practices and policies of MCM and Midland Funding, and make this Affidavit of my

301067265v1 0997515

own personal knowledge or upon my review of the records of MCM, which are maintained in the ordinary course of business.

3.     Some of the business records I reviewed, including some of the business records attached hereto, were created by businesses other than MCM. On information and believe, all of these records were made by, or from information transmitted by a person with knowledge of the event described therein, at or near the time of the event described, were kept in the ordinary course of the regularly conduct business activity of such persons, and it is the regular practice of those business activities to make and rely upon such records. These records have been incorporated into the business records of MCM and are routinely relied upon by MCM in conducting its business.

4.     Midland Funding was assigned Gabriela Ramirez's debt from Citibank, N.A. ("Citibank"), and MCM serviced Plaintiff's debt for Midland Funding. Records related to the Gabriela Ramirez's debt were made at or near the times of occurrence of the matters set forth by, or from information transmitted by, a person having knowledge of those matters reflected in such records. These records are kept in the course of business activity conducted by MCM. It is the regular practice of Midland Funding to make these records as part of its business activity. I make this statement from my own personal knowledge of the matters set forth herein, or based upon my review of the business records of MCM. If called as a witness, I could and would testify competently to the matters set forth in this affidavit.

5.     In my capacity as Director, Legal Collections Operations, I have familiarity with, and first-hand knowledge of, the contents of various business records that Midland Funding obtained from Citibank related to the Citibank credit card account with the last four digits 9027 ("the Account") in the name of Gabriela Ramirez.

6.     Pursuant to a May 26, 2016 Bill of Sale ("Bill of Sale"), Midland Funding purchased Gabriela Ramirez's charged-off debt from Citibank as part of a portfolio of charged-off Citibank

2

301119694v1 0997515

debts. Attached hereto as Exhibit A is a redacted copy of the Bill of Sale pertaining to Citibank's sale of the portfolio containing the Account to Midland Funding. Attached hereto as Exhibit B is a true and correct copy of the affidavit of sale of account by original creditor, further evidencing the sale of these charged-off debts to Midland Funding.

7.        The information pertaining to this portfolio of charged-off debts was transferred to Midland Funding in a computerized form through a media file containing the information applicable to each of the charged-off debts.

8.        Attached as Exhibit C is a redacted copy of the information in the media file identifying Gabriela Ramirez's debt as one of the purchased debts within the portfolio and statements received by Midland Funding from Citibank.

9.        Records that Midland Funding obtained from Citibank indicate that on or about August 19, 2015, Gabriela Ramirez made her last purchase using the credit card related to the Account.

10.        Records that Midland Funding obtained from Citibank indicate that on or about November 26, 2015, Gabriela Ramirez made her final payment on the Account. Exhibit C. Records that Midland Funding obtained from Citibank indicate that the Account was charged off on or about March 13, 2016, with an outstanding balance of $2,552.14. Exhibit C.

11.        Attached as Exhibit D is the credit card agreement Midland obtained from Citibank as the agreement that governed Gabriela Ramirez's account. Upon information and belief, the credit card agreement governed Ramirez's account at the time the account was charged off.

I, Michael Burger, declare and certify that I have read the foregoing Declaration and know its contents. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

3

301119694v1 0997515

Executed this 16th day of March, 2018

_(signature)_

Michael Burger
Director, Legal Collections Operations
Midland Credit Management, Inc.

## NOTARY JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    )
                       )
County of San Diego    )

Subscribed and sworn to (or affirmed) before me on Friday, March 16, 2018, by Michael Joseph Burger, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



CARLA ESTIBALIZ NAVARRO
Notary Public – California
San Diego County
Commission # 2212079
My Comm. Expires Sep 26, 2021

# EXHIBIT A

## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT, dated May 25, 2016 is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") to Midland Funding LLC, a limited liability company organized under the laws of the Delaware, with its headquarters/principal place of business at 3111 Camino del Rio North, Suite 103, San Diego, CA 92108 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated February 26, 2016 between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file.

With respect to information for the Accounts listed in Asset Schedule, to the best of the Bank's knowledge, the Bank represents and warrants to Buyer that (i) the Account information constitutes the Bank's own business records and accurately reflects in all material respects the information in the Bank's database; (ii) the Account information was kept in the regular course of business; (iii) the Account information was made at or near the time by, or from information transmitted by, a person with knowledge of the data entered into and maintained in the Account's database; and (iv) it is the regular practice of the Bank's business to maintain and compile such data.

