# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GABRIELA RAMIREZ, FIDELA AVINA, RUEL NIETO, KATHERINE RANOS, and EVALINA GONZALEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. 1:17-cv-02626 |
| Plaintiff, | ) ) | Judge: Jorge L. Alonso |
| v. | ) ) | Magistrate Judge: Susan E. Cox |
| MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC., | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF ANGEL NAYMAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

**BEFORE ME**, the undersigned authority, personally appeared the herein named Affiant, who, being by me duly sworn, deposed as follows:

1.      I, the below-signed Affiant, am an adult and citizen of the United States of America.

2.      This Affidavit is made on behalf of non-party Synchrony Bank, formerly known as GE Capital Retail Bank ("Synchrony"), in connection with the matter of *Fidela Avina et al v. Midland Funding, LLC et al.* Synchrony is a federal savings bank with its charter home office in Draper, Utah.

3.      I am employed by Synchrony as a Lead Litigation Analyst. In this position, I have personal knowledge of the business records of Synchrony and I am a qualified person authorized to declare and certify on behalf of Synchrony. If called as a witness, I can testify to a court competently as to my knowledge of the facts contained herein.

4.      The facts stated herein are within my personal knowledge and are based upon my review of the relevant business records of Synchrony, including those annexed hereto. My responsibilities include regularly accessing and reviewing Synchrony's cardholder records,

131544826v1 0992156

301067412v1 0997515

maintaining and compiling histories of credit card agreements, including communications to and from cardholders. In this role, I am also familiar with the manner in which mailings are sent to Synchrony cardholders. I have performed these responsibilities for Synchrony and its predecessors since 2011.

5.    In the ordinary course of its regular conducted business, Synchrony maintained electronic records related to each account. These records are made by, or from, information transmitted by an individual with knowledge of the events described therein at or near the time of the event described in each record. Among other things, these records enable Synchrony to determine what documents were sent to a cardholder, and when those documents were sent. Synchrony relies on these electronic records in the ordinary course of managing and servicing its cardholder's accounts.

6.    Synchrony's records reflect that on or about January 3, 2014, an application for an Old Navy credit card was submitted in the name of Fidela Avina. On the same day, Synchrony approved the application and issued an Old Navy credit card in the name of Fidela Avina with an account number ending in 5070 (the "Account").

7.    Synchrony's records reflect that the credit card and cardholder agreement for the Old Navy account (the "Account Agreement") were mailed to Fidela Avina at the address of record on the Old Navy Account of                   Chicago, Illinois via the United States Postal Service. The Account Agreement is attached as **Exhibit A**. Synchrony has no record that the credit card or the Account Agreement was returned as undeliverable.

8.    Enclosed within the billing statement dated April 22, 2015 was a change in the terms to the Account. The change in terms is attached hereto as **Exhibit B**.

2

9.    Synchrony records reflect that the last purchase posted to the Account was on September 23, 2016, which is reflected on the billing statement annexed hereto as **Exhibit C**.

10.   Synchrony records reflect that the last payment posted to the Account was on September 15, 2016, which is reflected on the billing statement annexed hereto as **Exhibit D**.

11.   The Account was charged off on April 19, 2017. The final billing statement issued prior to charge off for the Account is annexed hereto as **Exhibit E**.

12.   As part of Synchrony's regular activities in the ordinary course of business, Synchrony maintains a record of any correspondence it receives from its cardholders, including requests to reject or opt out of the arbitration provision. I have reviewed Synchrony's records, and I have found no record of a notice from Fidela Avina exercising her right to reject the arbitration provision governing the Account where such record would have been kept.

13.   According to Synchrony's records, Synchrony sold the Account to Midland Funding, LLC in May 2017. The Account was one of the accounts sold by Synchrony to Midland Funding, LLC under the Bill of Sale and Affidavit of Sale of Account annexed hereto as **Exhibit F**.

_Angel Nayman_
Angel Nayman

Sworn to and Subscribed before me on this ___12ᵀᴴ___ day of ___FEB___, 2018

_Notary Public in and for ___PENNINGTON COUNTY, SOUTH DEKOTA___

_Barry J. Castetter___
Printed Name of Notary
My Commission Expires ___My Commission Expires___
                                       July 2, 2020

> BARRY J CASTETTER
> (SEAL) NOTARY PUBLIC (SEAL)
> SOUTH DAKOTA

131544826v1 0992156

301067412v1 0997515

# EXHIBIT A

**GE CAPITAL RETAIL BANK**





**SECCIÓN 1: TABLA DE TASAS, CARGOS Y CUOTAS**
**CONTRATO DE CUENTA DE TARJETA GAP INC. VISA**

| Tasas de Interés y Cargos por Interés | |
|---|---|
| **Tasa de Porcentaje Anual (APR) para Compras** | **23.99%** <br> Esta Tasa de Porcentaje Anual (APR) variará con el mercado con base en la Tasa Preferencial (Prime Rate). |
| **Tasa de Porcentaje Anual (APR) para Transferencias de Saldo (Balance)** | 23.99% <br> Esta Tasa de Porcentaje Anual (APR) variará con el mercado con base en la Tasa Preferencial (Prime Rate). |
| **Tasa de Porcentaje Anual (APR) para Adelantos en Efectivo** | 25.99% <br> Esta Tasa de Porcentaje Anual (APR) variará con el mercado con base en la Tasa Preferencial (Prime Rate). |
| **Pagando de Interés** | Su fecha de vencimiento es al menos 23 días después del cierre de cada ciclo de facturación. No le cobraremos interés alguno en compras si paga su saldo (balance) total a más tardar en la fecha de vencimiento cada mes. Comenzaremos a cobrar interés en adelantos en efectivo y transferencias de saldo (balance) en la fecha de la transacción. |
| **Cargo Mínimo de Interés** | Si se le cobra interés, el cargo no será menos de $1.50. |
| **Para Consejos sobre Tarjetas de Crédito del Consumer Financial Protection Bureau** | **Para conocer más sobre los factores que debe considerar cuando solicite o utilice una tarjeta de crédito, visite el sitio de Internet del Consumer Financial Protection Bureau en http://www.consumerfinance.gov/learnmore.** |

| Cargos y Cuotas | |
|---|---|
| **Cuotas por Transacción** | |
| • Transferencia de Saldo (Balance) | **$5** o **3%** del monto de cada transferencia, el que sea mayor. |
| • Adelanto en Efectivo | **$10** o **4%** del monto de cada adelanto en efectivo, el que sea mayor. |
| • Transacción en el Extranjero | **3%** de cada transacción. |
| **Cargos por Penalización** | |
| • Pagos Atrasados | Hasta **$35** |

**VEA EL PRÓXIMO PANEL PARA MÁS INFORMACIÓN SOBRE SU CUENTA.**

1

**Cómo Calcularemos Su Saldo (Balance):** Utilizamos un método denominado el "saldo (balance) diario". Consulte su contrato de cuenta de tarjeta de crédito en la próxima página para más detalles.

**Derechos de Facturación:** La información sobre sus derechos a disputar transacciones y cómo ejercer esos derechos se proporciona en su contrato de cuenta de tarjeta de crédito en la próxima página.

## SECCIÓN II: TASAS, CARGOS, CUOTAS E INFORMACIÓN DE PAGO
## CONTRATO DE CUENTA DE TARJETA
## GAP INC. VISA

| Cómo Se Calcula el Interés | |
|---|---|
| **Su Tasa de Interés** | Utilizamos una tasa diaria para calcular el interés sobre el saldo (balance) de su cuenta cada día. La tasa diaria es la tasa de Porcentaje Anual (APR) aplicable multiplicada por 1/365. |
| | El interés se impondrá en montos o a tasas que no excedan esos permitidos por la ley aplicable. |
| | La Tasa de Porcentaje Anual (APR) para compras es la tasa preferencial (prime rate) más 20.74%. Al 1 agosto de 2013, la tasa diaria para compras fue .06573% (Tasa de Porcentaje Anual (APR) 23.99%). |
| | La Tasa de Porcentaje Anual (APR) para transferencias de saldo (balance) es la tasa preferencial (prime rate) más 20.74%. Al 1 de agosto de 2013, la tasa diaria para transferencias de saldo (balance) fue .06573% (Tasa de Porcentaje Anual (APR) 23.99%). |
| | La Tasa de Porcentaje Anual (APR) para adelantos en efectivos es la tasa preferencial (prime rate) más 22.74%. Al 1 de agosto de 2013, la tasa diaria para adelantos en efectivo fue .07121% (Tasa de Porcentaje Anual (APR) 25.99%). |
| | **Las Tasas Diarias Pueden Variar.** Las Tasas de Porcentaje Anual (APRs) y las tasas diarias en su cuenta varían con el mercado con base en la tasa preferencial (prime rate). La tasa preferencial (prime rate) para un ciclo de facturación es la tasa de interés preferencial (prime rate) más alta de préstamos bancarios conforme se publique en *The Wall Street Journal*, en su sección "Money Rates" (Tasas Monetarias) el último día hábil del mes calendario anterior al primer día del ciclo de facturación. |
| | Si la tasa preferencial (prime rate) aumenta, las tasas diarias y las Tasas de Porcentaje Anual (APRs) aumentarán. Como resultado, el interés, su pago mínimo total y el número de pagos que le tomaría liquidar el saldo (balance) de su cuenta pueden aumentar. Aplicamos cualquier cambio en las tasas diarias debido a un cambio en la tasa preferencial (prime rate) al saldo (balance) total de su cuenta. Un cambio en la tasa preferencial (prime rate) entrará en vigencia el primer día del ciclo de facturación después del cambio. Podemos seleccionar un nuevo índice de tasa de interés si la tasa preferencial (prime rate) no se encuentra disponible. |
| **Cuándo Cobramos Interés** | **Compras.** Nosotros cobramos interés en sus compras a partir de la fecha en la que realice la compra hasta que pague la compra en su totalidad. Vea las excepciones a continuación. |
| | • No le cobraremos interés durante un ciclo de facturación en ninguna compra si: |
| |    1. Usted no tenía un saldo (balance) al principio del ciclo de facturación; O |
| |    2. Usted tenía un saldo (balance) al principio del ciclo de facturación y pagó ese saldo (balance) en su totalidad a más tardar en la fecha de vencimiento en ese ciclo de facturación. |
| | • Acreditaremos, al principio del ciclo de facturación, cualquier pago que usted realice a más tardar en la fecha de vencimiento que asignamos a compras si: |
| |    1. Usted no tenía un saldo (balance) al principio del ciclo de facturación anterior; O |
| |    2. Usted tenía un saldo (balance) al principio del ciclo de facturación anterior y pagó ese saldo (balance) en su totalidad a más tardar en la fecha de vencimiento en el ciclo de facturación anterior. |
| | **Transferencias de Saldo (Balance) y Adelantos en Efectivo.** Cobramos interés en sus transferencias de saldo (balance) y adelantos en efectivo y sus cuotas relacionadas, a partir de la fecha en la cual realiza la transacción hasta que las pague en su totalidad. Usted no puede evitar el pago de interés en transferencias de saldo (balance) o adelantos en efectivo o en sus cuotas relacionadas. |
| **Cómo Calculamos el Interés** | Nosotros calculamos el cargo por interés en su cuenta por separado para cada tipo de saldo (balance). Hacemos esto al aplicar la tasa diaria al saldo (balance) diario para cada día en el ciclo de facturación. Un saldo (balance) diario separado se calcula para los siguientes tipos de saldo (balance), como aplique: compras, transferencias de saldo (balance), adelantos en efectivo y saldos (balances) sujetos a distintas tasas de interés, planes o promociones especiales. Vea a continuación para conocer cómo esto funciona: |
| |    1. Cómo obtener el saldo (balance) diario. Tomamos el saldo (balance) inicial cada día, sumamos cualquier nuevo cargo y cargo/cuota y restamos cualquier pago o crédito. Esto nos da el saldo (balance) diario. |
| |      Aplicamos los cargos/las cuotas a los tipos de saldo (balance) como sigue: |
| |      (a) los cargos por pagos atrasados se tratan como compras nuevas; |
| |      (b) las cuotas de cancelación de deuda se agregan proporcionalmente a cada saldo (balance); |
| |      (c) las cuotas por adelantos en efectivo se agregan al saldo (balance) de adelantos en efectivo; |
| |      (d) las cuotas por transferencias de saldo (balance) se agregan al saldo (balance) de transferencias de saldo (balance); y |
| |      (e) las cuotas por transacciones realizadas en el extranjero se agregan al saldo (balance) de compras. |
| |    2. Cómo obtener el monto del interés diario. Multiplicamos cada saldo (balance) diario por la tasa diaria que aplique. |
| |    3. Cómo obtener el saldo (balance) inicial para el próximo día. Sumamos el monto del interés diario en el paso 2 al saldo (balance) diario del paso 1. |
| |    4. Cómo obtener el cargo por interés para el ciclo de facturación. Sumamos todos los montos de interés diarios que se cobraron durante el ciclo de facturación. |
| | Cobramos un cargo mínimo de interés de $1.50 en cualquier ciclo de facturación en el cual usted debe interés. Este cargo se agrega proporcionalmente a cada tipo de saldo (balance). |

028252S GAP C DC SPA_v2LN_ NAL.indd 2      9/5/13 11 37 AM

| Cómo Funcionan los Cargos/las Cuotas | |
|---|---|
| **Cuota por Transferencias de Saldo (Balance)** | Nosotros cobraremos esta cuota por cada transferencia de saldo (balance) que realice. |
| **Cuota por Adelantos en Efectivo** | Nosotros cobraremos esta cuota por cada adelanto en efectivo que realice. Para adelantos en efectivo en cajeros automáticos, esta cuota es adicional a cualquier cuota que el propietario del cajero automático pueda cobrarle por utilizar el cajero automático. |
| **Cuota por Transacción en el Extranjero** | Nosotros cobramos esta cuota por compras o adelantos en efectivo que realice en monedas que no sean dólares estadounidenses y/o en un país que no sea los EE.UU., sin importar si la transacción se realizó en una moneda extranjera. |
| | Si realiza una transacción con su cuenta en una moneda que no sea dólares estadounidenses, Visa U.S.A. Inc. ("Visa") convertirá el monto de la transacción a dólares estadounidenses utilizando su procedimiento de conversión de moneda. Mediante el procedimiento de conversión de moneda que actualmente utiliza Visa, el monto de la transacción que no sea en dólares estadounidenses se convierte a un monto en dólares estadounidenses al multiplicar el monto de la transacción en la moneda que no es dólares estadounidenses por una tasa de conversión de moneda. Actualmente, los reglamentos de operación de Visa estipulan que la tasa de conversión de moneda es (1) una tasa seleccionada por Visa del rango de tasas disponibles en mercados de moneda mayoristas para la fecha de procesamiento central aplicable, cual tasa puede variar de la tasa que Visa en sí recibe, o (2) la tasa obligatoria vigente impuesta por el gobierno para la fecha de procesamiento central aplicable. La tasa de conversión de moneda que se encuentre vigente en la fecha de procesamiento central puede diferir de la tasa vigente en la fecha de la transacción o la fecha de ingreso y puede ser mayor que la tasa que hubiera obtenido si hubiera convertido dólares estadounidenses a la moneda extranjera. |
| **Cargo por Pagos Atrasados** | Cobraremos este cargo si no recibimos el pago mínimo total a vencer en su cuenta a más tardar a las 5 p.m. (Hora del Este) en la fecha de vencimiento. Este cargo es equivalente a: |
| | 1. $25, si ha pagado su pago mínimo total a vencer a más tardar en la fecha de vencimiento en cada uno de los seis ciclos de facturación anteriores. |
| | O |
| | 2. $35, si no ha realizado el pago mínimo total a vencer a más tardar en la fecha de vencimiento en cualquiera de uno o más de los seis ciclos de facturación anteriores. |
| | El cargo por pagos atrasados no será más que el pago mínimo total que venció. |

**Cálculo del Pago Mínimo**
Su pago mínimo total se calcula como mostrado a continuación.

El mayor entre:

1. $25 (que incluye cualquier monto vencido)

O

2. La suma de:
   a. Cualquier monto vencido; MÁS
   b. 1% del nuevo saldo (balance) mostrado en su estado de cuenta; MÁS
   c. Cualquier cargo por pagos atrasados cargado en el ciclo de facturación actual; MÁS
   d. Todo interés cargado en el ciclo de facturación actual; MÁS
   e. Cualquier pago a vencer relacionado con una compra promocional especial con un cálculo de pago único.