**Citibank, N.A.**

By: _(Signature)_

Name: Terri E. Bergman, SVP
GEID: 0000491824
Citibank, N.A.
11500 NW Ambassador Drive, Ste. 400
Kansas City, MO 64153
Title: terri.bergman@citi.com
816-505-6803

**EXHIBIT 1**
**ASSET SCHEDULE**

The individual Accounts transferred are described in the final electronic file named ███████████████████████ and delivered by the Bank to Buyer, the same deemed attached hereto by this reference.

| Lot | Sale ID | # of Accounts | Sale Balance | Sale Rate | Cut-Off Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# EXHIBIT B

## AFFIDAVIT OF SALE OF ACCOUNT
## BY ORIGINAL CREDITOR

**State of Missouri**
**County of Platte**

Terri Bergman, being duly sworn, deposes and says:

I am a Senior Vice President of Citibank, N.A. ("CBNA") located at 701 East 60th Street North, Sioux Falls, SD 57117, am authorized to make the statements and representations herein and I am over 18 years of age. In this position, I have access to the creditor's books and records and am aware of the process of the sale of accounts and electronic storage of business records.

On or about May 25, 2016 CBNA sold a pool of charged-off accounts (the Accounts) by a Forward Flow Purchase and Sale Agreement and a Bill of Sale to Midland Funding LLC. As part of the sale of the Accounts, certain electronic records were transferred on individual accounts to the debt buyer. These records were kept in the ordinary course of business of creditor.

I am not aware of any errors in the information provided about the Accounts. The above statements are true to the best of my knowledge.

Signed this _____9_____ day of _____June_____, 2016.

_____
Terri Bergman

Sworn before me this ___9___ day of ___June___, 2016.

_____
Notary Public)

(Notary Seal/Stamp)

My Commission Expires: _____January 13, 2018_____

BRENDA MOSLEY
Notary Public-Notary Seal
State of Missouri, Ray County
Commission # 14566816
My Commission Expires Jan 13, 2018

# CERTIFICATE OF CONFORMITY

**STATE OF MISSOURI**
**CITY OF KANSAS CITY**

The undersigned does hereby certify that he/she is an attorney at law duly admitted to practice in the State of _Missouri_ and is a resident of _Douglas County_, in the State of _Kansas_; that he/she is a person duly qualified to make this certificate of conformity pursuant to the laws of the State of Missouri; that the foregoing acknowledgment by Terri Bergman named in the foregoing instrument taken before _Brenda Mosley_ a Notary in the State of Missouri was taken in the manner prescribed by such laws of the State of Missouri, being the State in which it was taken; and that it duly conforms with such laws and is in all respects valid and effective in such state.

_6/9/16_
Date

_Just L. McKly #66344_
Attorney at Law

# EXHIBIT C

| Field | Field Data |
| --- | --- |
| ACCOUNT NUMBER | █████████ 9027 |
| SALE AMOUNT | $2,552.14 |
| CHARGE OFF BALANCE | $2,552.14 |
| ACCOUNT OPEN DATE | 26-Nov-11 |
| CHARGE OFF DATE | 13-Mar-16 |
| LAST PAYMENT AMOUNT | $10.00 |
| LAST PAYMENT DATE | 26-Nov-15 |
| LAST PURCHASE AMOUNT | $30.75 |
| LAST PURCHASE DATE | 19-Aug-15 |
| CONSUMER FIRST AND MIDDLE NAME | GABRIEL |
| CONSUMER LAST NAME | RAMIREZ |
| CONSUMER RESIDENCE ADDRESS 1 | ████████████ |
| CONSUMER RESIDENCE CITY | CHICAGO |
| CONSUMER STATE | IL |
| CONSUMER ZIP CODE | ██████ |
| CONSUMER RESIDENCE PHONE | █████ 8465 |
| CONSUMER SSN OR SIN | *****9904 |
| CONSUMER BIRTH DATE | █████ |

Data printed from electronic records provided by Citibank, N.A. pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 05/25/2016 in connection with the sale of accounts from Citibank, N.A. to Midland Funding, LLC.

 

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
SEARS CREDIT CARDS
PO Box 6282, Sioux Falls, SD 57117-6282

**Customer Service:**
searscard.com
**Account Inquiries:**
1-800-669-8488

**Account Number:** ████████ 9027

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,220.77 |
| Payments | -$10.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| **Fees Charged** | **+$35.00** |
| **Interest Charged** | **+$46.52** |
| New Balance | $2,292.29 |
| Past Due Amount | $345.04 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $0.00 |
| Available Cash Limit | $0.00 |
| Amount Over Credit Limit | $292.29 |
| Statement Closing Date | 12/11/2015 |
| Next Statement Closing Date | 01/12/2016 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $2,292.29 |
| Minimum Payment Due | $741.85 |
| Payment Due Date | January 8, 2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 11 years | $5,026 |
| $91 | 3 years | $3,291 (Savings=$1,735) |

If you would like information about credit counseling services, call 1 877 337 8188.

Please update your phone number, including cell phone number on the back of the payment coupon.

## TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 11/26 | PAYMENT   THANK YOU | 8512106ABEHWV76LQ | $     10.00 |

### FEES
| | | | |
|---|---|---|---|
| 12/08 | LATE FEE | | $     35.00 |
| | **TOTAL FEES FOR THIS PERIOD** | | **$     35.00** |

### INTEREST CHARGED
| | | | |
|---|---|---|---|
| 12/11 | INTEREST CHARGE ON PURCHASES | | $     46.52 |
| | **TOTAL INTEREST FOR THIS PERIOD** | | **$     46.52** |

## Bringing your account current could make the season seem brighter

We're here for you and we can help. Payment options may be available to help you bring your account current.

**» Call 1-866-651-0486 today. For the hearing impaired, call our TDD line at 1-800-926-5818.**

Hours of operation: Monday–Thursday: 6:30 a.m. to 11:00 p.m. CT  •  Friday: 6:30 a.m. to 9:00 p.m. CT  •  Saturday and Sunday: 8:00 a.m. to 5:00 p.m. CT

8 ME 6

PLEASE SEE IMPORTANT INFORMATION ON PAGES 2 AND 4.          **Page 1 of 4**          **This Account is Issued by Citibank, N.A.**

↓   Please detach and return lower portion with your payment to insure proper credit. Retain upper portion for your records   ↓



PO BOX 6286
SIOUX FALLS, SD 57117-6286

**Statement Enclosed**

**Your Account Number is** ████████ 9027

We want to inform you that the Payment Remittance Address for this account has changed to:

**PO BOX 78051
PHOENIX, AZ 85062-8051**

Please make any necessary updates to any automatic bill payments.



| | |
|---|---|
| **Payment Due Date** | **January 8, 2016** |
| **New Balance** | **$2,292.29** |
| **Past Due Amount**† | **$345.04** |
| **Minimum Payment Due** | **$741.85** |

**Amount Enclosed: $**

†Past Due Amount is included in the Minimum Payment Due. Please print address changes on the reverse side.
**Make Checks Payable to ▼**

GABRIEL RAMIREZ
████████████
CHICAGO, IL ████████

SEARS CREDIT CARDS
PO BOX 78051
PHOENIX, AZ 85062-8051

02100 0074185 0229229 0001000 05121072036269027 0617

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances and balance transfers (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotion. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Balance Transfers.** Balance transfer amounts are included in the "Purchases" line in the Summary of Account Activity (if balance transfers are available on your account).

**Transaction Date.** The Transaction Date shown on the statement is also the Sale Date.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**
- **In-Store (Where Available).** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds. Not all stores accept payments. Contact your local store to see if in-store payments are accepted at that location.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

T09730

PLEASE SEE IMPORTANT INFORMATION ON PAGE 4

SMC/TGI/SCC/SCP/HIPs-2 DEC15

**Please provide change of address and update/add your phone numbers\*here:** (Use blue or black ink.)

_____

_____

| \*Cell: | \*Home: |

\***Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

| 2015 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2015 | $132.00 |
| Total Interest Charged in 2015 | $310.08 |

## ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promotion Trans Date | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| REGULAR | | | | | | | | | | |
| | - | - | $2,220.77 | $10.00- | $35.00 | $46.52 | $2,292.29 | - | - | - |
| CASH ADVANCES | | | | | | | | | | |
| REGULAR | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| TOTAL | | | $2,220.77 | $10.00- | $35.00 | $46.52 | $2,292.29 | $0.00 | $0.00 | |

| INTEREST CHARGE CALCULATION | | Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. | |
|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| PURCHASES | | | |
| REGULAR | 25.24% (D)(V) | $2,242.47 | $46.52 |
| CASH ADVANCES | | | |
| REGULAR | 27.15% (D)(V) | $0.00 | $0.00 |
| (V) = Variable Rate   (D) = Daily | | | |

| REWARDS SUMMARY | |
|---|---|
| Previous Points Balance | 5,037 |
| Points Earned | 0 |
| Points Adjusted | 0 |
| Points Expired | 368 |
| Points Redeemed | 0 |
| **Ending Points Balance** | **4,669** |
| Points Expiring on | 2,244 - 11/2016 |
| | 297 - 11/2017 |
| | 2,128 - 11/2018 |

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on Page 1.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:

- <u>Account information</u>: Your name and account number.
- <u>Dollar amount</u>: The dollar amount of the suspected error.
- <u>Description of problem</u>: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors <u>in writing</u>. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

**When we receive your letter, we must do two things:**

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**

- <u>If we made a mistake</u>: You will not have to pay the amount in question or any interest or other fees related to that amount.
- <u>If we do not believe there was a mistake</u>: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we will let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us <u>in writing</u> at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

EM

T09731 - ME-1238-5300-0035 - 9 - E - 0 - X - · 11/01/11 - 72 - · P - · 0 - Y - · - · 4 - 402 - 0 - 0 - SRSCH520 - · - · 02/10/15 - GDAB - November 11, 2015 - 0 - 0 - · V - N···

 