Redondeamos al próximo dólar entero más alto al determinar su pago mínimo total. Su pago mínimo total nunca será más que su nuevo saldo (balance).

# SECCIÓN III: DISPOSICIONES ESTÁNDARES
# CONTRATO DE CUENTA DE TARJETA GAP INC. VISA

## INFORMACIÓN SOBRE EL CONTRATO DE CUENTA TARJETA DE CRÉDITO

**Este Contrato.** Éste es un Contrato entre usted y GE Capital Retail Bank, 170 Election Road, Suite 125, Draper, UT 84020, para su cuenta de tarjeta de crédito mostrada arriba. Al abrir o utilizar su cuenta, usted acepta los términos y condiciones del Contrato completo. El Contrato completo incluye las cuatro secciones de este documento y la solicitud que nos presentó en relación con la cuenta. Estos documentos reemplazan cualquier otro contrato relacionado a su cuenta que usted o nosotros celebramos anteriormente o a la misma vez.

**Partes Al Presente Contrato.** El presente Contrato aplica a cada titular de cuenta aprobado en la cuenta y cada uno de ustedes es responsable por pagar el monto total adeudado, sin importar quien de ustedes use la cuenta. Podemos tratar a cada uno de ustedes como un titular de cuenta y nos podemos referir a cada uno de ustedes como "usted" o "su". GE Capital Retail Bank se puede referir como "nosotros", "nos" o "nuestro".

**Cambios Al Presente Contrato.** Nosotros podemos modificar, agregar o eliminar cualquiera de los términos y condiciones del presente Contrato incluyendo las tasas de interés, cargos/cuotas y cargos.

**Promociones Especiales.** Los términos y condiciones del presente Contrato aplican a toda promoción especial. No obstante, cualquier término o condición promocional especial que sea distinto a los términos y condiciones del presente Contrato se explicará en el anuncio promocional o las otras declaraciones provistas a usted.

## CÓMO USAR SU CUENTA/TARJETA

**El Uso De Su Cuenta.** Usted puede utilizar su cuenta solamente para fines personales, familiares o domésticos permitidos por la ley. Usted puede usar su cuenta para realizar compras de tiendas minoristas, por Internet u Outlet/Factory de Gap, Old Navy, Banana Republic, Piperlime o Athleta ubicadas en los Estados Unidos, Puerto Rico y Canadá y de cualquier otro comerciante que acepte las tarjetas de crédito Visa. Usted puede obtener adelantos de efectivo, como descrito en más detalle a continuación. Ocasionalmente, le podemos ofrecer la oportunidad para transferir saldos (balances) desde sus otras cuentas de tarjeta de crédito a esta cuenta. Los detalles de los términos y condiciones aplicables a transferencias de saldo (balance) se proporcionarán con la oferta. Usted no puede usar su cuenta para pagar montos que nos debe en esta cuenta o cualquier otra cuenta que tenga con nosotros.

**Adelantos en Efectivo.** Nosotros podemos ofrecerle la oportunidad de obtener un adelanto en efectivo con cheques de conveniencia que le enviemos. Podemos no abonar un cheque de conveniencia por cualquier razón estipulada en el cheque. Usted también puede obtener dinero en efectivo o realizar un retiro de cualquier institución o cajero automático que acepte la tarjeta o la cuenta. Además, trataremos cualquier compra de ciertos artículos similares al dinero en efectivo como adelantos en efectivo. Los artículos similares al dinero en efectivo incluyen, por ejemplo, giros postales, cheques de caja, cheques de viajero, transferencias electrónicas o telegráficas, moneda extranjera u otras transacciones realizadas en un banco, pagos de impuestos, billetes de lotería y otras transacciones de apuestas legales, costos judiciales, fianzas y multas.

**Su Compromiso de Pago.** Usted se compromete a pagarnos todos los montos que nos adeude en virtud del presente Contrato.

**Su Responsabilidad.** Cada titular de cuenta recibirá una tarjeta. Usted no puede permitir que otra persona use su cuenta. Si lo hace, o si nos pide enviarle una tarjeta a otra persona, usted será responsable por pagar todos los cargos que resultan de sus transacciones.

**Límites de Transacción.** Para prevenir el fraude, nosotros podemos limitar el número o monto en dólares de transacciones que pueda realizar en cualquier período de tiempo particular. También podemos declinar cualquier cargo particular en su cuenta por cualquier razón.

**Límite de Crédito.** A usted se le asignará un límite de crédito y límite de adelantos en efectivo en su cuenta que nosotros podemos aumentar o disminuir ocasionalmente. Si aprobamos una transacción que lo causa exceder su límite de crédito o su límite de adelantos en efectivo, no renunciamos a ninguno de nuestros derechos en virtud del presente Contrato y no lo tratamos como un aumento en cualquiera de sus límites.

## CUÁNDO Y CÓMO DEBE REALIZAR LOS PAGOS

**Cuándo Vencen los Pagos.** Usted debe realizar al menos el pago mínimo total a vencer en su cuenta a más tardar a las 5 p.m. (Hora del Este) en la fecha de vencimiento de cada ciclo de facturación. Pagos recibidos después de las 5 p.m. (Hora del Este) se acreditarán al próximo día. Usted puede, en cualquier momento, pagar, en parte o en su totalidad, el saldo (balance) total impago sin cargo adicional por el prepago. Si tiene un saldo (balance) sujeto a interés, el pago anticipado puede reducir el monto del interés que pagará. Podemos demorarnos en reestablecer el crédito disponible en su cuenta en el monto de su pago aunque acreditaremos su pago cuando lo recibamos.

**Opciones de Pago.** Usted puede pagar por correo o por Internet. Nosotros podemos permitirle realizar pagos por teléfono pero le cobraremos una cuota por realizar pagos urgentes por teléfono. Su pago se debe realizar en dólares estadounidenses por medio de un cheque físico o electrónico, giro postal o instrumento similar de un banco ubicado en los Estados Unidos.

**Cómo Realizar Un Pago.** Usted debe seguir las instrucciones para realizar pagos provistas en su estado de cuenta. Si no lo hace, la acreditación de su pago puede demorarse hasta cinco días. Su estado de cuenta también explica cómo la información en su cheque se usa.

**Asignación de Pagos.** Aplicaremos el pago mínimo total requerido a los saldos (balances) en su cuenta usando cualquier método que elegimos. Cualquier pago que realice en exceso del pago mínimo total requerido se aplicará a saldos (balances) con Tasas de Porcentaje Anual (APRs) mayores antes de saldos (balances) con Tasas de Porcentaje Anual (APRs) menores. La ley vigente puede requerir o permitir que nosotros apliquemos pagos en exceso de una manera distinta en ciertas situaciones, como cuando su cuenta tiene un cierto tipo de promoción especial.

## INFORMACIÓN SOBRE USTED

**Usando Y Compartiendo Su Información.** Cuando usted solicitó una cuenta, usted nos proporcionó a nosotros y a The Gap, Inc. (Gap Inc.) información sobre usted mismo que pudiéramos compartir entre nosotros. Gap Inc. utilizará la información en relación con el programa de crédito y para cosas como el crear y actualizar sus registros y ofrecerle beneficios especiales. Más información sobre cómo usamos y compartimos información se estipula en la política de privacidad para su cuenta.

**Cambio de Dirección/Teléfono.** Usted acuerda notificarnos inmediatamente si cambia su dirección o número(s) de teléfono. Nos comunicaremos con usted a la dirección o número de teléfono en nuestros registros hasta que podamos actualizar nuestros registros con su nueva dirección o número de teléfono.

**Consentimiento a Comunicaciones.** Usted nos da su consentimiento para comunicarnos con usted utilizando todo medio de comunicación, y con todo fin. Utilizaremos toda la información de contacto que nos proporcione. Usted también da su consentimiento para que nosotros y cualquier otro propietario o prestador de servicio de su cuenta nos comuniquemos con usted usando cualquier medio de comunicación. Esto puede incluir mensajes de texto, cualquier sistema automático de llamadas telefónicas y/o una voz artificial o pregrabada. Este consentimiento aplica aun si se le cobra por la llamada de acuerdo con su plan telefónico. Usted es responsable por cualquier cargo que le sea facturado por su proveedor de servicios de comunicación cuando lo contactemos.

**Monitorización Telefónica.** Para fines de control de calidad, usted nos permite escuchar y/o grabar las llamadas telefónicas entre usted y nosotros.

## INFORMACIÓN IMPORTANTE SOBRE SU CUENTA

**Cerrando Su Cuenta.** Usted puede cerrar su cuenta en cualquier momento enviando una carta a la dirección mostrada en su estado de cuenta o llamando a servicio al cliente. Nosotros podemos cerrar su cuenta en cualquier momento y por cualquier razón. Si su cuenta se cierra, usted debe parar de utilizarla. Usted aún deberá pagarnos el monto total que debe y el presente Contrato permanecerá vigente hasta que lo haga.

**Costos de Cobranza.** Si le pedimos a un abogado, quien no es nuestro empleado asalariado, cobrar su cuenta, podemos cobrarle nuestros costos de cobranza. Estos incluyen costos judiciales y honorarios de abogado razonables.

**Informes A Las Agencias de Información de Crédito.** Nosotros podemos reportar información sobre su cuenta a las agencias de información de crédito. Los pagos atrasados, pagos faltantes u otros incumplimientos en su cuenta se pueden mostrar en su informe de crédito. Díganos si usted piensa que reportamos información incorrecta sobre usted a una agencia de información de crédito. Escríbanos a P.O. Box 965005, Orlando, FL 32896-5005. Díganos qué información es incorrecta y la razón por la cual piensa que es incorrecta. Si tiene una copia del informe de crédito que incluye la información incorrecta, envíenos una copia del informe.

**Incumplimiento.** Usted se encuentra en incumplimiento si usted realiza un pago atrasado, no cumple cualquier otro término o condición del presente Contrato o se declara en quiebra o se encuentra insolvente. Si se encuentra en incumplimiento o ante su fallecimiento, podremos (a) pedir el pago del monto total adeudado inmediatamente, (b) entablar una acción legal para cobrar todo monto adeudado; y/o (c) tomar cualquier acción permitida por la ley.

**Montos Disputados. El resumen de sus derechos de facturación en la sección IV del presente Contrato describe lo que debe hacer si piensa que hay un error en su factura. Si nos envíe correspondencia sobre un monto o pago disputado, debe enviarla a la dirección para consultas de facturación. No renunciamos a ninguno de nuestros derechos en virtud de este Contrato si aceptamos un pago que indica "pago en su totalidad" o se proporciona con cualquier otra condición o limitación.**

**Uso No Autorizado.** Si su tarjeta se pierde, es robada o se usa sin su consentimiento, llámenos inmediatamente al 1-866-450-4467 para las Cuentas de Tarjeta de Gap Visa, 1-866-450-2330 para las Cuentas de Tarjeta de Banana Republic Visa y 1-866-450-5294 para las Cuentas de Tarjeta de Crédito Old Navy. Usted no será responsable por ningún uso no autorizado en su cuenta pero será responsable por todo el uso por alguien a quien usted le de su tarjeta o le permita usar su cuenta.

**Transacciones Procesadas en la Red Visa.** Las transacciones realizadas con su tarjeta de crédito en una tienda Gap Inc. o en un sitio web Gap Inc. son procesadas por GE Capital Retail Bank y no son procesadas en la red Visa. Como resultado, estas transacciones no son elegibles para ciertos beneficios que aplican a transacciones procesadas a través de la red Visa. Por ejemplo, las transacciones realizadas en una tienda Gap Inc. o un sitio web de Gap Inc. no cuentan como transacciones elegibles para promociones que sean patrocinadas por Visa, como "Visa Extras". Su cuenta está protegida contra el uso no autorizado como se estipula en el presente Contrato. Además, la política de Cero Responsabilidad de Visa aplica a todas las transacciones que no se realicen en una tienda Gap Inc. o un sitio web de Gap Inc.

## INFORMACIÓN IMPORTANTE SOBRE EL PRESENTE CONTRATO

**Cesión.** Nosotros podremos vender, ceder o transferir cualquiera o todos de nuestros derechos u obligaciones en virtud del presente Contrato o su cuenta incluyendo nuestros derechos a pagos. No tenemos que darle aviso previo de dicha acción. Usted no podrá vender, ceder ni transferir ninguno de sus derechos u obligaciones en virtud del presente Contrato o su cuenta.

**Exigibilidad.** Si se determina que alguna parte del presente Contrato es nula o inexigible, todas las otras partes del presente Contrato aún aplicarán.

**Leyes Vigentes.** Con excepción de lo estipulado en la sección Resolviendo una Disputa con Arbitraje, el presente Contrato y su cuenta se rigen por la ley federal y, hasta el grado en el que deba aplicarse la ley estatal, las leyes de Utah independientemente de los principios internos de conflicto de leyes. El presente Contrato ha sido aceptado por nosotros en Utah.

**Renuncia.** Nosotros podemos renunciar algunos de nuestros derechos en virtud del presente Contrato. Si renunciamos a cualquiera de nuestros derechos en una situación, no renunciamos al mismo derecho en otra situación.

## RESOLVIENDO UNA DISPUTA CON ARBITRAJE

**POR FAVOR LEA ESTA SECCIÓN DETALLADAMENTE. SI USTED NO LA RECHAZA, ESTA SECCIÓN APLICARÁ A SU CUENTA, Y LA MAYORÍA DE LAS DISPUTAS ENTRE USTED Y NOSOTROS ESTARÁN SUJETAS AL ARBITRAJE INDIVIDUAL. ESTO SIGNIFICA QUE: (1) NI UN TRIBUNAL NI JUICIO POR JURADO RESOLVERÁ CUALQUIER DICHA DISPUTA; (2) USTED NO PODRÁ PARTICIPAR EN UNA ACCIÓN COLECTIVA (DE CLASE) O PROCEDIMIENTO SIMILAR; (3) MENOS INFORMACIÓN ESTARÁ DISPONIBLE; Y (4) LOS DERECHOS DE APELACIÓN SE LIMITARÁN.**

- **Cuáles reclamaciones están sujetas al arbitraje**

  1. Si usted o nosotros realizamos una demanda para arbitraje, usted y nosotros debemos arbitrar cualquier disputa o reclamación entre usted o cualquier otro usuario de su cuenta y nosotros, nuestras empresas afiliadas, agentes y/o Gap Inc. si se relaciona a su cuenta, excepto como anotado a continuación.

  2. No le requeriremos arbitrar: (1) cualquier caso individual en un tribunal de demandas de menor cuantía o tribunal equivalente de su estado, siempre y cuando permanezca un caso individual en ese tribunal; o (2) cualquier demanda que iniciamos para cobrar dinero que nos adeuda. No obstante, si usted responde a una demanda judicial de cobranza al alegar alguna fechoría, le podremos requerir arbitrar.

  3. A pesar de cualquier otro lenguaje en esta sección, solamente un tribunal, no un árbitro, decidirá disputas sobre la validez, exigibilidad, cobertura o alcance de esta sección o cualquier parte de esta (incluyendo sin limitación, el próximo párrafo de esta sección y/o esta oración). No obstante, cualquier disputa o argumento que se relaciona con la validez o exigibilidad del Contrato en su totalidad lo determinará el árbitro, no un tribunal.