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
SEARS CREDIT CARDS
PO Box 6282, Sioux Falls, SD 57117-6282

**Customer Service:**
searscard.com
**Account Inquiries:**
1-800-669-8488

**Account Number:** 9027

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,963.59 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$30.75 |
| Cash Advances | +$0.00 |
| **Fees Charged** | **+$25.00** |
| **Interest Charged** | **+$41.72** |
| New Balance | $2,061.06 |
| Past Due Amount | $62.61 |

| | |
|---|---|
| Credit Limit | $2,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $50.00 |
| Available Cash Limit | $0.00 |
| Amount Over Credit Limit | $61.06 |
| Statement Closing Date | 09/11/2015 |
| Next Statement Closing Date | 10/12/2015 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $2,061.06 |
| Minimum Payment Due | $211.39 |
| Payment Due Date | October 8, 2015 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 12 years | $4,931 |
| $82 | 3 years | $2,960 (Savings=$1,971) |

If you would like information about credit counseling services, call 1 877 337 8188.

**You are over your credit limit.** Please pay at least the Minimum Payment Due, which includes an overlimit amount of $61.06. If you have already sent us this payment, thank you.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please update your phone number, including cell phone number on the back of the payment coupon.

## TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 08/19 | PARCHMENT  UNIV DOCS  480 719 1646 AZ | 55432867700NKEWYY | $    30.75 |

### Help may be available

If you're experiencing financial difficulty, we offer a number of payment solutions that may be available to help bring your account current if you qualify.

» **To explore which solutions you may be eligible for call us today at 1-866-518-9055. For the hearing impaired, call our TDD line at 1-800-926-5818.**

We're available to you 7 days a week.
Monday–Thursday: 6:30 a.m. to 11:00 p.m. CT
Friday: 6:30 a.m. to 9:00 p.m. CT
Saturday and Sunday: 8:00 a.m. to 5:00 p.m. CT

ME 6

PLEASE SEE IMPORTANT INFORMATION ON PAGES 2 AND 4.   **Page 1 of 4**   This Account is Issued by Citibank, N.A.

↓   Please detach and return lower portion with your payment to insure proper credit. Retain upper portion for your records   ↓

# sears®

PO BOX 6286
SIOUX FALLS, SD 57117-6286

**Your Account Number is** 9027

**Statement Enclosed**

| | |
|---|---|
| Payment Due Date | October 8, 2015 |
| New Balance | $2,061.06 |
| Past Due Amount† | $62.61 |
| Minimum Payment Due | $211.39 |

**Amount Enclosed: $**

†Past Due Amount is included in the Minimum Payment Due.
Please print address changes on the reverse side.
**Make Checks Payable to ▼**

GABRIEL RAMIREZ

CHICAGO, IL

SEARS CREDIT CARDS
PO BOX 688957
DES MOINES, IA 50368-8957

02126 0021139 0206106 0006000 05121072036269027 0616

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the payment due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing cycles in a row. We will begin charging interest on cash advances and balance transfers (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (the "excluded promotional balance") is excluded from the amount you must pay in full to get a grace period. However, you must still pay any separately required payment on the excluded promotion. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases so long as you pay the New Balance less any excluded promotional balances in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Balance Transfers.** Balance transfer amounts are included in the "Purchases" line in the Summary of Account Activity (if balance transfers are available on your account).

**Transaction Date.** The Transaction Date shown on the statement is also the Sale Date.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Mail Address shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**
- **In-Store (Where Available).** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds. Not all stores accept payments. Contact your local store to see if in-store payments are accepted at that location.
- **Online.** Go to the URL on Page 1 of your statement to make a payment. For security reasons, you may not be able to pay your entire New Balance the first time you make a payment online. The payment cutoff time for Online Bill Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **AutoPay.** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.
- **Phone.** Call the phone number on Page 1 of your statement to make a payment. We may process your payment electronically after we verify your identity. The payment cutoff time for Phone Payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.
- **Express Mail.** Send payment by courier or express mail to: Payments Department, 1500 Boltonfield Street, Columbus, OH 43228. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

T03174

SMC/TGI/SCC/SCP/HIPs-2 APR13

**Please provide change of address and update/add your phone numbers\*here:** (Use blue or black ink.)

\*Cell: _____  \*Home: _____



**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

**Please update your financial information.** Keeping our records current will allow us to better serve your credit needs.

Annual Income†: _____

Monthly Mortgage or Rent Payment: _____



**†Annual Income:** Examples include salary, wages, interest, dividends, rental income, or retirement benefits. If you are 21 or older, you may include income from others that you can reasonably access to pay your bills.