- **Ninguna Acción de Clase o Acción Colectiva**

  **USTED ACUERDA A NO PARTICIPAR EN UNA ACCIÓN COLECTIVA (DE CLASE), REPRESENTATIVA O DE FISCAL GENERAL PRIVADO CONTRA NOSOTROS EN UN TRIBUNAL O ARBITRAJE. TAMBIÉN USTED NO PODRÁ PRESENTAR RECLAMACIONES CONTRA NOSOTROS A NOMBRE DE CUALQUIER TITULAR DE CUENTA QUIEN NO SEA UN TITULAR DE CUENTA EN SU CUENTA Y USTED ACUERDA QUE SOLAMENTE LOS TITULARES DE CUENTA EN SU CUENTA SE PUEDEN JUNTAR EN UN ARBITRAJE INDIVIDUAL CON CUALQUIER RECLAMACIÓN QUE TENGA.**

  Si un tribunal determina que este párrafo no se puede exigir en su totalidad, solamente esta oración permanecerá vigente y el resto será nulo y sin efecto y la determinación del tribunal estará sujeta a apelación. Este párrafo no aplica a ninguna demanda judicial o procedimiento administrativo iniciado contra nosotros por una agencia gubernamental federal o estatal aun cuando dicha agencia solicita un remedio a nombre de una clase de prestatarios, incluyendo usted. Esto significa que nosotros no tenemos el derecho a exigir el arbitraje de ninguna reclamación presentada por dicha agencia.

- **Cómo comenzar un arbitraje y el proceso de arbitraje**

  1. La parte que desea arbitrar debe notificar a la otra parte por escrito. Este aviso se puede proporcionar después del comienzo de una demanda judicial y puede proporcionarse en los documentos presentados en la demanda judicial. De lo contrario, su aviso se debe enviar a GE Capital Retail Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201, ATTN: ARBITRATION DEMAND. La parte que solicita el arbitraje debe seleccionar un administrador del arbitraje, el cual puede ser el American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org, (800) 778-7879, o JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, (800) 352-5267. Si ninguno de estos administradores ni puede ni está dispuesto a manejar la disputa, entonces el tribunal asignará un árbitro.

  2. Si una parte presenta una demanda judicial afirmando una(s) reclamación(es) que están(n) sujeta(s) a arbitraje y la otra parte presenta una petición para exigir el arbitraje, el cual se otorga, será la responsabilidad de la parte afirmando la(s) reclamación(es) comenzar el procedimiento de arbitraje.

  3. El administrador de arbitraje designará al árbitro y le dirá a las partes el próximo paso de tomar. El árbitro debe ser un abogado con al menos diez años de experiencia legal. Una vez designado, el árbitro debe aplicar la misma ley y principales legales, de conformidad con la Ley Federal de Arbitraje (Federal Arbitration Act o "FAA" por sus siglas en inglés) que aplicarían en un tribunal, pero puede utilizar distintas reglas de procedimiento. Si las reglas del administrador entran en conflicto con este Contrato, este Contrato controlará.

  4. El arbitraje se llevará a cabo por teléfono o en una ubicación que sea razonablemente conveniente. Ante su solícitud, pagaremos todas las cuotas que cobra el administrador o árbitro, siempre y cuando creemos que usted está actuando de buena fe. Siempre pagaremos estos costos de arbitraje, así como también sus honorarios y costos legales, hasta el grado que prevalezca sobre las reclamaciones que afirma contra nosotros en un procedimiento de arbitraje que haya comenzado.

- **Ley Que Rige para el Arbitraje**

  Esta sección de Arbitraje de su Contrato se rige por la Ley Federal de Arbitraje (Federal Arbitration Act o "FAA" por sus siglas en inglés). La ley de Utah aplicará hasta el grado en el que la ley estatal sea relevante en virtud de la FAA. La decisión del árbitro será definitiva y de carácter vinculante, excepto por cualquier derecho de apelación en virtud de la FAA. Todo tribunal con jurisdicción podrá dictar sentencia sobre el laudo del árbitro.

- **Cómo rechazar esta sección**

  **Usted puede rechazar esta sección de Arbitraje de su Contrato. Si lo hace, solamente un tribunal se podrá utilizar para resolver cualquier disputa o reclamación. Para rechazar esta sección, usted debe enviarnos un aviso dentro de los 60 días después de que abra su cuenta o de que nosotros primero le proporcionamos un derecho a rechazar esta sección. El aviso debe incluir su nombre, dirección y número de cuenta y enviarse por correo a GE Capital Retail Bank, P.O. Box 965012, Orlando, FL 32896-5012. Ésta es la única manera por la cual puede rechazar esta sección.**

## SECCIÓN IV: OTRA INFORMACIÓN IMPORTANTE
## CONTRATO DE CUENTA DE TARJETA GAP INC. VISA

### AVISOS ESTATALES

**RESIDENTES DE CALIFORNIA:** Si es casado, usted puede solicitar una cuenta separada.

**RESIDENTES DE NEW YORK:** Un informe de crédito del consumidor se puede obtener en relación con la evolución de su solicitud y subsiguientemente en relación con las actualizaciones, renovaciones o extensiones de crédito por el cual se realiza esta solicitud. Ante su solicitud, se le informará si un informe fue obtenido, y si lo fue, se le proporcionará el nombre y la dirección de la agencia de información sobre consumidores.

**RESIDENTES DE OHIO:** Las leyes de Ohio contra la discriminación requieren que todos los acreedores sean equitativos en el otorgamiento de crédito a todos los clientes solventes y que las agencias de información de crédito mantengan historiales de crédito independientes para cada persona, cuando se les solicite. La Comisión de Derechos Civiles de Ohio es la encargada de que se cumpla con esta ley.

**RESIDENTES DE WISCONSIN:** Ninguna disposición de un contrato de bienes matrimoniales, declaración unilateral en virtud de la Sección 766.59, Estatutos de Wisconsin, o decreto judicial en virtud de la Sección 766.70, Estatutos de Wisconsin, afectará adversamente el interés del acreedor, a menos que a éste, antes de la fecha de otorgamiento del crédito, se le entregue una copia del contrato, declaración o decreto o tenga conocimiento fehaciente de la disposición adversa al momento en que se incurre en la obligación al acreedor. **Los residentes casados de Wisconsin que soliciten una cuenta individual deberán proporcionarnos el nombre y la dirección de su cónyuge también es residente de Wisconsin, independientemente de si éste podrá utilizar la tarjeta. Por favor proporciónenos esta información a P.O. Box 965004, Orlando, FL 32896-5004.**

**RESIDENTES DE PUERTO RICO:** Usted puede solicitar una copia de esta Contrato en inglés.

**Su firma en la solicitud o en el recibo de venta (o pantalla por Internet) por la compra inicial aprobada en esta cuenta representa su firma en este Contrato. Está se incorpora aquí por referencia.**

**Hemos firmado el presente Contrato como sigue:**

*Margaret M. Keane*

Margaret Keane
Presidente y Directora Ejecutiva
GE Capital Retail Bank

---

### RESUMEN DE SUS DERECHOS DE FACTURACIÓN

*Sus Derechos de Facturación: Guarde este Documento para Uso Futuro*

Este aviso le informa sobre sus derechos y nuestras responsabilidades en virtud de la Ley de Facturación Imparcial de Crédito (*Fair Credit Billing Act*).

*Qué Debe Hacer Si Encuentra Un Error En Su Estado de Cuenta*

Si usted piensa que existe un error en su estado de cuenta, escríbanos a:

GE Capital Retail Bank
P.O. Box 965003
Orlando, FL 32896-5003

En su carta, proporciónenos la siguiente información:

• *Información de cuenta:* Su nombre y número de cuenta.

• *Monto en dólares:* El monto en dólares del supuesto error.

• *Descripción del problema:* Si usted piensa que existe un error en su factura, describa qué usted cree es incorrecto y la razón por la cual cree que existe un error.

Debe comunicarse con nosotros:

• Dentro de 60 días después de que el error apareció en su estado de cuenta.

• Al menos 3 días hábiles antes de que un pago automatizado sea programado, si usted desea cesar el pago en el monto que usted piensa es incorrecto.

Debe notificarnos de cualquier posible error por escrito. Puede llamarnos, pero si lo hace no se nos requiere investigar cualquier posible error y pueda tener que pagar el monto en cuestión.

*Qué Ocurrirá Después De Que Recibamos Su Carta*

Cuando recibamos su carta, debemos hacer dos cosas:

1. Dentro de 30 días de recibir su carta, debemos informarle que recibimos su carta. También le informaremos si ya hemos corregido el error.

2. Dentro de 90 días de recibir su carta, debemos corregir el error o explicarle la razón por la cual creemos que el estado de cuenta es correcto.

Mientras investigamos si ha habido un error o no:

• No podremos intentar a cobrarle el monto en cuestión, ni informarlo como moroso en ese monto.

• El cargo en cuestión puede permanecer en su estado de cuenta, y podemos continuar cobrándole interés en ese monto.

• Aunque no tiene que pagar el monto en cuestión, usted es responsable por el resto de su saldo (balance).

• Podemos aplicar cualquier monto impago contra su límite de crédito.

Después de que terminemos nuestra investigación, una de dos cosas ocurrirá:

• *Si cometimos un error:* Usted no tendrá que pagar el monto en cuestión ni ningún interés u otro cargo/cuota relacionado con ese monto.

• *Si no creemos que hubo un error:* Usted tendrá que pagar el monto en cuestión, junto con el interés y cargos/cuotas aplicables. Le enviaremos un estado de cuenta del monto que debe y la fecha en la que el pago vence. Entonces podemos informarlo como moroso si no paga el monto que creemos que debe.

028252S GAP   C DC SPA_v2LN_   NAL.indd   6                                                                                          9/5/13   11 37 AM

Si recibe nuestra explicación pero aún cree que su factura es incorrecta, debe escribirnos dentro de *10 días* informándonos que aún rehúsa pagar. Si lo hace, no podremos informarlo como moroso sin también informar que está cuestionando su factura. Tendremos que comentarle a usted el nombre de cualquier persona a quien le hayamos informado de su estado de mora y debemos informarles a esas organizaciones cuando el asunto se haya resuelto entre nosotros.

Si no cumplimos con todas estas reglas, no tendrá que pagar los primeros $50 del monto cuestionado, incluso si su factura es correcta.

*Sus Derechos Si No Está Satisfecho Con Sus Compras Con Tarjeta de Crédito*

Si no está satisfecho con los bienes o servicios que compró con su tarjeta de crédito, y de buena fe ha tratado de corregir el problema con el comerciante, usted puede tener el derecho a no pagar el resto del monto adeudado en la compra.

Para utilizar este derecho, todo lo siguiente debe ser verídico:

1. La compra debe haberse realizado en su estado de residencia o dentro de 100 millas de su dirección postal actual, y el precio de compra debe haber sido más de $50. (Tome en cuenta: Ninguno de estos es necesario si su compra fue basada en un anuncio que le enviamos por correo, o si la empresa que le vendió los bienes o servicios nos pertenece.)
2. Debe haber utilizado su tarjeta de crédito para la compra. Las compras realizadas con adelantos en efectivo de un cajero automático o con un cheque que accede a su cuenta de tarjeta de crédito no califican.
3. Debe no haber pagado la compra en su totalidad.

Si todo el criterio arriba se cumple y aún no está satisfecho con la compra, comuníquese con nosotros por escrito a:

GE Capital Retail Bank
P.O. Box 965003
Orlando, FL 32896-5003

Mientras investigamos, las mismas reglas aplican al monto disputado como estipulado arriba. Después de que terminemos nuestra investigación, le informaremos sobre nuestra decisión. En ese momento, si pensamos que debe un monto y no lo paga, podremos informarlo como moroso.

## TÉRMINOS Y CONDICIONES DEL PROGRAMA DE RECOMPENSAS

**Definiciones:**

- Todos los titulares de Cuentas de Tarjeta de Crédito Gap o Cuentas de Tarjeta Gap Visa (cada una, una "Cuenta Gap") son elegibles para participar en el Programa de Recompensas Gap.
- Todos los titulares de Cuentas de Tarjeta de Crédito Banana Republic o Cuentas de Tarjeta Banana Republic Visa (cada una, una "Cuenta Banana Republic") son elegibles para participar en el Programa de Recompensas Banana Republic.
- Todos los titulares de Cuentas de Tarjeta de Crédito Old Navy o Cuentas de Tarjeta Old Navy Visa (cada una, una "Cuenta Old Navy") son elegibles para participar en el Programa de Recompensas Old Navy.
- "Cuenta" significa una Cuenta Gap, Cuenta Banana Republic o Cuenta Old Navy.
- "Cuenta Visa" significa una Cuenta de Tarjeta Gap Visa, Cuenta de Tarjeta Banana Republic Visa o Cuenta de Tarjeta Old Navy Visa.
- El Programa de Recompensas Gap, Programa de Recompensas Banana Republic y Programa de Recompensas Old Navy son denominados colectivamente en el presente como el "Programa de Recompensas."

Si participa en el Programa de Recompensas para su Cuenta, usted acepta los siguientes Términos y Condiciones del Programa de Recompensas ("Términos y Condiciones"):

**Para calificar:** El Programa de Recompensas aplica cuando usted realiza una compra utilizando su Cuenta y cumple con los siguientes requisitos: su Cuenta: 1) se encuentra abierta, 2) al día y 3) no tiene más de dos (2) pagos vencidos ambos en el momento en el que gane Puntos de Recompensas ("Puntos") como en el momento en el que se emitan Tarjetas de Recompensa por parte de un Programa de Recompensas y éstas sean canjeadas por usted. El Programa de Recompensas no aplica a compras realizadas con dinero en efectivo o una tarjeta de débito o a compras de productos Gap, Banana Republic u Old Navy realizadas con tarjetas de crédito que no sean una de las Cuentas. Además, los Puntos solamente se ganan en la Cuenta utilizada para realizar la compra y no se basan en la tienda de la cual se realizó la compra. Por ejemplo, si usa una Cuenta Gap para comprar productos Old Navy, usted ganará Puntos en su Cuenta Gap (y no en una Cuenta Old Navy). Si tiene más de una Cuenta, no puede transferir ni combinar sus Puntos entre las Cuentas.

**Beneficios para el Titular:** El Programa de Recompensas le proporciona los siguientes beneficios:

1. Compre en las tiendas o por Internet en Gap, GapBody, babyGap, GapKids, Gap Maternity, Gap Outlet, Banana Republic, Banana Republic Factory Store, Old Navy, Piperlime o Athleta en los Estados Unidos, Canadá o Puerto Rico o directamente con Athleta a través del teléfono o por correo (cada una, una "Ubicación de Tienda"). No se ganan recompensas por compras realizadas en tiendas Intermix o en intermixonline.com. Por cada dólar gastado en compras netas (compras netas son mercancía adquirida menos devoluciones y ajustes) cargadas a su Cuenta en cualquier Ubicación de Tienda, usted ganará cinco Puntos. Usted ganará un Punto por cada dólar en compras netas realizadas en: (1) otros comerciantes y cargadas a su Cuenta Visa, o (2) Ubicaciones de Tienda fuera de los Estados Unidos, Puerto Rico y Canadá que se carguen a su Cuenta. Las transferencias de saldo (balance), adelantos en efectivo, cargos por financiamiento y cargos/cuotas no califican para obtener Puntos. Los Puntos serán acreditados al saldo (balance) del Programa de Recompensas de su Cuenta.
2. Por cada 1,000 Puntos que gane en su Cuenta Gap o Banana Republic, usted recibirá un Certificado de Recompensa con valor de $10 para esa Cuenta. Las Tarjetas de Recompensa Gap o Banana Republic se emitirán en incrementos de $10, con un valor mínimo de $10 y un valor máximo de $50. Por cada 500 Puntos que gane en su Cuenta Old Navy, usted recibirá una Tarjeta de Recompensa con valor de $5 para esa Cuenta. Las Tarjetas de Recompensa Old Navy se emitirán en incrementos de $5, con un valor mínimo de $5 y un valor máximo de $50. Las Tarjetas de Recompensa se emitirán por la misma marca de la Cuenta. Múltiples Tarjetas de Recompensa podrán emitirse para una Cuenta; no obstante, no se emitirán más de $250 en Tarjetas de Recompensa en cualquier ciclo de facturación. Cualesquier Puntos en un ciclo de facturación que sean menores del monto requerido para la denominación más baja para una Tarjeta de Recompensa en la cuenta o sean mayores de $250 en Tarjetas de Recompensa se aplicarán para una Tarjeta de Recompensa en un ciclo de facturación futuro. Por ejemplo, si usted gana 2,500 Puntos en su Cuenta Gap, usted recibirá una Tarjeta de Recompensa Gap con valor de $20 y 500 Puntos se pasarán en su saldo (balance) de Recompensas para su próximo ciclo de facturación; si usted gana 5,000 Puntos en su Cuenta Banana Republic, usted recibirá una Tarjeta de Recompensa Banana Republic con valor de $50; y si usted gana 1,500 Puntos en su Cuenta Old Navy, usted recibirá una Tarjeta de Recompensa Old Navy con valor de $15.
3. No existe límite en la cantidad de Puntos que puede ganar en un año calendario para una Cuenta. Los puntos de Recompensas ganados que no se hayan utilizado para la emisión de una Tarjeta de Recompensa vencerán 24 meses después de su última compra si Cuenta ha estado inactiva (i.e. no ha ocurrido ninguna actividad de compra en su Cuenta) por 24 meses. Las Tarjetas de Recompensa vencerán en la fecha de vencimiento estipulada en la Tarjeta.
4. La(s) Tarjeta(s) de Recompensa generalmente se emitirá(n) en su Cuenta con el estado de cuenta para el período durante el cual usted acumuló el número requerido de Puntos para una Tarjeta de Recompensa, o en algunas ocasiones hasta dos (2) ciclos de facturación después.