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

## TRANSACTIONS (cont.)

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|

**FEES**

| | | | |
|---|---|---|---|
| 09/08 | LATE FEE | | $ 25.00 |
| | TOTAL FEES FOR THIS PERIOD | | $ 25.00 |

**INTEREST CHARGED**

| | | | |
|---|---|---|---|
| 09/11 | INTEREST CHARGE ON PURCHASES | | $ 41.72 |
| | TOTAL INTEREST FOR THIS PERIOD | | $ 41.72 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2015 | $27.00 |
| Total Interest Charged in 2015 | $173.85 |

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| REGULAR | 25.24% (D)(V) | $2,011.51 | $41.72 |
| CASH ADVANCES | | | |
| REGULAR | 27.15% (D)(V) | $0.00 | $0.00 |
| (V) = Variable Rate   (D) = Daily | | | |

## REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 5,006 |
| Points Earned | 31 |
| Points Adjusted | 0 |
| Points Redeemed | 0 |
| **Ending Points Balance** | **5,037** |
| Points Expiring on | 368 - 11/2015 |
| | 2,244 - 11/2016 |
| | 297 - 11/2017 |
| | 2,128 - 11/2018 |

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau write us at the Customer Service address shown on Page 1.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

**When we receive your letter, we must do two things:**

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we will let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

EM

T03175 - ME -1238-5300-0035 - 9 - - 0 - X - - 11/01/11 - 72 - - P - - 0 - Y - - - 1 - 401 - 0 - 510 - SRSCH520 - - - 02/10/15 - GDAB - August 12, 2015 - 0 - 0 - - V - N-···

# EXHIBIT D

# CARD AGREEMENT

This Card Agreement is your contract with us. It governs the use of your card and account. The enclosed Facts About Interest and Fees ("Fact Sheet") is part of this Agreement. Please read this Agreement, including the Fact Sheet, carefully. Keep them for your records.

## Definitions

**account** means the relationship established between you and us by this Agreement.

**APR** means an annual percentage rate.

**authorized user** means any person you allow to use your account.

**card** means one or more cards or other access devices that we give you to get credit under this Agreement. This includes account numbers.

**we, us, and our** mean Citibank, N.A., the issuer of your account. Citibank, N.A. is located in Sioux Falls, SD.

**you, your, and yours** mean the person who applied to open the account. It also means any other person responsible for complying with this Agreement.

## Your Account

You agree to use your account in accordance with this Agreement. You must pay us for all amounts due on your account. This Agreement is binding on you unless you close your account within 30 days after receiving the card and you have not used or authorized use of the card. Your account must only be used for lawful transactions.

**Authorized Users.** You may request additional cards for authorized users. Each authorized user is your agent and may use, manage, and receive information about the account to the same extent as you, subject to any limitations we may impose. You must pay us for all charges made by authorized users. You must pay us even if you did not intend to be responsible for those charges. You must notify us to withdraw any permission you give to an authorized user to use your account.

**Joint Accounts.** If this is a joint account, each of you is responsible individually and together for all amounts owed. Each of you is responsible even if the account is used by only one of you. You will continue to be liable for the entire balance of the account, even if your co-applicant is ordered by a court to pay us. You will remain liable to us if your co-applicant fails to pay as ordered by the court. Your account status will continue to be reported to the credit bureau under each of your names. The delivery of notices or billing statements to either of you serves as delivery to each of you. We may rely on instructions given by either of you. We are not liable to either of you for relying upon such instructions.

**Credit Limit.** The full amount of your credit limit is available to use where the card is honored. We will notify you separately what part of your credit limit is available for cash advances. That part is called the cash advance limit. We may reduce or increase your credit limit or cash advance limit at any time for any reason, as permitted by law. We will notify you of any change, but the change may take effect before you receive the notice. You should always keep your total balance below the credit limit. However, if the total balance goes over your credit limit you still must pay us. If your account has a credit balance, we may reduce the credit balance by any new charges on your account. You may not maintain a credit balance in excess of your credit limit.

**Balance Transfers.** Balance transfers are an account feature that we make available to you through offers. The offer will describe the terms. All balance transfers are subject to the regular purchases APR unless a promotional rate applies.

**Checks.** We may provide you with convenience checks. When we do, we will tell you in writing whether they may be used for balance transfer transactions or cash advance transactions. If we tell you they may be used for balance transfer transactions, any use will be a balance transfer transaction. You may use them to transfer a balance to your account or make other transactions. If we tell you they may be used for cash advance transactions, any use will be a cash advance transaction even if you use the check to make a payment to another creditor. You may not use convenience checks to pay an amount owed to us under this Agreement or to pay another account with us or an affiliate. We do not certify these checks or return any checks that have been paid.

**Billing Statement.** Your billing statement shows the New Balance. This is the total amount you owe us on the Statement Closing Date. To determine the New Balance, we begin with the total balance at the start of the billing cycle. We add any purchases, balance transfers or cash advances. We subtract any credits or payments. We then add any interest charges or fees and make other adjustments.

Your billing statement also shows your transactions; the Minimum Payment Due and payment due date; your credit limit and cash

advance limit; and your interest charges and fees.