**Canje de Recompensas:** Usted puede canjear una Tarjeta de Recompensa en una Ubicación de Tienda dentro de las fechas válidas mostradas en la Tarjeta de Recompensa al (i) presentar y entregar la Tarjeta de Recompensa en la tienda o (ii) proporcionar el código de la Tarjeta de Recompensa por Internet, a través del teléfono o por correo. Las Tarjetas de Recompensa sólo podrán canjearse en Ubicaciones de Tiendas para realizar compras cargadas a su Cuenta. Usted puede canjear hasta tres (3) Tarjetas de Recompensa en una compra de un artículo individual. Las Tarjetas de Recompensa se pueden combinar con cualquier oferta promocional individual, y se pueden usar para comprar artículos rebajados en cualquier Ubicación de Tienda. Las recompensas no se pueden canjear en tiendas Intermix ni en intermixonline.com. Cuando canje su Tarjeta de Recompensa, el valor de su compra deberá ser mayor que el valor de la(s) Tarjeta(s) de Recompensa. Las Tarjetas de Recompensa no pueden acreditarse a una cuenta, canjearse por dinero en efectivo o su equivalente, aplicarse a compras anteriores o utilizarse para compras de tarjetas de regalo. Si devuelve mercancía adquirida con una(s) Tarjeta(s) de Recompensa, el valor en dólares de la(s) Tarjeta(s) de Recompensa asignado al (a los) artículo(s) devueltos se convertirá a Puntos de Recompensa y se acreditarán a su Cuenta dentro de los próximos dos (2) ciclos de facturación. Si no usó su Cuenta, o si su Cuenta se cierra, el valor en dólares de la(s) Tarjeta(s) de Recompensa asignado al (a los) artículo(s) devuelto(s) no se reembolsará ni se acreditará. Las devoluciones están sujetas a las políticas de Devolución/Intercambio de la Ubicación de Tienda. Se podrán aplicar restricciones adicionales como estipulado en su Tarjeta de Recompensa. Los empleados de Gap Inc., no pueden combinar sus Tarjetas de Recompensa con su descuento de mercancía para los empleados.

**Términos y Condiciones Generales para Utilizar las Tarjetas de Recompensas:** Las Tarjetas de Recompensa no son transferibles a persona alguna y sólo podrán ser utilizadas por usted para su beneficio personal. Usted no puede combinar sus beneficios con los beneficios acumulados por cualquier otro participante del Programa de Recompensas. Las Tarjetas de Recompensa no son "certificados de regalo" y no son emitidas con el propósito de darse como regalo. Los Puntos y las Tarjetas de Recompensa no tienen valor monetario y son exclusivamente promocionales. Las Tarjetas de Recompensa no se pueden utilizar retroactivamente para compras anteriores. A menos y hasta que complete los Términos y Condiciones del Programa al presentar las Tarjetas de Recompensa en una Ubicación de Tienda, no se habrá ganado derecho, título o interés alguno sobre sus Puntos o las Tarjetas de Recompensa. No somos responsables por Tarjetas de Recompensa perdidas o robadas.

**Las Cuentas Gap Silver y Banana Republic Luxe:** Los titulares de Cuenta Gap y Banana Republic quines cumplan todo lo siguiente: (a) gasten $800 en Ubicaciones de Tienda (excluyendo devoluciones de mercancía) con su Cuenta dentro de un año calendario, (b) realicen al menos el pago mínimo a vencer en su Cuenta a más tardar en la fecha de vencimiento de pago después de alcanzar el monto calificativo de $800, y (c) mantengan su cuenta al día, serán ascendidas respectivamente a una Cuenta Gap Silver o Cuenta Banana Republic Luxe. Los ascensos se procesarán dentro de 90 a 120 días después de que califique. Una vez que reciba su tarjeta ascendida, recibirá beneficios adicionales de titular de tarjeta Gap Silver o Banana Republic Luxe. Deberá gastar al menos $800 en Ubicaciones de Tienda (excluyendo devoluciones de mercancía) en su Cuenta Gap Silver o Cuenta Banana Republic Luxe cada año calendario para poder mantener su respectiva calificación como titular de tarjeta Silver o Luxe.

**Retiro del o Modificación/Finalización del Programa de Recompensas:** Nos reservamos el derecho de retirar a cualquier persona del Programa de Recompensas en el caso de cualquier fraude o abuso en relación con este Programa. Nos reservamos el derecho de cambiar o finalizar el Programa de Recompensas en cualquier momento y de cualquier manera sin aviso.

**SIN GARANTÍA ALGUNA:** GAP INC., GE CAPITAL RETAIL BANK Y CADA RESPECTIVA EMPRESA SUBSIDIARIA, DIVISIÓN Y ENTIDAD AFILIADA DE DICHA COMPAÑÍA, JUNTO CON CADA RESPECTIVO FUNCIONARIO, DIRECTOR, EMPLEADO Y AGENTE DE DICHA COMPAÑÍA. NO OFRECEN GARANTÍA ALGUNA, EXPRESA O IMPLÍCITA, INCLUYENDO, DE MANERA ENUNCIATIVA, CUALQUIER GARANTÍA DE COMERCIABILIDAD O CAPACIDAD PARA UN PROPÓSITO PARTICULAR CON RESPECTO AL PROGRAMA DE RECOMPENSAS O CUALQUIER PRODUCTO O SERVICIO RELACIONADO CON DICHO PROGRAMA.

**LIBERACIÓN DE RESPONSABILIDAD:** USTED LIBERA A GAP INC., GE CAPITAL RETAIL BANK Y A CADA RESPECTIVA EMPRESA SUBSIDIARIA, DIVISIÓN Y ENTIDAD AFILIADA DE DICHA COMPAÑÍA, JUNTO CON CADA RESPECTIVO FUNCIONARIO, DIRECTOR, EMPLEADO Y AGENTE DE DICHA COMPAÑÍA DE Y CONTRA CUALQUIER Y TODA RESPONSABILIDAD RELACIONADA CON SU MEMBRESÍA O PARTICIPACIÓN EN EL PROGRAMA DE RECOMPENSAS O ESTOS TÉRMINOS Y CONDICIONES.

**Contrato Completo:** Estos Términos y Condiciones, junto con su Contrato (incluyendo, de manera enunciativa, las secciones "Leyes Vigentes" y "Disposición sobre la Resolución de Disputas y Reclamaciones (incluyendo Arbitraje)" del Contrato, constituyen el contrato completo entre nosotros en relación con el Programa de Recompensas, y reemplaza a cualquier entendimiento o contrato anterior (ya sea en forma oral o escrita) con respecto al Programa de Recompensas. El Programa de Recompensas es provisto por Gap Inc., y es GE Capital Retail Bank quien le da servicio.

# EXHIBIT B

**SYNCHRONY BANK**





**SECCIÓN I: TABLA DE TASAS, CARGOS Y CUOTAS**
**CONTRATO DE CUENTA DE TARJETA GAP INC. VISA®**

| Tasas de Interés y Cargos por Interés | |
|---|---|
| **Tasa de Porcentaje Anual (APR) para Compras** | **24.99%**<br>Esta Tasa de Porcentaje Anual (APR) variará con el mercado con base en la Tasa Preferencial (Prime Rate). |
| **Tasa de Porcentaje Anual (APR) para Adelantos en Efectivo** | **26.99%**<br>Esta Tasa de Porcentaje Anual (APR) variará con el mercado con base en la Tasa Preferencial (Prime Rate). |
| **Pagando de Interés** | Su fecha de vencimiento es al menos 23 días después del cierre de cada ciclo de facturación. No le cobraremos interés alguno en compras si paga su saldo (balance) total a más tardar en la fecha de vencimiento cada mes. Comenzaremos a cobrar interés en adelantos en efectivo en la fecha de la transacción. |
| **Cargo Mínimo de Interés** | Si se le cobra interés, el cargo no será menos de $1.50. |
| **Para Consejos sobre Tarjetas de Crédito del Consumer Financial Protection Bureau** | **Para conocer más sobre los factores que debe considerar cuando solicite o utilice una tarjeta de crédito, visite el sitio de Internet del Consumer Financial Protection Bureau en http://www.consumerfinance.gov/learnmore.** |

| Cargos y Cuotas | |
|---|---|
| **Cuotas por Transacción** | |
| • Adelanto en Efectivo | **$10** o **4%** del monto de cada adelanto en efectivo, el que sea mayor. |
| • Transacción en el Extranjero | **3%** de cada transacción. |
| **Cargos por Penalización** | |
| • Pagos Atrasados | Hasta **$38** |

**Cómo Calcularemos Su Saldo (Balance):** Utilizamos un método denominado el "saldo (balance) diario". Consulte su contrato de cuenta de tarjeta de crédito en la próxima página para más detalles.

**Derechos de Facturación:** La información sobre sus derechos a disputar transacciones y cómo ejercer esos derechos se proporciona en su contrato de cuenta de tarjeta de crédito en la próxima página.

## Cómo Se Calcula el Interés

| | |
|---|---|
| **Su Tasa de Interés** | Utilizamos una tasa diaria para calcular el interés sobre el saldo (balance) de su cuenta cada día. La tasa diaria es la tasa de Porcentaje Anual (APR) aplicable multiplicada por 1/365.<br><br>El interés se impondrá en montos o a tasas que no excedan esos permitidos por la ley aplicable.<br><br>La Tasa de Porcentaje Anual (APR) para compras es la tasa preferencial (prime rate) más 21.74%. Al 1 de abril de 2015, la tasa diaria para compras fue .06847% (Tasa de Porcentaje Anual (APR) 24.99%).<br><br>La Tasa de Porcentaje Anual (APR) para adelantos en efectivos es la tasa preferencial (prime rate) más 23.74%. Al 1 de abril de 2015, la tasa diaria para adelantos en efectivo fue .07395% (Tasa de Porcentaje Anual (APR) 26.99%).<br><br>**Las Tasas Diarias Pueden Variar.** Las Tasas de Porcentaje Anual (APRs) y las tasas diarias en su cuenta varían con el mercado con base en la tasa preferencial (prime rate). La tasa preferencial (prime rate) para un ciclo de facturación es la tasa de interés preferencial (prime rate) más alta de préstamos bancarios conforme se publique en *The Wall Street Journal*, en su sección "Money Rates" (Tasas Monetarias) el último día hábil del mes calendario anterior al primer día del ciclo de facturación.<br><br>Si la tasa preferencial (prime rate) aumenta, las tasas diarias y las Tasas de Porcentaje Anual (APRs) aumentarán. Como resultado, el interés, su pago mínimo total y el número de pagos que le tomaría liquidar el saldo (balance) de su cuenta pueden aumentar. Aplicamos cualquier cambio en las tasas diarias debido a un cambio en la tasa preferencial (prime rate) al saldo (balance) total de su cuenta. Un cambio en la tasa preferencial (prime rate) entrará en vigencia el primer día del ciclo de facturación después del cambio. Podemos seleccionar un nuevo índice de tasa de interés si la tasa preferencial (prime rate) no se encuentra disponible. |
| **Cuándo Cobramos Interés** | **Compras.** Nosotros cobramos interés en sus compras a partir de la fecha en la que realice la compra hasta que pague la compra en su totalidad. Vea las excepciones a continuación.<br><br>• No le cobraremos interés durante un ciclo de facturación en ninguna compra si:<br><br>  1. Usted no tenía un saldo (balance) al principio del ciclo de facturación; O<br><br>  2. Usted tenía un saldo (balance) al principio del ciclo de facturación y pagó ese saldo (balance) en su totalidad a más tardar en la fecha de vencimiento en ese ciclo de facturación.<br><br>• Acreditaremos, al principio del ciclo de facturación, cualquier pago que usted realice a más tardar en la fecha de vencimiento que asignamos a compras si:<br><br>  1. Usted no tenía un saldo (balance) al principio del ciclo de facturación anterior; O<br><br>  2. Usted tenía un saldo (balance) al principio del ciclo de facturación anterior y pagó ese saldo (balance) en su totalidad a más tardar en la fecha de vencimiento en el ciclo de facturación anterior.<br><br>**Adelantos en Efectivo.** Cobramos interés en sus adelantos en efectivo y sus cuotas relacionadas, a partir de la fecha en la cual realiza la transacción hasta que las pague en su totalidad. Usted no puede evitar el pago de interés en adelantos en efectivo o en sus cuotas relacionadas. |
| **Cómo Calculamos el Interés** | Nosotros calculamos el cargo por interés en su cuenta por separado para cada tipo de saldo (balance). Hacemos esto al aplicar la tasa diaria al saldo (balance) diario para cada día en el ciclo de facturación. Un saldo (balance) diario separado se calcula para los siguientes tipos de saldo (balance), como aplique: compras, adelantos en efectivo y saldos (balances) sujetos a distintas tasas de interés, planes o promociones especiales. Vea a continuación para conocer cómo esto funciona.<br><br>  1. Cómo obtener el saldo (balance) diario. Tomamos el saldo (balance) inicial cada día, sumamos cualquier nuevo cargo y cargo/cuota y restamos cualquier pago o crédito. Esto nos da el saldo (balance) diario.<br><br>  Aplicamos los cargos/las cuotas a los tipos de saldo (balance) como sigue:<br><br>  (a) los cargos por pagos atrasados se tratan como compras nuevas;<br><br>  (b) las cuotas de cancelación de deuda se agregan proporcionalmente a cada saldo (balance);<br><br>  (c) las cuotas para adelantos en efectivo se agregan al saldo (balance) de adelantos en efectivo; y<br><br>  (d) las cuotas por transacciones realizadas en el extranjero se agregan al saldo (balance) de compras.<br><br>  2. Cómo obtener el monto del interés diario. Multiplicamos cada saldo (balance) diario por la tasa diaria que aplique.<br><br>  3. Cómo obtener el saldo (balance) inicial para el próximo día. Sumamos el monto del interés diario en el paso 2 al saldo (balance) diario del paso 1.<br><br>  4. Cómo obtener el cargo por interés para el ciclo de facturación. Sumamos todos los montos de interés diarios que se cobraron durante el ciclo de facturación.<br><br>Cobramos un cargo mínimo de interés de $1.50 en cualquier ciclo de facturación en el cual usted debe interés. Este cargo se agrega proporcionalmente a cada tipo de saldo (balance). |