We deliver a billing statement to only one address. You must notify Customer Service of a change in address. We may stop sending you statements if we deem your account uncollectible or start collection proceedings; but we may continue to add interest and fees as permitted by law.

## APRs

**Account APRs.** For the APRs on your account, see the Fact Sheet.

**Variable APRs Based on Prime.** If any APR is based on the U.S. Prime Rate ("Prime Rate"), the APR will equal the Prime Rate plus an additional amount. The additional amount appears on the Fact Sheet in the Details About Your Interest Rate table. If the Prime Rate increases, it will cause the APR to increase. If the Prime Rate decreases, it will cause the APR to decrease. For each billing cycle we use the Prime Rate published in The Wall Street Journal two business days before the Statement Closing Date. If the Prime Rate causes an APR to change, we put the new APR into effect as of the first day of the billing cycle for which we calculate the APR. We apply the new APR to any existing balances, subject to any promotional rate that may apply. If The Wall Street Journal does not publish the Prime Rate, we will use a similar published rate.

**Effect of APR Increases.** If an APR increases, interest charges increase. Your minimum payment may increase as well.

## Promotions

We may offer promotional terms for all or a part of any balances. Any promotional terms may apply for a limited period of time. They will be governed by the terms of the promotional offer and this Agreement. Your promotional terms will end when the promotional period expires.

If a promotional offer is a deferred interest offer, no interest charges will be imposed on the deferred interest balance if you pay the balance in full by the end of the promotional period for that deferred interest balance. We will impose interest charges on the deferred interest balance at the APR for regular purchases from the date of purchase if you do not pay the balance in full by the end of the promotional period.

## Interest Charges Based on APRs

**Interest Charges.** We impose interest charges when we apply APRs to your account balances. We do this every day by using a daily periodic rate. To get a daily periodic rate, we divide the APR by 365.

**When Interest Charges Begin.** We begin to impose interest charges the first day we add a charge to a daily balance. The charges we add to a daily balance include purchases, balance transfers, and cash advances. They also include interest charges and fees. We continue to impose interest charges until we credit your account with full payment of the total amount you owe us.

**Grace Period on Purchases.** You can avoid interest charges on purchases, but not on balance transfers and cash advances. This is

called a grace period on purchases. The grace period is at least 25 days. To get a grace period on purchases, you must pay the New Balance by the payment due date every billing cycle. If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. In addition, if you have a major purchase plan balance, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase other than an excluded balance. However, you must still pay any separately required payment on the excluded balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance, so long as you pay the New Balance (less any excluded balance, plus any separately required payment on an excluded balance) in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**Calculation of Interest Charges – Daily Balance Method (Including Current Transactions).** We calculate interest charges each billing cycle. To do this:

- We start with each of your different balances. These balances include, for example, regular purchases, Old

Balances, regular cash advances, and different promotional balances. (When we calculate interest charges, we treat each deferred interest transaction separately even if it has the same terms as another deferred interest transaction and we treat balance transfers as regular purchases unless a promotional rate applies.)

- We calculate the daily balance for each of your different balances. To get a daily balance, we start with the balance as of the end of the previous day. We add any interest charge on the previous day's balance. (This results in daily compounding of interest charges.) We add any new charges. We then subtract any new credits or payments.
- We multiply each daily balance by the daily periodic rate that applies to it. We do this for each day in the billing cycle. This gives us the daily interest charges for each of your different balances.
- We add up all the daily interest charges. The sum is the total interest charge for the billing cycle.
- You authorize us to round interest charges to the nearest cent.

When we calculate daily balances, we add a purchase, balance transfer, or cash advance as of the Transaction Date. (The Transaction Date for a balance transfer or cash advance is the date we get a request to complete a transaction. When you send a convenience check directly to someone, the Transaction Date is the date we receive the check for payment. The Transaction Date is on the billing statement.) We add a transaction fee to the same balance as the transaction. We generally add other fees, including credit protection fees and insurance charges, to the regular purchase balance. We add any

remaining balance from a balance transfer at a promotional APR to the regular purchase balance. We do this on the day after the promotional period expires. We subtract a payment or credit as of the day it is credited to the account and then make other adjustments. We treat a credit balance as a balance of zero.

**Minimum Interest Charge.** If we charge you interest, the Fact Sheet shows the minimum amount we will charge. We add the charge to the regular purchase balance or allocate it among one or more of the balances that accrues interest.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each different balance. The Balance Subject to Interest Rate is the average of the daily balances during the billing cycle. A billing cycle begins on the day after the Statement Closing Date of the previous billing cycle. It includes the Statement Closing Date of the current billing cycle.

## Fees

**Annual Membership Fee.** If an annual membership fee applies, the Fact Sheet shows it. We will refund the annual membership fee if you notify us that you are closing your account within 30 days of the mailing or delivery date of the billing statement on which the fee appears. The fee is otherwise non-refundable. If this fee applies, we add it to the regular purchase balance.