## Cómo Funcionan los Cargos/las Cuotas

| | |
|---|---|
| **Cuota por Adelantos en Efectivo** | Nosotros cobraremos esta cuota por cada adelanto en efectivo que realice. Para adelantos en efectivo en cajeros automáticos, esta cuota es adicional a cualquier cuota que el propietario del cajero automático pueda cobrarle por utilizar el cajero automático. |
| **Cuota por Transacción en el Extranjero** | Nosotros cobramos esta cuota por compras o adelantos en efectivo que realice en monedas que no sean dólares estadounidenses y/o en un país que no sea los EE.UU., sin importar si la transacción se realizó en una moneda extranjera.<br><br>Si realiza una transacción con su cuenta en una moneda que no sea dólares estadounidenses, Visa U.S.A. Inc. ("Visa") convertirá el monto de la transacción a dólares estadounidenses utilizando su procedimiento de conversión de moneda. Mediante el procedimiento de conversión de moneda que actualmente utiliza Visa, el monto de la transacción que no sea en dólares estadounidenses se convierte a un monto en dólares estadounidenses al multiplicar el monto de la transacción en la moneda que no es dólares estadounidenses por una tasa de conversión de moneda. Actualmente, los reglamentos de operación de Visa estipulan que la tasa de conversión de moneda es (1) una tasa seleccionada por Visa del rango de tasas disponibles en mercados de moneda mayoristas para la fecha de procesamiento central aplicable, cual tasa puede variar de la tasa que Visa en sí recibe, o (2) la tasa obligatoria vigente impuesta por el gobierno para la fecha de procesamiento central aplicable. La tasa de conversión de moneda que se encuentre vigente en la fecha de procesamiento central puede diferir de la tasa vigente en la fecha de la transacción o la fecha de ingreso y puede ser mayor que la tasa que hubiera obtenido si hubiera convertido dólares estadounidenses a la moneda extranjera. |
| **Cargo por Pagos Atrasados** | Cobraremos este cargo si no recibimos el pago mínimo total a vencer en su cuenta a más tardar a las 5 p.m. (Hora del Este) en la fecha de vencimiento. Este cargo es equivalente a:<br><br>1. $27, si ha pagado su pago mínimo total a vencer a más tardar en la fecha de vencimiento en cada uno de los seis ciclos de facturación anteriores.<br><br>O<br><br>2. $38, si no ha realizado el pago mínimo total a vencer a más tardar en la fecha de vencimiento en cualquiera de uno o más de los seis ciclos de facturación anteriores.<br><br>El cargo por pagos atrasados no será más que el pago mínimo total que venció. |

**Cálculo del Pago Mínimo**
Su pago mínimo total se calcula como mostrado a continuación.

El mayor entre:

1. $25 (que incluye cualquier monto vencido)

   O

2. La suma de:

   a. Cualquier monto vencido; MÁS

   b. 1% del nuevo saldo que aparece en su estado de facturación (excluido todo saldo relacionado con una compra promocional especial con un cálculo de pagos único); MÁS

   c. Cualquier cargo por pagos atrasados cargado en el ciclo de facturación actual; MÁS

   d. Todo interés cargado en el ciclo de facturación actual; MÁS

   e. Cualquier pago a vencer relacionado con una compra promocional especial con un cálculo de pago único.

Redondeamos al próximo dólar entero más alto al determinar su pago mínimo total. Su pago mínimo total nunca será más que su nuevo saldo (balance).

## SECCIÓN III: DISPOSICIONES ESTÁNDARES
## CONTRATO DE CUENTA DE TARJETA GAP INC. VISA

### INFORMACIÓN SOBRE EL CONTRATO DE CUENTA TARJETA DE CRÉDITO

**Este Contrato.** Éste es un Contrato entre usted y Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020, para su cuenta de tarjeta de crédito mostrada arriba. Al abrir o utilizar su cuenta, usted acepta los términos y condiciones del Contrato completo. El Contrato completo incluye las cuatro secciones de este documento, y la solicitud que nos presentó en relación con la cuenta. Estos documentos reemplazan cualquier otro contrato relacionado a su cuenta que usted o nosotros celebramos anteriormente o a la misma vez.

**Partes Al Presente Contrato.** El presente Contrato aplica a cada titular de cuenta aprobado en la cuenta y cada uno de ustedes es responsable por pagar el monto total adeudado, sin importar quien de ustedes use la cuenta. Podemos tratar a cada uno de ustedes como un titular de cuenta y nos podemos referir a cada uno de ustedes como "usted" o "su". Synchrony Bank se puede referir como "nosotros", "nos" o "nuestro".

**Cambios Al Presente Contrato.** Nosotros podemos modificar, agregar o eliminar cualquiera de los términos y condiciones del presente Contrato incluyendo las tasas de interés, cargos/cuotas y cargos.

**Promociones Especiales.** Los términos y condiciones del presente Contrato aplican a toda promoción especial. No obstante, cualquier término o condición promocional especial que sea distinto a los términos y condiciones del presente Contrato se explicará en el anuncio promocional o las otras declaraciones provistas a usted.

## CÓMO USAR SU CUENTA/TARJETA

**El Uso De Su Cuenta.** Usted puede utilizar su cuenta solamente para fines personales, familiares o domésticos permitidos por la ley. Usted puede usar su cuenta para realizar compras de tiendas minoristas, por Internet u Outlet/Factory de Gap, Old Navy, Banana Republic o Athleta ubicadas en los Estados Unidos, Puerto Rico y Canadá y de cualquier otro comerciante que acepte las tarjetas de crédito Visa. Usted puede obtener adelantos de efectivo, como descrito en más detalle a continuación. Usted no puede usar su cuenta para pagar montos que nos debe en esta cuenta o cualquier otra cuenta que tenga con nosotros.

**Adelantos en Efectivo.** Nosotros podemos ofrecerle la oportunidad de obtener un adelanto en efectivo con cheques de conveniencia que le enviemos. Podemos no abonar un cheque de conveniencia por cualquier razón estipulada en el cheque. Usted también puede obtener dinero en efectivo o realizar un retiro de cualquier institución o cajero automático que acepte la tarjeta o la cuenta. Además, trataremos cualquier compra de ciertos artículos similares al dinero en efectivo como adelantos en efectivo. Los artículos similares al dinero en efectivo incluyen, por ejemplo, giros postales, cheques de caja, cheques de viajero, transferencias electrónicas o telegráficas, moneda extranjera u otras transacciones realizadas en un banco, pagos de impuestos, billetes de lotería y otras transacciones de apuestas legales, costos judiciales, fianzas y multas.

**Su Compromiso de Pago.** Usted se compromete a pagarnos todos los montos que nos adeude en virtud del presente Contrato.

**Su Responsabilidad.** Cada titular de cuenta recibirá una tarjeta. Usted no puede permitir que otra persona use su cuenta. Si lo hace, o si nos pide enviarle una tarjeta a otra persona, usted será responsable por pagar todos los cargos que resulten de sus transacciones.

**Límites de Transacción.** Para prevenir el fraude, nosotros podemos limitar el número o monto en dólares de transacciones que pueda realizar en cualquier período de tiempo particular. También podemos declinar cualquier cargo particular en su cuenta por cualquier razón.

**Límite de Crédito.** A usted se le asignará un límite de crédito y límite de adelantos en efectivo en su cuenta que nosotros podemos aumentar o disminuir ocasionalmente. Si aprobamos una transacción que causa exceder su límite de crédito o su límite de adelantos en efectivo, no renunciamos a ninguno de nuestros derechos en virtud del presente Contrato y no lo tratamos como un aumento en cualquiera de sus límites.

## CUÁNDO Y CÓMO DEBE REALIZAR LOS PAGOS

**Cuándo Vencen los Pagos.** Usted debe realizar al menos el pago mínimo total a vencer en su cuenta a más tardar a las 5 p.m. (Hora del Este) en la fecha de vencimiento de cada ciclo de facturación. Pagos recibidos después de las 5 p.m. (Hora del Este) se acreditarán al próximo día. Usted puede, en cualquier momento, pagar, en parte o en su totalidad, el saldo (balance) total impago sin cargo adicional por el prepago. Si tiene un saldo (balance) sujeto a interés, el pago anticipado puede reducir el monto del interés que pagará. Podemos demorarnos en reestablecer el crédito disponible en su cuenta en el monto de su pago aunque acreditaremos su pago cuando lo recibamos.

**Opciones de Pago.** Usted puede pagar por correo o por Internet. Nosotros podemos permitirle realizar pagos por teléfono pero le cobraremos una cuota por realizar pagos urgentes por teléfono. Su pago se debe realizar en dólares estadounidenses por medio de un cheque físico o electrónico, giro postal o instrumento similar de un banco ubicado en los Estados Unidos.

**Cómo Realizar Un Pago.** Usted debe seguir las instrucciones para realizar pagos provistas en su estado de cuenta. Si no lo hace, la acreditación de su pago puede demorarse hasta cinco días. Su estado de cuenta también explica cómo la información en su cheque se usa.

**Asignación de Pagos.** Aplicaremos el pago mínimo total requerido a los saldos (balances) en su cuenta usando cualquier método que elegimos. Cualquier pago que realice en exceso al pago mínimo total requerido se aplicará a saldos (balances) con Tasas de Porcentaje Anual (APRs) mayores antes de saldos (balances) con Tasas de Porcentaje Anual (APRs) menores. La ley vigente puede requerir o permitir que nosotros apliquemos pagos en exceso de una manera distinta en ciertas situaciones, como cuando su cuenta tiene un cierto tipo de promoción especial.

## INFORMACIÓN SOBRE USTED

**Usando Y Compartiendo Su Información.** Cuando usted solicitó una cuenta, usted nos proporcionó a nosotros y a The Gap, Inc. (Gap Inc.) información sobre usted mismo que pudiéramos compartir entre nosotros. Gap Inc. utilizará la información en relación con el programa de crédito y para cosas como el crear y actualizar sus registros y ofrecerle beneficios especiales. Más información sobre cómo usamos y compartimos información se estipula en la política de privacidad para su cuenta.

**Cambio de Dirección/Teléfono.** Usted acuerda notificarnos inmediatamente si cambia su dirección o número(s) de teléfono. Nos comunicaremos con usted a la dirección o número de teléfono en nuestros registros hasta que podamos actualizar nuestros registros con su nueva dirección o número de teléfono.

**Consentimiento a Comunicaciones.** Usted nos da su consentimiento para comunicarnos con usted utilizando todo medio de comunicación, y con todo fin. Utilizaremos toda la información de contacto que usted nos proporcione. Usted también da su consentimiento para que nosotros y cualquier otro propietario o prestador de servicio de su cuenta nos comuniquemos con usted usando cualquier medio de comunicación. Esto puede incluir mensajes de texto, cualquier sistema automático de llamadas telefónicas y/o una voz artificial o pregrabada. Este consentimiento aplica aun si se le cobra por la llamada de acuerdo con su plan telefónico. Usted es responsable por cualquier cargo que le sea facturado por su proveedor de servicios de comunicación cuando lo contactemos.

**Monitorización Telefónica.** Para fines de control de calidad, usted nos permite escuchar y/o grabar las llamadas telefónicas entre usted y nosotros.

## INFORMACIÓN IMPORTANTE SOBRE SU CUENTA

**Cerrando Su Cuenta.** Usted puede cerrar su cuenta en cualquier momento enviando una carta a la dirección mostrada en su estado de cuenta o llamando a servicio al cliente. Nosotros podemos cerrar su cuenta en cualquier momento y por cualquier razón. Si su cuenta se cierra, usted debe parar de utilizarla. Usted aún deberá pagarnos el monto total que debe y el presente Contrato permanecerá vigente hasta que lo haga.

**Costos de Cobranza.** Si le pedimos a un abogado, quien no es nuestro empleado asalariado, cobrar su cuenta, podemos cobrarle nuestros costos de cobranza. Estos incluyen costos judiciales y honorarios de abogado razonables.

**Informes A Las Agencias de Información de Crédito.** Nosotros podemos reportar información sobre su cuenta a las agencias de información de crédito. Los pagos atrasados, pagos faltantes u otros incumplimientos en su cuenta se pueden mostrar en su informe de crédito. Díganos si usted piensa que reportamos información incorrecta sobre usted a una agencia de información de crédito. Escríbanos a P.O. Box 965005, Orlando, FL 32896-5005. Díganos qué información es incorrecta y la razón por la cual piensa que es incorrecta. Si tiene una copia del informe de crédito que incluye la información incorrecta, envíenos una copia del informe.

**Incumplimiento.** Usted se encuentra en incumplimiento si usted realiza un pago atrasado, no cumple cualquier otro término o condición del presente Contrato o se declara en quiebra o se encuentra insolvente. Si se encuentra en incumplimiento o ante su fallecimiento, podremos (a) pedir el pago del monto total adeudado inmediatamente, (b) entablar una acción legal para cobrar todo monto adeudado; y/o (c) tomar cualquier acción permitida por la ley.

**Montos Disputados. El resumen de sus derechos de facturación en la sección IV del presente Contrato describe lo que debe hacer si piensa que hay un error en su factura. Si nos envíe correspondencia sobre un monto o pago disputado, debe enviarla a la dirección para consultas de facturación. No renunciamos a ninguno de nuestros derechos en virtud de este Contrato si aceptamos un pago que indica "pago en su totalidad" o se proporciona con cualquier otra condición o limitación.**

**Uso No Autorizado.** Si su tarjeta se pierde, es robada o se usa sin su consentimiento, llámenos inmediatamente al 1-866-450-4467 para las Cuentas de Tarjeta de Gap Visa, 1-866-450-2330 para las Cuentas de Tarjeta de Banana Republic Visa y 1-866-450-5294 para las Cuentas de Tarjeta de Crédito Old Navy. Usted no será responsable por ningún uso no autorizado en su cuenta pero será responsable por todo el uso por alguien a quien usted le de su tarjeta o le permita usar su cuenta.

**Transacciones Procesadas en la Red Visa.** Las transacciones realizadas con su tarjeta de crédito en una tienda Gap Inc. o en un sitio web Gap Inc. son procesadas por Synchrony Bank y no son procesadas en la red Visa. Como resultado, estas transacciones no son elegibles para ciertos beneficios que aplican a transacciones procesadas a través de la red Visa. Por ejemplo, las transacciones realizadas en una tienda Gap Inc. o un sitio web de Gap Inc. no cuentan como transacciones elegibles para promociones que sean patrocinadas por Visa, como "Visa Extras". Su cuenta está protegida contra el uso no autorizado como se estipula en el presente Contrato. Además, la política de Cero Responsabilidad de Visa aplica a todas las transacciones que no se realicen en una tienda Gap Inc. o un sitio web de Gap Inc.

## INFORMACIÓN IMPORTANTE SOBRE EL PRESENTE CONTRATO

**Cesión.** Nosotros podremos vender, ceder o transferir cualquiera o todos de nuestros derechos u obligaciones en virtud del presente Contrato o su cuenta incluyendo nuestros derechos a pagos. No tenemos que darle aviso previo de dicha acción. Usted no podrá vender, ceder ni transferir ninguno de sus derechos u obligaciones en virtud del presente Contrato o su cuenta.

**Exigibilidad.** Si se determina que alguna parte del presente Contrato es nula o inexigible, todas las otras partes del presente Contrato aún aplicarán.

**Leyes Vigentes.** Con excepción de lo estipulado en la sección Resolviendo una Disputa con Arbitraje, el presente Contrato y su cuenta se rigen por la ley federal y, hasta el grado en el que deba aplicarse la ley estatal, las leyes de Utah independientemente de los principios internos de conflicto de leyes. El presente Contrato ha sido aceptado por nosotros en Utah.

**Renuncia.** Nosotros podemos renunciar algunos de nuestros derechos en virtud del presente Contrato. Si renunciamos a cualquiera de nuestros derechos en una situación, no renunciamos al mismo derecho en otra situación.

## RESOLVIENDO UNA DISPUTA CON ARBITRAJE

**POR FAVOR LEA ESTA SECCIÓN DETALLADAMENTE. SI USTED NO LA RECHAZA, ESTA SECCIÓN APLICARÁ A SU CUENTA, Y LA MAYORÍA DE LAS DISPUTAS ENTRE USTED Y NOSOTROS ESTARÁN SUJETAS AL ARBITRAJE INDIVIDUAL. ESTO SIGNIFICA QUE: (1) NI UN TRIBUNAL NI JUICIO POR JURADO RESOLVERÁ CUALQUIER DICHA DISPUTA; (2) USTED NO PODRÁ PARTICIPAR EN UNA ACCIÓN COLECTIVA (DE CLASE) O PROCEDIMIENTO SIMILAR; (3) MENOS INFORMACIÓN ESTARÁ DISPONIBLE; Y (4) LOS DERECHOS DE APELACIÓN SE LIMITARÁN.**

- **Cuáles reclamaciones están sujetas al arbitraje**

  1. Usted o nosotros realizamos una demanda para arbitraje, usted y nosotros debemos arbitrar cualquier disputa o reclamación entre usted o cualquier otro usuario de su cuenta y nosotros, nuestras empresas afiliadas, agentes y/o Gap Inc. si se relaciona a su cuenta, excepto como anotado a continuación.