**Transaction Fee for Cash Advances.** The Fact Sheet shows the amount of this fee. We add this fee for each cash advance. You take a cash advance if you use a cash advance convenience check; get money through an automated teller machine (ATM); or get money through home banking or a financial

institution. You also take a cash advance if you make a wire transfer; buy a money order, traveler's check, lottery ticket, casino chip, or similar item; or engage in a similar transaction.

**Transaction Fee for Balance Transfers.** The Fact Sheet shows the amount of this fee. We add this fee for each balance transfer. This fee is in addition to any periodic fee that may be imposed with a promotional offer. You make a balance transfer if you use a balance transfer convenience check or contact us to transfer a balance.

**Transaction Fee for Purchases in Foreign Currency.** The Fact Sheet shows the amount of this fee.

**Late Fee.** The Fact Sheet shows the amount of this fee. We may add a late fee for each billing cycle in which you have a past due payment. For late fee purposes, you have a past due payment any time you fail to pay the Minimum Payment Due (less the Amount Over Credit Limit shown on your billing statement) by the payment due date. We add this fee to the regular purchase balance.

**Returned Payment Fee.** The Fact Sheet shows the amount of this fee. We may add a returned payment fee for a returned payment. A returned payment is an electronic debit, payment check, or similar payment instrument, that is returned unpaid. We may add this fee the first time your payment is returned, even if it is not returned upon resubmission. We add this fee to the regular purchase balance.

**Returned Convenience Check Fee.** The Fact Sheet shows the amount of this fee. We may add a returned convenience check fee for a returned convenience check. A returned convenience check is any convenience check we do not honor. We may not honor these

checks if the amount of the check would cause the balance to go over the cash advance limit or credit limit. We also may not honor these checks if you default; if you did not comply with our instructions regarding the check; if your account has been closed; or for other reasons. We add this fee to the regular purchase balance.

**Stop Payment on Convenience Check Fee.** The Fact Sheet shows the amount of this fee. We add this fee if we honor your request to stop payment on a convenience check. Write us at P.O. Box 6275, Sioux Falls, SD 57117 to stop payment on a convenience check. You can also call the Customer Service number on the billing statement. However, if you call, you must confirm the call in writing within 14 days. A written stop payment order is good for 6 months unless renewed in writing. We add this fee to the regular purchase balance.

## Information on Foreign Currency Conversion

Our network provider is MasterCard. MasterCard converts transactions in foreign currencies into U.S. dollars. MasterCard follows its own procedures to do so. These may change from time to time without notice. Currently, MasterCard uses a conversion rate in effect one day before its transaction processing date. It uses a government-mandated rate if required to do so. If not, it uses a wholesale market rate. A third party may convert a transaction into U.S. dollars or another currency before sending it to MasterCard. In these cases, the third party selects the conversion rate.

If you take a cash advance in a foreign currency at a branch or ATM of one of our affiliates, an affiliate of ours may convert it into U.S. dollars. This applies regardless of which network provider's card you use to take the cash advance. Our affiliate currently uses a conversion rate in effect on its processing date. It uses a government-mandated rate if required to do so. If not, it uses a mid-point market rate. Our affiliates' procedure may change from time to time without notice.

The conversion rate you get is the one used on the transaction's processing date. This may be different from the one in effect on the Transaction Date or post date for the transaction.

## Payments

**Minimum Payment Due.** You may pay all or part of your account balance at any time. However, you must pay at least the Minimum Payment Due by the payment due date each billing cycle. The sooner you pay the New Balance, the less you will pay in interest charges. The Fact Sheet shows the minimum payment calculation method that applies to your account.

**Application of Payments.** Payments in excess of the Minimum Payment Due are applied in accordance with law. This means that we will generally apply payments in excess of the Minimum Payment Due to higher APR balances first. However, excess payments received before a deferred interest promotion expires are applied to the deferred interest promotional balance first in the last two billing cycles of the promotional period. And, if the expiration date of a deferred interest promotion is before the payment due date in the billing cycle in which the deferred interest promotion expires, excess payments received before the deferred interest promotion expires are applied to the deferred interest promotional balance first in the last three billing cycles of the promotional period. Payments equal to or less than the Minimum Payment Due and credits are applied at our discretion and you authorize us to apply payments and credits in a way that is most favorable or convenient for us. This may include applying such payments and credits to lower APR balances first and to balances with longer promotional periods first.

**Payment Instructions.** We credit your payments in accordance with our payment instructions on the billing statement. You must pay us in U.S. dollars. To do so, you must use a check, similar instrument, or electronic debit that is drawn on and honored by a bank in the U.S. Do not send cash. We can accept late or partial payments, or payments that reflect "paid in full" or other restrictive endorsements, without losing our rights. We also reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the U.S. If we do, we select the currency conversion rate. We will then credit your account in U.S. dollars after deducting any costs incurred in processing your payment. Or we may bill you separately for these costs.

## Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may report account information in your name and the names of authorized users. We may also obtain follow-up credit reports on you.

If you think we reported incorrect information to a credit bureau, write us at the Customer Service address on the billing statement. We will investigate the matter. We will then tell you if we agree or disagree with you. If we agree with you, we will contact each credit bureau to which we reported and request a correction. If we disagree with you, we will tell you that.

## Information Sharing

You authorize us to share information about you as permitted by law. This includes information we get from you and others. It also includes information about your transactions with us. Please see our Privacy Notice for details about our information sharing practices.

## Changes to this Agreement

**We may change the rates, fees, and terms of this Agreement from time to time as permitted by law. The changes may add, replace, or remove provisions of this Agreement. We will give you advance written notice of the changes and a right to opt out to the extent required by law.**

## Default

You default under this Agreement if you fail to pay the Minimum Payment Due by its due date; go over your credit limit; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; pay by electronic debit that is returned unpaid; file for bankruptcy; or fail to comply with the terms of this Agreement. If you default, we may close your account and, to the extent permitted by law, demand immediate payment of the total balance.

## Refusal of the Card, Closed Accounts, and Related Provisions

**Refusal of the Card.** We do not guarantee approval of transactions. We are not liable for transactions that are not approved. That is true even if you have enough credit. We may limit the number of transactions approved in one day. If we detect unusual or suspicious activity, we may suspend your credit privileges.

**Preauthorized Charges.** We may suspend any automatic or other preauthorized card charges you arrange with a third party. We may do this if you default; if the card is lost or stolen; or we change your account for any reason. If we do this, you are responsible for paying the third party directly if you wish to do so. You are also responsible for reinstating the preauthorized charges if you wish to do so and we permit it.

**Lost or Stolen Cards, Account Numbers, or Convenience Checks.** You must call us if any card, account number, or check is lost or stolen. You must also call us if you think someone used or may use them without permission. When you call, we may require you to provide information to help our investigation. We may require you to provide this information in writing. For example, we may ask you to identify any charges that were not made by you or someone authorized by you. We may also ask you to confirm that you received no benefit from those charges.

**Closing Your Account.** You may close your account by notifying us in writing or over the phone. If you close your account, you must still repay the total balance in accordance with this Agreement.

We may also close your account or suspend account privileges at any time for any reason. We may do this without prior notice to you. We may also reissue a different card at any time. You must return any card to us upon request.

---

## ARBITRATION

***PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.***

**THIS SECTION PROVIDES THAT DISPUTES MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, HAVE A JURY TRIAL OR INITIATE OR PARTICIPATE IN A CLASS ACTION. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN IN COURT. THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT (FAA), AND SHALL BE INTERPRETED IN THE BROADEST WAY THE LAW WILL ALLOW.**

### Covered claims

- *You or we may arbitrate* any claim, dispute or controversy between you and us arising out of or related to your account, a previous related account or our relationship (called "Claims").
- **If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.**

Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present, or future conduct; and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/ subsidiary company.

## Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.
- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.
- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

## How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.
- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim, motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.
- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.
- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

## Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

## The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

## Survival and Severability of Terms

This arbitration provision shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale of your account, or amounts owed on your account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no

arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

### Rules for rejecting this arbitration provision

You may reject this arbitration provision by sending a written rejection notice to us at: P.O. Box 790340, St. Louis, MO 63179. Your rejection notice must be mailed within 45 days of account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us. Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the account.

---

### Governing Law and Enforcing our Rights

**Governing Law.** Federal law and the law of South Dakota, where we are located, govern the terms and enforcement of this Agreement. **Enforcing this Agreement.** We will not lose our rights under this Agreement because we delay in enforcing them or fail to enforce them. **Collection Costs.** To the extent permitted by law, you are liable to us for our legal costs if we refer collection of your account to a lawyer who is not our salaried employee. These costs may include reasonable attorneys' fees. They may also include costs and expenses of any legal action.
**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party.

## For Further Information

Call us toll-free for further information. Call the toll-free Customer Service telephone number shown on the billing statement or on the back of your card. You can also call local or toll-free Directory Assistance to get our telephone number.

Ken Stork
Vice President

Citibank, N.A.
P.O. Box 6000
Sioux Falls SD 57117

---

**Your Billing Rights:**
*Keep this Document for Future Use*
This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

***What To Do If You Find A Mistake On Your Statement***
If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement.

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
• Within 60 days after the error appeared on your statement.

• At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

***What Will Happen After We Receive Your Letter***
When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:
• *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
• *If we do not believe there was a mistake:* You will have to pay the amount in question,

along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at the address for billing inquiries and correspondence shown on the front of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

© 2016 Citibank, N.A.          EA-SGM-0116