  2. No le requeriremos arbitrar: (1) cualquier caso individual en un tribunal de demandas de menor cuantía o tribunal equivalente de su estado, siempre y cuando permanezca un caso individual en ese tribunal; o (2) cualquier demanda que iniciamos para cobrar dinero que nos adeuda. No obstante, si usted responde a una demanda judicial de cobranza al alegar alguna fechoría, le podríamos requerir arbitrar.

  3. A pesar de cualquier otro lenguaje en esta sección, solamente un tribunal, no un árbitro, decidirá disputas sobre la validez, exigibilidad, cobertura o alcance de esta sección o cualquier parte de esta (incluyendo sin limitación, el próximo párrafo de esta sección y/o esta oración). No obstante, cualquier disputa o argumento que se relaciona con la validez o exigibilidad del Contrato en su totalidad lo determinará el árbitro, no un tribunal.

- **Ninguna Acción de Clase o Acción Colectiva**

  **USTED ACUERDA A NO PARTICIPAR EN UNA ACCIÓN COLECTIVA (DE CLASE), REPRESENTATIVA O DE FISCAL GENERAL PRIVADO CONTRA NOSOTROS EN UN TRIBUNAL O ARBITRAJE. TAMBIÉN USTED NO PODRÁ PRESENTAR RECLAMACIONES CONTRA NOSOTROS A NOMBRE DE CUALQUIER TITULAR DE CUENTA QUIEN NO SEA UN TITULAR DE CUENTA EN SU CUENTA Y USTED ACUERDA QUE SOLAMENTE LOS TITULARES DE CUENTA EN SU CUENTA SE PUEDEN JUNTAR EN UN ARBITRAJE INDIVIDUAL CON CUALQUIER RECLAMACIÓN QUE TENGA.**

  Si un tribunal determina que este párrafo no se puede exigir en su totalidad, solamente esta oración permanecerá vigente y el resto será nulo y sin efecto y la determinación del tribunal estará sujeta a apelación. Este párrafo no aplica a ninguna demanda judicial o procedimiento administrativo iniciado contra nosotros por una agencia gubernamental federal o estatal aun cuando dicha agencia solicita un remedio a nombre de una clase de prestatarios, incluyendo usted. Esto significa que nosotros no tenemos el derecho a exigir el arbitraje de ninguna reclamación presentada por dicha agencia.

- **Cómo comenzar un arbitraje y el proceso de arbitraje**

  1. La parte que desea arbitrar debe notificar a la otra parte por escrito. Este aviso se puede proporcionar después del comienzo de una demanda judicial y puede proporcionarse en los documentos presentados en la demanda judicial. De lo contrario, su aviso se debe enviar a Synchrony Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201-5320, ATTN: ARBITRATION DEMAND. La parte que solicita el arbitraje debe seleccionar un administrador del arbitraje, el cual puede ser el American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org, (800) 778-7879, o JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, (800) 352-5267. Si ninguno de estos administradores ni puede ni está dispuesto a manejar la disputa, entonces el tribunal asignará un árbitro.

  2. Si una parte presenta una demanda judicial afirmando una(s) reclamación(es) que están(s) sujeta(s) a arbitraje y la otra parte presenta una petición para exigir el arbitraje, el cual se otorga, será la responsabilidad de la parte afirmando la(s) reclamación(es) comenzar el procedimiento de arbitraje.

  3. El administrador de arbitraje designará al árbitro y le dirá a las partes el próximo paso de tomar. El árbitro debe ser un abogado con al menos diez años de experiencia legal. Una vez designado, el árbitro debe aplicar la misma ley y principales legales, de conformidad con la Ley Federal de Arbitraje (Federal Arbitration Act o "FAA" por sus siglas en inglés) que aplicarían en un tribunal, pero puede utilizar distintas reglas de procedimiento. Si las reglas del administrador entran en conflicto con este Contrato, este Contrato controlará.

  4. El arbitraje se llevará a cabo por teléfono o en una ubicación que sea razonablemente conveniente. Ante su solicitud, pagaremos todas las cuotas que cobra el administrador o árbitro, siempre y cuando creemos que usted está actuando de buena fe. Siempre pagaremos estos costos de arbitraje, así como también sus honorarios y costos legales, hasta el grado que prevalezca sobre las reclamaciones que afirma contra nosotros en un procedimiento de arbitraje que haya comenzado.

- **Ley Que Rige para el Arbitraje**

  Esta sección de Arbitraje de su Contrato se rige por la Ley Federal de Arbitraje (Federal Arbitration Act o "FAA" por sus siglas en inglés). La ley de Utah aplicará hasta el grado en el que la ley estatal sea relevante en virtud de la FAA. La decisión del árbitro será definitiva y de carácter vinculante, excepto por cualquier derecho de apelación en virtud de la FAA. Todo tribunal con jurisdicción podrá dictar sentencia sobre el laudo del árbitro.

- **Cómo rechazar esta sección**

  **Usted puede rechazar esta sección de Arbitraje de su Contrato. Si lo hace, solamente un tribunal se podrá utilizar para resolver cualquier disputa o reclamación. Para rechazar esta sección, usted debe enviarnos un aviso dentro de los 60 días después de que abra su cuenta o de que nosotros primero le proporcionamos un derecho a rechazar esta sección. El aviso debe incluir su nombre, dirección y número de cuenta y enviarse por correo a Synchrony Bank, P.O. Box 965012, Orlando, FL 32896-5012. Ésta es la única manera por la cual puede rechazar esta sección.**

# SECCIÓN IV: OTRA INFORMACIÓN IMPORTANTE
## CONTRATO DE CUENTA DE TARJETA GAP INC. VISA

## AVISOS ESTATALES

**RESIDENTES DE NEW JERSEY: Ciertas disposiciones del presente Contrato están sujetas a la ley vigente. Como resultado, algunas pueden ser nulas, inexigibles o inaplicables en algunas jurisdicciones. No obstante, ninguna de estas disposiciones será nula, inexigible, o inaplicable en New Jersey.**

**RESIDENTES DE NEW YORK:** Este Contrato no entrará en vigencia a menos y hasta que usted o un usuario autorizado firme un recibo o memorando de ventas mostrando una compra o arrendamiento de bienes o servicios o el pago de una multa usando su tarjeta de crédito y antes de esto, usted no será responsable por ninguna compra o arrendamiento de bienes o servicios por medio del uso de su tarjeta de crédito después de su pérdida o robo.

**RESIDENTES DE TENNESSEE:** Este Contrato no entrará en vigencia a menos y hasta que hayamos (1) provisto las declaraciones requeridas de acuerdo con la Ley federal De Veracidad En Los Préstamos, (2) usted o un usuario autorizado use la cuenta y (3) le extendamos crédito a usted para esa transacción en su cuenta.

**RESIDENTES DE WISCONSIN:** Ninguna disposición de un contrato de bienes matrimoniales, declaración unilateral en virtud de la Sección 766.59, Estatutos de Wisconsin, o decreto judicial en virtud de la Sección 766.70, Estatutos de Wisconsin, afectará adversamente al interés del acreedor, a menos que a éste, antes de la fecha de otorgamiento del crédito, se le entregue una copia del contrato, declaración o decreto o tenga conocimiento fehaciente de la disposición adversa al momento en que se incurre en la obligación al acreedor. **Los residentes casados de Wisconsin que soliciten una cuenta individual deberán proporcionarnos el nombre y la dirección de su cónyuge si el cónyuge también es residente de Wisconsin, independientemente de si éste podrá utilizar la tarjeta. Por favor proporciónenos esta información a P.O. Box 965004, Orlando, FL 32896-5004.**

**RESIDENTES DE PUERTO RICO:** Usted puede solicitar una copia de esta Contrato en inglés.

**Su firma en la solicitud o en el recibo de venta (o pantalla por Internet) por la compra inicial aprobada en esta cuenta representa su firma en este Contrato. Está se incorpora aquí por referencia.**

**Hemos firmado el presente Contrato como sigue:**

*Margaret M. Keane*

Margaret Keane
Presidente y Directora Ejecutiva
Synchrony Bank

---

## RESUMEN DE SUS DERECHOS DE FACTURACIÓN

*Sus Derechos de Facturación: Guarde este Documento para Uso Futuro*

Este aviso le informa sobre sus derechos y nuestras responsabilidades en virtud de la Ley de Facturación Imparcial de Crédito (*Fair Credit Billing Act*).

*Qué Debe Hacer Si Encuentra Un Error En Su Estado de Cuenta*

Si usted piensa que existe un error en su estado de cuenta, escríbanos a:

Synchrony Bank
P.O. Box 965003
Orlando, FL 32896-5003

En su carta, proporciónenos la siguiente información:

- *Información de cuenta:* Su nombre y número de cuenta.

- *Monto en dólares:* El monto en dólares del supuesto error.

- *Descripción del problema:* Si usted piensa que existe un error en su factura, describa qué usted cree es incorrecto y la razón por la cual cree que existe un error.

Debe comunicarse con nosotros:

- Dentro de 60 días después de que el error apareció en su estado de cuenta.

- Al menos 3 días hábiles antes de que un pago automatizado sea programado, si usted desea cesar el pago en el monto que usted piensa es incorrecto.

Debe notificarnos de cualquier posible error por escrito. Puede llamarnos, pero si lo hace no se nos requiere investigar cualquier posible error y pueda tener que pagar el monto en cuestión.

*Qué Ocurrirá Después De Que Recibamos Su Carta*

Cuando recibamos su carta, debemos hacer dos cosas:

1. Dentro de 30 días de recibir su carta, debemos informarle que recibimos su carta. También le informaremos si ya hemos corregido el error.

2. Dentro de 90 días de recibir su carta, debemos corregir el error o explicarle la razón por la cual creemos que el estado de cuenta es correcto.

Mientras investigamos si ha habido un error o no:

- No podremos intentar a cobrarle el monto en cuestión, ni informarlo como moroso en ese monto.

- El cargo en cuestión puede permanecer en su estado de cuenta, y podemos continuar cobrándole interés en ese monto.

- Aunque no tiene que pagar el monto en cuestión, usted es responsable por el resto de su saldo (balance).

- Podemos aplicar cualquier monto impago contra su límite de crédito.

Después de que terminemos nuestra investigación, una de dos cosas ocurrirá:

- *Si cometimos un error:* Usted no tendrá que pagar el monto en cuestión ni ningún interés u otro cargo/cuota relacionado con ese monto.

- *Si no creemos que hubo un error:* Usted tendrá que pagar el monto en cuestión, junto con el interés y cargos/cuotas aplicables. Le enviaremos un estado de cuenta del monto que debe y la fecha en la que el pago vence. Entonces podemos informarlo como moroso si no paga el monto que creemos que debe.

Si recibe nuestra explicación pero aún cree que su factura es incorrecta, debe escribirnos dentro de *10 días* informándonos que aún rehúsa pagar. Si lo hace, no podremos informarlo como moroso sin también informar que está cuestionando su factura. Tendremos que comentarle a usted el nombre de cualquier persona a quien le hayamos informado de su estado de mora y debemos informarles a esas organizaciones cuando el asunto se haya resuelto entre nosotros.

Si no cumplimos con todas estas reglas, no tendrá que pagar los primeros $50 del monto cuestionado, incluso si su factura es correcta.

*Sus Derechos Si No Está Satisfecho Con Sus Compras Con Tarjeta de Crédito*

Si no está satisfecho con los bienes o servicios que compró con su tarjeta de crédito, y de buena fe ha tratado de corregir el problema con el comerciante, usted puede tener el derecho a no pagar el resto del monto adeudado en la compra.

Para utilizar ese derecho, todo lo siguiente debe ser verídico:

1. La compra debe haberse realizado en su estado de residencia o dentro de 100 millas de su dirección postal actual, y el precio de compra debe haber sido más de $50. (Tome en cuenta: Ninguno de estos es necesario si su compra fue basada en un anuncio que le enviamos por correo, o si la empresa que le vendió los bienes o servicios nos pertenece.)

2. Debe haber utilizado su tarjeta de crédito para la compra. Las compras realizadas con adelantos en efectivo de un cajero automático o con un cheque que accede a su cuenta de tarjeta de crédito no califican.

3. Debe no haber pagado la compra en su totalidad.

Si todo el criterio arriba se cumple y aún no está satisfecho con la compra, comuníquese con nosotros por escrito a:

Synchrony Bank
P.O. Box 965003
Orlando, FL 32896-5003

Mientras investigamos, las mismas reglas aplican al monto disputado como estipulado arriba. Después de que terminemos nuestra investigación, le informaremos sobre nuestra decisión. En ese momento, si pensamos que debe un monto y no lo paga, podremos informarlo como moroso.

## TÉRMINOS Y CONDICIONES DEL PROGRAMA DE RECOMPENSAS

**Definiciones:**

- Todos los titulares de cuentas de tarjeta de crédito Gap o cuentas de tarjeta Gap Visa (cada una, una "cuenta Gap") son elegibles para participar en el Programa de premios de Gap.

- Todos los titulares de cuentas de tarjeta de crédito Banana Republic o cuentas de tarjeta Banana Republic Visa (cada una, una "cuenta Banana Republic") son elegibles para participar en el Programa de premios de Banana Republic.

- Todos los titulares de cuentas de tarjeta de crédito Old Navy o cuentas de tarjeta Old Navy Visa (cada una, una "cuenta Old Navy") son elegibles para participar en el Programa de premios de Old Navy.

- "Cuenta" significa una cuenta Gap, cuenta Banana Republic o cuenta Old Navy.

- "Cuenta Visa" significa una cuenta de tarjeta Gap Visa, cuenta de tarjeta Banana Republic Visa o cuenta de tarjeta Old Navy Visa.

- El Programa de premios de Gap, Programa de premios de Banana Republic y Programa de premios de Old Navy se denominan colectivamente en el presente como el "Programa de premios".

Si participa en el Programa de premios para su Cuenta, usted acepta los siguientes Términos y condiciones del Programa de premios ("Términos y condiciones"):

**Para calificar:** El programa de premios se aplica cuando realiza una compra con su Cuenta y cumple con los siguientes requisitos: su Cuenta: 1) se encuentra abierta, 2) al día y 3) no tiene más de dos (2) pagos vencidos ambos en el momento en el que gane Puntos de premios ("Puntos") como en el momento en el que se emitan los premios por parte de un Programa de premios ("Premios") y estos sean canjeados por usted. El Programa de premios no se aplica a compras realizadas con dinero en efectivo o una tarjeta de débito o a compras de productos Gap, Banana Republic u Old Navy realizadas con tarjetas de crédito que no sean de una de las Cuentas. Además, los Puntos solamente se ganan en la Cuenta utilizada para realizar la compra y no se basan en la tienda en la cual realizó la compra. Por ejemplo, si usa una cuenta Gap para comprar productos Old Navy, ganará Puntos en su cuenta Gap (y no en una cuenta Old Navy). Si tiene más de una Cuenta, no puede transferir ni combinar sus Puntos entre Cuentas.

**Beneficios para el titular:** El Programa de premios le proporciona los siguientes beneficios:

1. Compre en las tiendas o en línea en Gap, GapBody, babyGap, GapKids, Gap Maternity, Gap Outlet, Gap Factory Store, Banana Republic, Banana Republic Factory Store, Old Navy o Athleta en los Estados Unidos, Canadá o Puerto Rico o directamente con Athleta por teléfono o por correo (cada una, una "Ubicación de tienda"). No se ganan premios por compras realizadas en tiendas Intermix o en intermixonline.com. Por cada dólar gastado en compras netas (compras netas son mercancía adquirida menos devoluciones y ajustes) cargadas a su Cuenta en cualquier Ubicación de tienda, usted ganará cinco (5) Puntos. Ganará un (1) Punto por cada dólar en compras netas realizadas en: (1) otros comerciantes y cargadas a su Cuenta Visa, o en (2) Tiendas fuera de los Estados Unidos, Puerto Rico y Canadá que se carguen a su Cuenta. Los adelantos en efectivo, cargos por intereses y comisiones no califican para obtener Puntos. Los Puntos se acreditarán al saldo del Programa de premios de su Cuenta.

2. Por cada 500 Puntos que gane en su cuenta Gap, Banana Republic u Old Navy, recibirá un Premio con valor de $5 para esa Cuenta. Los Premios se emitirán en incrementos de $5, con un valor mínimo de $5 y un valor máximo de $50. La misma marca de la Cuenta emitirá los Premios. Podrán emitirse varios Premios para una Cuenta; no obstante, no se emitirán más de $250 en Premios en cualquier ciclo de facturación. Todos los Puntos en un ciclo de facturación que sean menores al monto requerido para la denominación más baja de un Premio en la Cuenta o sean mayores a $250 en Premios se aplicarán a un Premio en un ciclo de facturación futuro. Por ejemplo: si usted gana 2700 Puntos en su cuenta Gap, recibirá un Premio Gap con valor de $25 y 200 Puntos se pasarán en su saldo de Premios para su próximo ciclo de facturación; si gana 5000 Puntos en su cuenta Banana Republic, recibirá un Premio Banana Republic con valor de $50; y si gana 1500 Puntos en su cuenta Old Navy, recibirá un Premio Old Navy con valor de $15.

3. No existe límite en la cantidad de Puntos que puede ganar en un año calendario para una Cuenta. Los puntos de Premios ganados pero no usados para la emisión de un Premio vencerán 24 meses después de la última compra si la Cuenta ha estado inactiva (es decir, no ha habido movimientos de compras en la Cuenta) durante 24 meses. Los Premios vencerán en la fecha de vencimiento estipulada en el Premio emitido.

4. Los Premios generalmente se emitirán en su Cuenta con el estado de facturación para el período durante el cual usted acumuló la cantidad de Puntos requeridos para un Premio, o en algunas ocasiones hasta dos (2) ciclos de facturación después.

**Canje de Premios:** Puede canjear un Premio en una Ubicación de tienda dentro de las fechas válidas mostradas en el Premio al (i) presentar y entregar el Premio en la tienda o (ii) proporcionar el código del Premio en línea, por teléfono o por correo. Los Premios solo podrán canjearse en Ubicaciones de tiendas para realizar compras cargadas a su Cuenta. Puede canjear hasta 3 Premios en la compra de un solo artículo en la tienda o por correo, y hasta 5 Premios en línea o por teléfono. Los Premios se pueden combinar con cualquier oferta promocional individual, y se pueden usar para comprar artículos rebajados en cualquier Ubicación de tienda. Los Premios no pueden canjearse en tiendas Intermix ni en intermixonline.com. Cuando canjee su Premio, el valor de su compra deberá ser mayor que el valor de los Premios. Los Premios no pueden acreditarse a una cuenta, canjearse por dinero en efectivo o su equivalente, aplicarse a compras anteriores ni utilizarse para compras de tarjetas de regalo. Si devuelve mercancía adquirida con Premios, el valor en dólares de los Premios asignado a los artículos devueltos se convertirá a Puntos de Premios y se acreditarán a su Cuenta dentro de los próximos dos (2) ciclos de facturación. Si no usó su Cuenta, o si su Cuenta se cierra, el valor en dólares de los Premios asignado a los artículos devueltos no se reembolsará ni se acreditará. Las devoluciones están sujetas a las políticas de Devolución/Intercambio de la Ubicación de tienda. Se podrán aplicar restricciones adicionales según se establezca en su Premio. Los empleados de Gap, Inc. no pueden combinar sus Premios con su descuento de mercancía para los empleados.

**Términos y condiciones generales para utilizar los Premios:** Los Premios no son transferibles a ninguna persona y solo usted podrá utilizarlos para su beneficio personal. Usted no puede combinar sus beneficios con los beneficios acumulados por cualquier otro participante del Programa de premios. Los Premios no son "certificados de regalo" ni se emiten con la intención entregarse para hacer regalos. Los Puntos y los Premios no tienen valor monetario y son exclusivamente promocionales. Los Premios no se pueden utilizar retroactivamente para compras anteriores. A menos que complete los Términos y condiciones del Programa al presentar los Premios en una Ubicación de tienda, y hasta tanto lo haga, no tendrá derecho, título ni interés alguno sobre sus Puntos o los Premios. No somos responsables por Premios perdidos o robados.

**Cuentas Gap Silver, Banana Republic Luxe y Navyist de Old Navy:** Los titulares de cuentas Gap, Banana Republic y Old Navy que cumplan con todo lo siguiente: (a) obtengan 5000 Puntos de Premios (excluidos los puntos adicionales obtenidos durante campañas de puntos de premio adicionales y devoluciones de mercancía) con su Cuenta dentro de un año calendario, (b) realicen al menos el pago mínimo a vencer en su Cuenta hasta la fecha de vencimiento de pago después de alcanzar el monto de calificación de 5000 Puntos de Premios, y (c) mantengan su cuenta al día, se actualizarán respectivamente a una cuenta Gap Silver, cuenta Banana Republic Luxe o cuenta Navyist de Old Navy. Las actualizaciones se procesarán dentro de los 90 a 120 días después de que califique. Cuando reciba su tarjeta actualizada, recibirá beneficios de titular de tarjeta Gap Silver, Banana Republic Luxe o Navyist de Old Navy adicionales, incluida una bonificación trimestral del 20 % de los Puntos de Premio obtenidos al final de cada trimestre calendario (por ejemplo, si al final de un trimestre calendario ha ganado 500 Puntos de Premio, agregaremos 100 Puntos de Premio adicionales a su Cuenta de Premios). Deberá volver a calificar cada año calendario como se establece arriba para mantener su respectiva calificación como titular de tarjeta Silver, Luxe o Navyist.

**Retiro o modificación/finalización del Programa de premios:** Nos reservamos el derecho de retirar a cualquier persona del Programa de premios en caso de fraude o abuso con relación a este Programa. Nos reservamos el derecho de cambiar o finalizar el Programa de premios en cualquier momento y de cualquier manera sin aviso.

**SIN GARANTÍA ALGUNA:** GAP INC., SYNCHRONY BANK Y CADA RESPECTIVA EMPRESA SUBSIDIARIA, DIVISIÓN Y ENTIDAD AFILIADA DE DICHA COMPAÑÍA, JUNTO CON CADA RESPECTIVO FUNCIONARIO, DIRECTOR, EMPLEADO Y AGENTE DE DICHA COMPAÑÍA, NO OFRECEN GARANTÍA ALGUNA, EXPRESA NI IMPLÍCITA, INCLUIDA, DE MANERA ENUNCIATIVA, CUALQUIER GARANTÍA DE COMERCIABILIDAD O CAPACIDAD PARA UN PROPÓSITO PARTICULAR CON RESPECTO AL PROGRAMA DE PREMIOS O CUALQUIER PRODUCTO O SERVICIO RELACIONADO CON DICHO PROGRAMA.

**EXENCIÓN DE RESPONSABILIDAD:** USTED EXIME A GAP INC., SYNCHRONY BANK Y A CADA RESPECTIVA EMPRESA SUBSIDIARIA, DIVISIÓN Y ENTIDAD AFILIADA DE DICHA COMPAÑÍA, JUNTO CON CADA RESPECTIVO FUNCIONARIO, DIRECTOR, EMPLEADO Y AGENTE DE DICHA COMPAÑÍA DE CUALQUIER Y TODA RESPONSABILIDAD RELACIONADA CON SU MEMBRESÍA O PARTICIPACIÓN EN EL PROGRAMA DE PREMIOS O ESTOS TÉRMINOS Y CONDICIONES.

**Acuerdo completo:** Estos Términos y condiciones, junto con su Acuerdo (incluidas, de manera enunciativa, las secciones "Leyes vigentes" y "Disposición sobre la resolución de disputas y reclamos [incluido Arbitraje]" del Acuerdo), constituyen el acuerdo completo entre nosotros en relación con el Programa de premios, y reemplaza a cualquier entendimiento o acuerdo anterior (ya sea en forma oral o escrita) con respecto al Programa de premios. Gap Inc. proporciona el Programa de premios y Synchrony Bank le brinda el servicio.

# EXHIBIT C



Enter code below to redeem online.

LZLKGCXJTMZG

Expires: 11:59PM PT on April 30, 2016 duplicate Reward previously is

F DELA AVINA
Número de Cuenta: ■■■■■ 5070

Vis tenos en: eservice.oldnavy.com
(sólo disponible en inglés)
Servicio al Cliente: 1-866-450-5295

### Resumen de Actividad de Cuenta

| | |
|---|---|
| Saldo (Balance) Anterior | $2,647 58 |
| + Compras/Débitos | $93.27 |
| **+ Cargos/Cuotas Cobrados** | **$27.00** |
| **+ Interés Cargado** | **$59.55** |
| **Nuevo Saldo (Balance)** | **$2,827.40** |

| | |
|---|---|
| Límite de crédito | $2,700 00 |
| Crédito disponible | LIMITE EXCED DO |
| Límite de efectivo | $540.00 |
| Efectivo disponible | LIMITE EXCED DO |
| Fecha de cierre de estado de cuenta | 10/23/2016 |
| Días en el ciclo de facturación | 31 |

### Información de Pago

| | |
|---|---|
| Nuevo Saldo (Balance) | $2,827.40 |
| Monto Vencido | $81.00 |
| Pago Mínimo Total a Vencer | $196 00 |
| Monto que Excede el Límite | $127.40 |
| Fecha de Vencimiento de Pago | 11/15/2016 |

**Advertencia de Pago Atrasado** Si no recibimos su Pago Mínimo Total A Vencer a más tardar en la Fecha de Vencimiento de Pago indicada arriba, es posible que tenga que pagar un cargo por pagos atrasados de hasta $37.00.

**Advertencia de Pago Mínimo** Si solamente realiza el pago mínimo cada período, usted pagará más interés y le tomará más tiempo liquidar su saldo (balance).
Por ejemplo:

| Si no realiza cargos adicionales utilizando esta tarjeta y cado mes paga .... | Liquidará el saldo (balance) mostrado en este estado de cuenta en aproximadamente ... | Y pagará un total aproximado de ... |
|---|---|---|
| Solamente el pago mínimo | 14 años | $7,190 00 |

Si desea información sobre **servicios de asesoría crediticia**, llame al 1-877-302-8775.

### Su Resumen De Recompensas

| | |
|---|---|
| SALDO DE PUNTOS AL COMIENZO | 375 |
| Ptos. básicos ganados EN nuestras tiendas | 466 |
| PUNTOS TOTALES | 841 |
| PTOS. CONVERT DOS EN PREMIOS | 500 |
| PUNTOS AL F NALIZAR | 341 |
| PTOS. PARA EL SIGU ENTE PREMIO | 159 |
| Premios ganados este año | $170.00 |

### Sus Noticias De Cuenta

Felicitaciones, obtuvo un premio.
Y podrá encontrar su premio reflejado en este estado de cuenta para su comodidad. Le deseamos felices compras...

<u>EL PAGO VENCE A LAS 5 P.M. (HORA DEL ESTE) DE LA FECHA DE VENCIMIENTO.</u>
AVISO: Podemos convertir su pago a un débito electrónico. Consulte el dorso para detalles, Derechos de Facturación y otra información importante.

6544      SPH      2   7 20 161023      X PAGE 1 of 3      3179 1600 D406 O1FR6544

Desprenda y envíe esta parte con su cheque. No incluya ninguna correspondencia con su cheque.

**Número de Cuenta** ■■■■■ 5070

| Pago Mínimo Total a Vencer | Monto Vencido | Fecha de Vencimiento de Pago | Monto Sobre el Límite | Nuevo Saldo (Balance) |
|---|---|---|---|---|
| $196.00 | $81.00 | 11/15/2016 | $127.40 | $2,827.40 |

Pago Adjunto:
Escriba en tinta azul o negra.

$ ☐☐☐☐☐.☐☐

Actualmente no aceptamos pagos en nuestras tiendas.

Dirección o correo electrónico nuevo? Imprima los cambios al dorso.

F DELA AVINA
CHICAGO IL ■■■■■

**Envíe el Pago a** OLD NAVY VISA/SYNCB
PO BOX 960017
ORLANDO, FL 32896-0017

## Resumen de Transacciones

| Fecha de Transacción | Fecha de Ingreso | Número de Referencia | Descripción de Transacción o Crédito | Monto |
|---|---|---|---|---|
| | | | *Compras en Nuestras Tiendas(Gap, Old Navy, Banana Republic and Athleta) | |
| 09/21 | 09/23 | 2447995LV00Y0Q13G | OLDNAVY TOWN SQUARE S/C SCHERERVILLE IN | $93.27 |
| | | | BABY ACCESSOR ES SHOES | |
| | | | NEWBORN NEWBORN ACCESSORIES | |
| | | | APPAREL/ACCESSORIES | |
| | | | **CARGOS** | |
| 10/15 | 10/15 | | CARGO POR MORA | $27.00 |
| | | | **TOTAL DE CARGOS Y CUOTAS PARA ESTE PERÍODO** | **$27.00** |
| | | | **INTERÉS COBRADO** | |
| 10/23 | 10/23 | | INTERÉS COBRADO EN COMPRAS | $59.55 |
| 10/23 | 10/23 | | INTERÉS COBRADO EN ADELANTOS EN EFECTIVO | $0.00 |
| | | | **TOTAL DE INTERÉS PARA ESTE PERÍODO** | **$59.55** |

### Totales del Año en Curso 2016

| | | |
|---|---|---|
| Total de cargos y cuotas cobrados en 2016 | | $27.00 |
| Total de interés cobrado en 2016 | | $209.95 |
| Total de interés pagado en 2016 | | $110.81 |

## Calculación de Interés Cobrado

Su **Tasa de Porcentaje Anual (APR)** es la tasa de interés anual en su cuenta.

| Tipo de Saldo (Balance) | Fecha de Vencimiento | Tasa de Porcentaje Anual | Saldo (Balance) Sujeto a Tasa de Interés | Interés Cobrado |
|---|---|---|---|---|
| Compras | N/A | 25.24%(v) | $2,777 33 | $59 55 |
| Adelantos en Efectivo | N/A | 27.24%(v) | $0.00 | $0 00 |
| (v) = Tasa Variable | | | | |

## Noticias e Información para el Titular de Tarjeta

SU CUENTA ESTÁ VENCIDA. POR FAVOR, PAGUE EL MONTO MÍN MO O LLAME A ESTA OFICINA, AL NÚMERO INDICADO EN SU ESTADO DE CUENTA.

Synchrony Bank puede continuar obteniendo información de usted, incluida su información laboral y de sus ingresos por medio de otros (incluso solicitar informes de agencias de informes crediticios y otras fuentes) para revisar, mantener o cobrar su cuenta.

## Beneficios de Titular de Tarjeta y Información

Es más fácil que nunca canjear sus Recompensas Inicie una sesión en eService en su smartphone o su computadora para acceder a sus Recompensas disponibles y ¡canjéelas a su conveniencia! ¡Nunca se le olvidará sus Recompensas! **Visite eService.oldnavy.com (sólo disponible en inglés) hoy**

¡Obtenga más ropa! Gane un Regalo con valor de $5 por cada $100 que gaste en Old Navy, Gap, Banana Republic, y Athleta. Gástaselo en algo especial que ha estado mirando en nuestras tiendas.

# EXHIBIT D

Enter code below to redeem online.



D1798D2G1NXT

Expires: 11:59PM PT on March 31, 2017. Redeem duplicate Reward previously is

F DELA AVINA
Número de Cuenta: ██████ 5070

Vis tenos en: eservice.oldnavy.com
(sólo disponible en inglés)
Servicio al Cliente: 1-866-450-5295

## Resumen de Actividad de Cuenta

| | |
|---|---|
| Saldo (Balance) Anterior | $2,478.21 |
| - Pagos | $82.00 |
| + Compras/Débitos | $196.96 |
| **+ Interés Cargado** | **$54.41** |
| **Nuevo Saldo (Balance)** | **$2,647.58** |

| | |
|---|---|
| Límite de crédito | $2,700.00 |
| Crédito disponible | $0.00 |
| Límite de efectivo | $540.00 |
| Efectivo disponible | $0.00 |
| Fecha de cierre de estado de cuenta | 09/22/2016 |
| Días en el ciclo de facturación | 30 |

## Información de Pago

| | |
|---|---|
| Nuevo Saldo (Balance) | $2,647.58 |
| Pago Mínimo Total a Vencer | $81.00 |
| Fecha de Vencimiento de Pago | 10/15/2016 |

**Advertencia de Pago Atrasado** Si no recibimos su Pago Mínimo Total A Vencer a más tardar en la Fecha de Vencimiento de Pago indicada arriba, es posible que tenga que pagar un cargo por pagos atrasados de hasta $37.00.

**Advertencia de Pago Mínimo** Si solamente realiza el pago mínimo cada período, usted pagará más interés y le tomará más tiempo liquidar su saldo (balance).
Por ejemplo:

| Si no realiza cargos adicionales utilizando esta tarjeta y cado mes paga .... | Liquidará el saldo (balance) mostrado en este estado de cuenta en aproximadamente ... | Y pagará un total aproximado de ... |
|---|---|---|
| Solamente el pago mínimo | 14 años | $6,879.00 |
| $106.00 | 3 años | $3,802.00 (Ahorros = $3,077.00) |

Si desea información sobre **servicios de asesoría crediticia**, llame al 1-877-302-8775.

EL PAGO VENCE A LAS 5 P.M. (HORA DEL ESTE) DE LA FECHA DE VENCIMIENTO.
AVISO: Podemos convertir su pago a un débito electrónico. Consulte el dorso para detalles, Derechos de Facturación y otra información importante.

6544      SPH      2    7 20 160922      PAGE 1 of 3      3179  1600  D406  O1FR6544

Desprenda y envíe esta parte con su cheque. No incluya ninguna correspondencia con su cheque.

Número de Cuenta ██████ 5070

| Pago Mínimo Total a Vencer | Fecha de Vencimiento de Pago | Nuevo Saldo (Balance) |
|---|---|---|
| $81.00 | 10/15/2016 | $2,647.58 |

Pago Adjunto: $ ☐☐☐☐☐☐ . ☐☐
Escriba en tinta azul o negra.

Dirección o correo electrónico nuevo? Imprima los cambios al dorso.

Actualmente no aceptamos pagos en nuestras tiendas.

F DELA AVINA
██████
CHICAGO IL ████

**Envíe el Pago a** OLD NAVY VISA/SYNCB
PO BOX 960017
ORLANDO, FL 32896-0017

| Su Resumen De Recompensas | |
|---|---|
| SALDO DE PUNTOS AL COMIENZO | 390 |
| Ptos. básicos ganados EN nuestras tiendas | 84 |
| Ptos. básicos no ganados en ntras. tiendas | 180 |
| Ptos. bonific. ganados FUERA ntras. tiendas | 721 |
| PUNTOS TOTALES | 1,375 |
| PTOS. CONVERT DOS EN PREMIOS | 1,000 |
| PUNTOS AL F NALIZAR | 375 |
| PTOS. PARA EL SIGU ENTE PREMIO | 125 |
| Premios ganados este año | $165.00 |

**Sus Noticias De Cuenta**

Felicitaciones, obtuvo un premio.
Y podrá encontrar su premio reflejado en este estado de cuenta para su comodidad. Le deseamos felices compras...

## Resumen de Transacciones

| Fecha de Transacción | Fecha de Ingreso | Número de Referencia | Descripción de Transacción o Crédito | Monto |
|---|---|---|---|---|
| | | | **\*Compras en Nuestras Tiendas**(Gap, Old Navy, Banana Republic and Athleta) | |
| 09/20 | 09/20 | 2447995LT00XYG6Y5 | OLDNAVY TOWN SQUARE S/C SCHERERVILLE IN | $16.76 |
| | | | G RLS ACTIVE SWIMWEAR | |
| | | | APPAREL/ACCESSORIES | |
| | | | NEWBORN ITEMS (SETS/DRESS/SW M | |
| | | | NEWBORN GIFT SETS | |
| | | | NEWBORN NEWBORN ACCESSORIES | |
| | | | BABY ACCESSOR ES HATS | |
| | | | APPAREL / ACCESSORIES | |
| | | | **Otras Transacciones** (gasoline, comestibles, etc.) | |
| 08/31 | 08/31 | 2438775L503R3DHFW | AEROPOSTALE #41 CALUMET CITY  L | $180.20 |
| 09/15 | 09/15 | 7447994LL00XTZR0J | PHONE PYMT-THANK YOU   ALPHARETTA  GA | ($82.00) |
| | | | **CARGOS** | |
| | | | **TOTAL DE CARGOS Y CUOTAS PARA ESTE PERÍODO** | **$0.00** |
| | | | **INTERÉS COBRADO** | |
| 09/22 | 09/22 | | INTERÉS COBRADO EN COMPRAS | $54.41 |
| 09/22 | 09/22 | | INTERÉS COBRADO EN ADELANTOS EN EFECTIVO | $0.00 |
| | | | **TOTAL DE INTERÉS PARA ESTE PERÍODO** | **$54.41** |

| Totales del Año en Curso **2016** | |
|---|---|
| Total de cargos y cuotas cobrados en  2016 | $0.00 |
| Total de interés cobrado en  2016 | $150.40 |
| Total de interés pagado en  2016 | $110.81 |

## Calculación de Interés Cobrado

Su Tasa de Porcentaje Anual (APR) es la tasa de interés anual en su cuenta.

| Tipo de Saldo (Balance) | Fecha de Vencimiento | Tasa de Porcentaje Anual | Saldo (Balance) Sujeto a Tasa de Interés | Interés Cobrado |
|---|---|---|---|---|
| Compras | N/A | 25.24% (v) | $2,622.18 | $54.41 |
| Adelantos en Efectivo | N/A | 27.24% (v) | $0.00 | $0 00 |
| (v) = Tasa Variable | | | | |

## Noticias e Información para el Titular de Tarjeta

Synchrony Bank puede continuar obteniendo información de usted, incluida su información laboral y de sus ingresos por medio de otros (incluso solicitar informes de agencias de informes crediticios y otras fuentes) para revisar, mantener o cobrar su cuenta.

## Beneficios de Titular de Tarjeta y Información

¿Está buscando una fecha de vencimiento más conveniente ?Llame a Atención al cliente al número que figura en su declaración para determinar si reúne los requisitos y ver las opciones disponibles.

¡Obtenga más ropa! Gane un Regalo con valor de $5 por cada $100 que gaste en Old Navy, Gap, Banana Republic, y Athleta. Gástaselo en algo especial que ha estado mirando en nuestras tiendas.

**Es más fácil que nunca canjear sus Recompensas** Inicie una sesión en eService en su smartphone o su computadora para acceder a sus Recompensas disponibles y ¡canjéelas a su conveniencia! ¡Nunca se le olvidará sus Recompensas! **Visite eService.oldnavy.com (sólo disponible en inglés) hoy**

# EXHIBIT E

F DELA AVINA
Número de Cuenta: ████████ 5070

Vis tenos en: eservice.oldnavy.com
(sólo disponible en inglés)
Servicio al Cliente: 1-866-450-2324

## Resumen de Actividad de Cuenta

| | |
|---|---|
| Saldo (Balance) Anterior | $3,226 07 |
| **+ Cargos/Cuotas Cobrados** | **$37.00** |
| **+ Interés Cargado** | **$70.82** |
| **Nuevo Saldo (Balance)** | **$3,333.89** |
| | |
| Límite de crédito | $2,700.00 |
| Crédito disponible | $0.00 |
| Límite de efectivo | $540.00 |
| Efectivo disponible | $0.00 |
| Fecha de cierre de estado de cuenta | 03/23/2017 |
| Días en el ciclo de facturación | 31 |

## Información de Pago

| | |
|---|---|
| Nuevo Saldo (Balance) | $3,333 89 |
| Monto Vencido | $720 00 |
| Pago Mínimo Total a Vencer | $862 00 |
| Monto que Excede el Límite | $633 89 |
| Fecha de Vencimiento de Pago | 04/15/2017 |

**Advertencia de Pago Atrasado** Si no recibimos su Pago Mínimo Total A Vencer a más tardar en la Fecha de Vencimiento de Pago indicada arriba, es posible que tenga que pagar un cargo por pagos atrasados de hasta $37.00.

**Advertencia de Pago Mínimo** Si solamente realiza el pago mínimo cada período, usted pagará más interés y le tomará más tiempo liquidar su saldo (balance).
Por ejemplo:

| Si no realiza cargos adicionales utilizando esta tarjeta y cado mes paga .... | Liquidará el saldo (balance) mostrado en este estado de cuenta en aproximadamente ... | Y pagará un total aproximado de ... |
|---|---|---|
| Solamente el pago mínimo | 14 años | $7,430 00 |

Si desea información sobre **servicios de asesoría crediticia**, llame al 1-877-302-8775.

## Su Resumen De Recompensas

| | |
|---|---|
| SALDO DE PUNTOS AL COMIENZO | 180 |
| PUNTOS GANADOS | 0 |
| PUNTOS TOTALES | 180 |
| PTOS. CONVERT DOS EN PREMIOS | 0 |
| PUNTOS AL F NALIZAR | 180 |
| PTOS. PARA EL SIGU ENTE PREMIO | 320 |

## Sus Noticias De Cuenta

Cada compra lo lleva a obtener recompensas. Disfrute de un premio de $5 por cada 500 puntos obtenidos. Solo le faltan 320 puntos para obtener su próximo premio.

EL PAGO VENCE A LAS 5 P.M. (HORA DEL ESTE) DE LA FECHA DE VENCIMIENTO.
AVISO: Podemos convertir su pago a un débito electrónico. Consulte el dorso para detalles, Derechos de Facturación y otra información importante.

6544     SPH     2   7 20 170323     E X PAGE 1 of 3     3179  1600  D406  O1FR6544

Desprenda y envíe esta parte con su cheque. No incluya ninguna correspondencia con su cheque.

**Número de Cuenta** ████████ 5070

| Pago Mínimo Total a Vencer | Monto Vencido | Fecha de Vencimiento de Pago | Monto Sobre el Límite | Nuevo Saldo (Balance) |
|---|---|---|---|---|
| $862.00 | $720 00 | 04/15/2017 | $633 89 | $3,333 89 |

Pago Adjunto:
Escriba en tinta azul o negra.
$ [ ][ ][ ][ ][ ][ ] . [ ][ ]

Actualmente no aceptamos pagos en nuestras tiendas.

Dirección o correo electrónico nuevo? Imprima los cambios al dorso.

F DELA AVINA
████████
CHICAGO IL ██████

**Envíe el Pago a** OLD NAVY VISA/SYNCB
PO BOX 960017
ORLANDO, FL 32896-0017

## Resumen de Transacciones

| Fecha de Transacción | Fecha de Ingreso | Número de Referencia | Descripción de Transacción o Crédito | Monto |
|---|---|---|---|---|
| | | | **\*Compras en Nuestras Tiendas**(Gap, Old Navy, Banana Republic and Athleta) | |
| | | | **CARGOS** | |
| 03/15 | 03/15 | | CARGO POR MORA | $37.00 |
| | | | **TOTAL DE CARGOS Y CUOTAS PARA ESTE PERÍODO** | **$37.00** |
| | | | **INTERÉS COBRADO** | |
| 03/23 | 03/23 | | INTERÉS COBRADO EN COMPRAS | $70.82 |
| 03/23 | 03/23 | | INTERÉS COBRADO EN ADELANTOS EN EFECTIVO | $0.00 |
| | | | **TOTAL DE INTERÉS PARA ESTE PERÍODO** | **$70.82** |

| Totales del Año en Curso 2017 | |
|---|---|
| Total de cargos y cuotas cobrados en    2017 | $111.00 |
| Total de interés cobrado en    2017 | $198.46 |
| Total de interés pagado en    2017 | $0.00 |

## Calculación de Interés Cobrado

Su **Tasa de Porcentaje Anual (APR)** es la tasa de interés anual en su cuenta.

| Tipo de Saldo (Balance) | Fecha de Vencimiento | Tasa de Porcentaje Anual | Saldo (Balance) Sujeto a Tasa de Interés | Interés Cobrado |
|---|---|---|---|---|
| Compras | N/A | 25.49% (v) | $3,270 86 | $70 82 |
| Adelantos en Efectivo | N/A | 27.49% (v) | $0.00 | $0 00 |
| (v) = Tasa Variable | | | | |

## Noticias e Información para el Titular de Tarjeta

POR FAVOR, ADJUNTA ENCONTRARA LA POLITICA DE CONFIDENCIALIDAD PARA ESTA CUENTA. POR FAVOR, TOMESE UN MOMENTO PARA LEERLA Y DESPUES GUARDELA CON OTROS DOCUMENTOS FINANCIEROS. SI YA HA OPTADO POR NO COMPARTIR NFORMACION PERSONAL ANTERIORMENTE, NO NECESITA VOLVERLO A HACER.

Toda comunicación posterior puede no estar disponible en Español

# EXHIBIT F



## BILL of SALE

Midland ██████████████████ **May 2017**

For value received and in further consideration of the mutual covenants and conditions set forth in the ████████████ Purchase Agreement (the "Agreement"), dated as of this 26th day of August, 2016 by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, L.L.C.; and Retail Finance Credit Services, LLC (collectively "Seller") and Midland Funding LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, the Accounts as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on May 20, 2017, and as further described in the Agreement.

Synchrony Bank

By: _Ken Wojcik_

Ken Wojcik

Title: SVP Collections & Recovery

RFS Holding LLC

By: _Ken Wojcik_

Ken Wojcik

Title: Attorney In Fact

Retail Finance Credit Services, LLC

By: _Ken Wojcik_

Ken Wojcik

Title: Attorney In Fact

<u>Purchase Price Reconciliation/Funding Instructions</u>

May 22, 2017

To: Midland

This ███████████████████ PURCHASE AGREEMENT, is made this 26th day of August, 2016 (the "Effective Date"), by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, L.L.C.; and Retail Finance Credit Services, LLC (collectively, "Seller") and Midland Funding LLC ("Buyer") with reference to the following facts and circumstances:

| | |
|---|---|
| Portfolio | ████ |
| Agcy_Atty Code | ██ |
| Total Number of Accounts | ██ |
| Outstanding Balances on Transfer Date | ████ |
| Cut-Off Date | May 20, 2017 |
| Transfer Date | May 20, 2017 |
| Purchase Price Factor | ██ |
| Purchase Price | ████ |
| 0%    Holdout | ██ |
| Amount of Wire transfer | ████ |
| Date of Funding: | May 30, 2017 |
| Bank: | ███ |
| ABA No. | ██ |
| Account No: | ██ |
| Account Holder: | ██████ |
| Location: | ███ |

AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

**Shannon Wiltgen** being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about **5/20/2017** Synchrony Bank formerly known as GE Capital Retail Bank sold a pool of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to **Midland Funding LLC**. As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements are true to the best of my knowledge.

Signed this 18th day of July, 2017

**Shannon Wiltgen**

Signed and sworn to before me this 18th day of July, 2017

(Notary Stamp)

NANCY ELIZABETH QUENOMOEN
Notary Public
State of Minnesota
My Commission Expires
January 31, 2022

**BLANKET CERTIFICATE OF CONFORMITY FOR NOTARY NANCY QUENOMOEN**

I, Brett Rouleau, an attorney-at-law admitted to practice in the State of Minnesota and fully acquainted with the laws of the State of Minnesota do hereby certify that I am duly qualified to make this certificate of conformity and that the acknowledgement or proof upon the affidavits of merit were taken by Notary Nancy Quenomoen, a notary public in the State of Minnesota, in the manner prescribed by the laws of the State of Minnesota and confirms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, 18th day of July, 2017.

Brett Rouleau
Attorney at Law, State of Minnesota