# EXHIBIT 5

### BUSINESS RECORDS AFFIDAVIT

#### Sections 90.803(6) and 90.902(11)

**BEFORE ME,** the undersigned authority, personally appeared the herein named Affiant, who, being by me duly sworn, deposed as follows:

1.    I, the below-signed Affiant, am an adult citizen of the United States of America.

2.    This Affidavit is made in conjunction with Dell Financial Service's **(DFS)** response to the request issued by **Midland Funding LLC et al.** in the matter of **Midland Funding LLC et al. v Ruel Nieto.**

3.    I am employed by **DFS**. In my position as Sr. Recovery Manager, I have personal knowledge of the business records of and am a qualified person authorized to declare and certify on behalf of **DFS** that the **21** pages of documents attached hereto as "Exhibits" represent those responsive to any reasonable request as returned from a reasonably diligent search of **DFS's** systems of record and are true and accurate duplicates of the original business records maintained by **DFS** regarding the account of Ruel Nieto ending in 3036, which was charged off for the just and true sum of $4018.54, and sold and assigned to Midland Funding LLC et al. The business records included in "Exhibit A" are identified as follows: Credit Card Agreement, Bill of Sale from Dell Financial Services, L.L.C to Midland Funding LLC et al, Charge-off Statement dated 05/22/2016 and Billing Statements from 10/22/2015 to 04/22/2016. In this position, I have personal knowledge of the business records and the manner and method by which **DFS** creates and maintains certain business books and records, including computer records of customer accounts.

4.    I further certify that the documents attached hereto (i) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (ii) were kept in the course of the regularly conducted business activity of **DFS**; and (iii) were made by **DFS** as a regular practice during its regularly conducted business activity. The business records identified herein consist of electronic information generated, stored, and maintained by DFS in accordance with generally accepted standards for the industries in which DFS operates, and by persons with the knowledge and training necessary

**Midland v Ruel Nieto**

to ensure the accuracy, reliability, and security thereof. DFS relies upon the accuracy, reliability, and security of the identified business records in the course of a regularly conducted business activity and as a regular business practice.

C. Smpson

Signature of Affiant

Charles Simpson

Printed Name of Affiant

STATE OF _Texas_ ,
COUNTY OF _Williamson_

The Foregoing instrument was sworn to and subscribed before me this 17Th day of _February_ , 2018, by _Charles Simpson_ , who is personally known to me or who produced _NA_ as identification.

Antoinette Lucia Benson

NOTARY PUBLIC

_Antoinette Lucia Benson_

Notary's Printed Name

My commission expires on the 30Th day of _January_ , 20_20_ .

ANTOINETTE LUCIA BENSON
Notary Public, State of Texas
Comm. Expires 01-30-2020
Notary ID 126243858

# EXHIBIT A

Any arbitration pursuant to this provision may be resolved without an in person hearing, as determined by the arbitrator. If a hearing is held, it shall take place within the county or parish in which you live or at such other reasonably convenient location as agreed by the parties.

In any arbitration, we will pay the entire amount of the arbitration fees, including any filing and/or deposit. Each party shall be initially responsible for payment of their own attorney fees, witness fees and other expenses.

The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statutes of limitation and shall honor all claims of privilege and confidentiality recognized at law. The arbitrator shall have the authority to resolve a dispute in whole or in part, pursuant to this arbitration authority. No arbitrator shall have the authority to award relief in excess of what this Agreement or the arbitrator's interpretation of this arbitration Agreement would permit to grant whatever relief would be available in court pursuant to law or in equity. As the existence of the arbitration provision is known by both parties, to the extent the arbitrator finds applicable law, provided that such fees shall not exceed the filing fees that would have been incurred if the claim had been brought in court. The arbitrator shall make any award in writing and, if requested by applicable law, the arbitrator's award may also include attorney fees, witnesses fees and similar expenses. At the request of either party, the arbitrator shall provide a written explanation of the basis for the award (and, if requested, including written findings of fact and conclusions of law). Judgment upon the award may be entered in any court having jurisdiction.

This arbitration provision shall survive termination of your Account as well as the repayment of all amounts you owe under the Agreement. If any provision of this arbitration agreement is found unenforceable, the unenforceable provision shall be severed and the remaining arbitration agreement terms shall be enforced (but in no case there be a class arbitration). In the event of a conflict or inconsistency between the arbitration provision of the arbitration administrator and the arbitration provision, the arbitration provision shall govern.

**YOU ACKNOWLEDGE THAT IF A CLAIM ARISES YOU MAY BE REQUIRED TO RESOLVE THE CLAIM THROUGH ARBITRATION AND AND GIVING UP YOUR RIGHTS TO LITIGATE THAT CLAIM IN A COURT OR BEFORE A JURY OR TO PARTICIPATE IN A CLASS ACTION OR REPRESENTATIVE ACTION, AND THAT OTHER OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO BE UNAVAILABLE OR MAY BE LIMITED IN ARBITRATION.**

You may obtain a copy of the current rules of each of the arbitration rules or learn how to file a Claim with the AAA as follows:

| JAMS | American Arbitration Association |
| 1920 Main Street, Suite 300 | 1633 Broadway, 10th Floor |
| Irvine, CA 92614 | New York, NY 10019 |
| (949) 224-1810 | (800) 778-7879 |
| www.jamsadr.com | www.adr.org |

**STATE SPECIFIC DISCLOSURES**

As required by Federal and Utah laws, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice for all accounts, including New York/ Rhode Island / Vermont Residents:** The arbitration provision applies to claims in dispute. You have the right of access to a consumer reporting agency, in connection with this application, any transaction, or extension of credit and upon request, will be informed whether or not consumer reports were requested and if such reports were requested, the names and addresses of the agencies that furnished the reports. A new credit report may be ordered in connection with an update, renewal, verification of credit on your Account, or for any other legitimate purpose associated with the Account. Upon your request, you will be informed whether or not a consumer credit report was ordered, and if it was, you will be given the name and address of the consumer reporting agency that furnished the report. New York residents may contact the New York State Department of Financial Services at 1-877-226-5697 or at 1 State Street, New York, NY 10004 to obtain a comparable listing of credit card rates, fees and grace periods.

**Notice for California Residents:** California law requires that we inform customers that if either of you shall be liable on a credit obligation, and if we fail to fulfill the terms of your credit obligations, we may report your credit card and address a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you are married, you may apply for a separate account in your name.

**Notice for Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

---

**Notice for Married Wisconsin Residents:** If you are married, by submitting your application you are confirming that (no Account obligation is being incurred in the interest of your marriage and your family. No provision of a marital property agreement, a unilateral statement under Sec. 766.59 Wis. Stat., or a court decree under Sec. 766.70 adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement, or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. If the Account for which you are applying is granted, you will notify us if you have a spouse who needs to receive notification that credit has been extended to you.

**Your Billing Rights: Keep This Document for Future Use**

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

> Dell Preferred Account
> Attn: Billing Inquiry Department
> P.O. Box 81585
> Austin, TX 78708-1585

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**

- **If we made a mistake:** You will not have to pay the amount in question or any interest or other fees related to that amount.
- **If we do not believe there was a mistake:** You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount you think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

---

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your Dell Preferred Account, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your Dell Preferred Account for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

> Dell Preferred Account
> Attn: Billing Inquiry Department
> P.O. Box 81585
> Austin, TX 78708-1585

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

---

**IMPORTANT MESSAGE FOR NEW CUSTOMERS**

Following is the DELL PREFERRED ACCOUNT CREDIT AGREEMENT that governs the Dell Preferred Account you requested. Please read it carefully. IT CONTAINS VERY IMPORTANT INFORMATION ABOUT YOUR RIGHTS AND OBLIGATIONS, AS WELL AS LIMITATIONS AND EXCLUSIONS. UNDER THIS AGREEMENT YOU MAY BE REQUIRED TO RESOLVE DISPUTES WITH WEBBANK, DELL FINANCIAL SERVICES, AND OTHERS THROUGH ARBITRATION. WITH THE EXCEPTION OF SMALL CLAIMS, RATHER THAN A COURT PROCEEDING. If you reject the terms and conditions contained in the Agreement, you still have time to cancel your Account and avoid any interest charges and other cost.

IF YOU WISH TO DECLINE THE TERMS AND CONDITIONS CONTAINED IN THE AGREEMENT, YOU MUST CALL 1-800-979-5000 WITHIN THREE DAYS OF RECEIPT OF THE PRODUCT DELIVERY to return your order. If you reject the terms of your Dell Preferred Account number and/or your order numbers. The phone representative will arrange with WebBank so that your Account will be closed and you will not make any future obligations. If you cancel your Dell order or arrange with you for another method of payment. If your order arrives at your home after you have canceled it and the shipment is left in your home without a signature, do not open the packages. Call the Carrier and inform them that you are refusing shipment. The Carrier will arrange with you to pick up the shipment and return it to Dell.

If you received your Dell order before you signed this document, you can still decline the sale of credit by calling 1-800-979-5000 as described above.

If you do not contact Dell or you fail to return your order to Dell within the 21 day return period after contacting Dell and canceling your Account, your acceptance of your Account and your purchase will constitute use of the credit offered and acceptance of the terms and conditions of the Agreement. Your acceptance of the Agreement will authorize Dell and its affiliates to request an advance of funds pursuant to the Agreement to pay for your purchase from Dell.

**DELL PREFERRED ACCOUNT CREDIT AGREEMENT**

Offered by WebBank, a Utah Industrial Bank, and serviced by Dell Financial Services.

**Definitions.** The word "Agreement" refers to your Dell Preferred Account Credit Agreement. In this Agreement, the words "you" and "your" mean the person who applied for the Dell Preferred Account. With the exception of the arbitration provision, the words "we", "us", and "our" mean WebBank, which is the issuer of credit and your Dell Preferred Account, which will be governed by this Agreement. Dell Financial Services will service your Account for WebBank.

**Use of Your Account.** Your use of the open-end credit offered pursuant to this Agreement or this Account to purchase products or services constitutes acceptance of the terms of the Agreement and the arbitration provision contained in this Agreement. Your use of the Account also acknowledges that you are of legal age and bind to a credit card agreement or contract.

**Billing Period.** A Billing Period is the interval between monthly billing statements. The Statement Closing Date is the last day of the Billing Period for that statement.

**Payment.** You promise to pay us for all purchases charged to your Account plus any interest charges and other charges under the terms of this Agreement. In this Agreement, "You promise to pay at least the Minimum Payment Due as shown in your billing statement each month by the Payment Due Date. We will advise you of your Payment Due Date each month as shown in your billing statement. Your Payment Due Date will be the same day of the month for each monthly Billing Period and will be at least 23 days after the close of each Billing Period. Your Minimum Payment Due is the sum of all amounts past due, plus any amounts above your New Balance shown on your billing statement, rounded up to the next dollar. At any time we can require you to pay all amounts due, by which your balance exceeds your credit Limit. You may pay all or any part of your balance without penalty at any time.

**What Periodic Interest Charge is Imposed.** Interest Charges are calculated on accrue from the shipment of the products until the date we receive payment in full for those products. Interest Charges are calculated and imposed on your outstanding balance during the Billing Period. If you made no New Balance on the current statement, or if the New Balance shown on the statement of your New Balance was zero, then: (1) If you pay the New Balance for the current Billing Period, no Periodic Interest Charge will be charged for the current Billing Period; and (2) If you make a payment by the Payment Due Date, then interest charges imposed during the current Billing Period, and payment will be credited as of the first day in the current Billing Period.

**Periodic Interest Charge.** We figure the "Interest Charge" on your Account for any Billing Period by applying the Daily Periodic Rate to the Average Daily Balance of your Account (including new purchases) and multiplying the result by the number of days in the Billing Period. To determine your "Average Daily Balance" we calculate a new balance each day of the Billing Period. For each credit plan that is part of your Account. For each credit plan we do the following: We take the previous balance each day, which includes any billed, but unpaid Interest Charges and fees, add new purchases and other fees, and any new purchases, and subtract any payments or other credits. Then, we add any daily balances for the Billing Period, and divide the total by the number of days in the Billing Period, and place the result in the "Average Daily Balance" of your Account. The "Average Daily Balance" calculation results in the compounding of interest on your Account, and you agree that we may compound interest on your Account. Please see the section below describing how the Interest Charge is imposed. For special rates that apply if new purchases are shipped in Billing Periods when your prior billing Period's New Balance was zero or was paid in full. Purchases subject to a promotional Interest Charge feature will not be added to your Account if you pay your balance in full by the appropriate Payment Due Date. The Interest Charge on any billing statement for billing cycles where you purchase the items listed as Interest Charge bearing on the "Minimum Interest Charge Fee."

**Periodic Rate.** The Daily Periodic Rate and corresponding Annual Percentage Rate are variable rates and may change each month. The Corresponding Annual Percentage Rate and Daily Periodic Rate are determined for each Billing Period determined by adding a Margin to the Index, which is described below.

The Daily Periodic Rate is determined by multiplying the APR for purchases by 1/360 (1.0000 is a leap year).

The current corresponding APR for purchases is the Daily Periodic Rate, Margin and any change in the Index that has not been reflected in the Annual Percentage Rate, as described in the Pricing Addendum that accompanies and is a part of this Agreement.

The Index is the Prime Rate published in the Money Rates table by The Wall Street Journal on the last day of the preceding calendar month prior to the Billing Period. Any change in the Index will cause the corresponding Annual Percentage Rate to change. If the Index is not available, we may select a substitute. If the Index increases the corresponding Annual Percentage Rate will increase. When we will apply any change in the Index to the first day of your Billing Period that begins after the change.

**Promotional Credit Plans.** In addition to purchases that accrue Interest Charge at your standard rate as described above, you may from time to time be given the opportunity to make purchases on special, Promotional Credit Plans may be offered from time to time on specific purchases for specific products. We will announce from time to time the terms and conditions of the special promotions which it makes available at the time of each purchase. Terms of each special Interest Charges or fees on a Promotional Credit Plan will expire and all accrued Interest Charges will be added to your Account if default of the terms. If your Account is in default of this Agreement the Special promotions may then be offered include:

(a) No Interest Credit Plan – If you pay the full purchase price before the expiration date of this promotion as stated on your billing statement, and pay the Minimum Payment Due when due, no Interest Charge will be imposed on the purchase. If such payments are not made, Interest Charges accruing from the date of purchase will be added to your Account either when you fail to pay the full purchase amount by the expiration date of the promotional period. We may offer promotion periods of different lengths that we will announce from time to time.

(b) Promotional Rate Plans – you may offer Promotional Rate Plans with promotional periods of different lengths that we will announce from time to time for a specified number of days.

**Credit Limit.** Your "Credit Limit" on your Account will be shown on your billing statement. As described above there may be a sublimit on the amount of credit available from accessing the Credit Limit. You agree not to make any purchases that would make the balance on your Account exceed your Credit Limit, or on any specific portion of your Credit Limit, we may require you to pay the amount above your Credit Limit immediately upon our demand. You also agree that we may increase or lower your Credit Limit at any time.

**Charges.** The following fees, when imposed, will be added to the balance on your Account. All returned payment fees imposed by this section is the scheduled from time to time and, if we so do, we will give you any notice required by law. Your current Customer Service fee is a current fee schedule.

- A Late Payment Fee will be imposed if you fail to pay any Minimum Payment Due when due. If this is the first time payment, your late payment fee is up to $35.00 for the first late payment and up to $35.00 for a subsequent late payment if your billing cycles after that any prior late payment but will not be more than the amount of your Minimum Payment Due immediately prior to the late payment.

- A Not Sufficient Funds (NSF) Fee will be imposed if your bank returns any check or other payment instruction for your Account because it is unpaid, or will not honor your direct debit, or in the event a credit card payment on your Account is not honored, whether or not the instrument is represented for the first required payment and up to $35.00 for additional returned payments within the next six billing cycles after that any prior returned payment but will not be more than the amount of your Minimum Payment Due immediately prior to the returned payment. You will incur the NSF Fee even if your payment is later honored for any subsequent presentment.

- The $0.00 Minimum Interest charge is imposed on any billing statement for which a periodic Interest Charge is imposed. "Minimum Interest Charge." It will appear on your billing statements as "Minimum Interest Charge Fee."

- Miscellaneous Fees may be imposed, including a charge for copies of billing statements. We may charge you, unless prohibited by law, for copies of billing statements at $5.00 per hour and any billing statement copy.

- An Expedited Payment Fee of up to $15 per payment may be imposed for authorizing a customer service representative to process a one-time expedited payment through the use of a Dell Preferred Account over the telephone. Electronic funds transfers on your checking account. The fee does not apply if you sign up for an ongoing automatic payment plan where payments are deducted routinely from a designated account.

**Form of Payment.** All payments must be in U.S. Dollars and be made by check, money order, electronic funds transfer or automatic transfer to an account you set up with us and not send cash. Payments made via a credit card will not be accepted. Any payment made using a check or draft may not be processed or applied to your Account if it is postdated, incomplete (such as where a signature is missing), or drawn in a different manner than where amounts or is not made payable in accordance with the instructions we provide. Any credit for payments made by check or other means may be delayed up to ten days if the requirements of this Agreement are not followed. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you submit an electronic funds transfer payment, it may clear your Account before any reason it cannot be processed your payment and you authorize us to resubmit the electronic funds transfer payment. If the electronic fund transfer cannot be completed because of insufficient or uncollected funds, we may charge a return fee to your Account as described. Generally, we will not accept any payment that is not drawn on a U.S. financial institution located in the U.S. or the U.S. Post Office. If we do, we may charge you any bank collection fee. You expressly consent, on behalf of yourself and other users of your Account to receive communications from us, including calls and text messages, at any telephone number you provide to us.

**PLEASE REMIT PAYMENTS TO: Dell Preferred Account Payment Processing Center, PO Box 6403, Carol Stream, IL 60197-6403.**

**Application of Payments.** We will apply payments to your Account consistent with the requirements of applicable law. Generally your payments in excess of the Minimum Payment Due to balances with the highest APRs first. However, if you make a payment in excess of the Minimum Payment Due to pay more than the Minimum Payment Due, we will apply the amount of the payment in excess of the Minimum Payment Due to the balance with the highest APRs first.

**Default.** Your Account will be in default if: (1) you exceed the Credit Limit on your Account; (2) you fail to pay when due any amount owed under this Agreement; (3) you make any misrepresentation in applying for credit; (4) you are in default under any other agreement with us; (5) bankruptcy or insolvency proceedings are started by or against you or anyone to whom you have given authorization to use your Account. We no longer have to extend credit to you and we can close or suspend your right to use your Account immediately.

**Authorized Users.** You may give another person authorization to use your Account. If you give another person such authorization you will be liable for all use by that person as if you were the person to whom we granted the authorization to use your Account.

**Liability for Unauthorized Use.** If you notice the loss or theft of your Dell Preferred Account Card or a possible unauthorized use of your Account, you should write to us immediately at:

Dell Financial Services, Attn: Security Department, PO Box 81566, Austin, TX 78708

You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit Investigation and Reporting.** You authorize us to investigate your credit record and to exchange reports and information about you with credit reporting agencies, merchants, and other creditors.

**Delay in Taking Action.** We will not lose any of our rights under this Agreement if we delay taking action for some reason. To the extent allowed by law we may take later action even if we do not take action earlier.

**Severability.** If any provision of this Agreement is found to be unenforceable, all other provisions shall remain in full force and effect.

**Applicable Law.** The laws of the United States of America, including the Federal Arbitration Act, 9 U.S.C. Sections 1-16 (the "FAA"), and the laws of the State of Utah apply to and govern this Agreement and your use of your Account.

## ARBITRATION NOTICE

THIS AGREEMENT CONTAINS AN ARBITRATION CLAUSE. PLEASE READ THIS PROVISION CAREFULLY. IT PROVIDES THAT ANY CLAIM RELATING TO YOUR ACCOUNT MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION, YOU ARE ENTITLED TO A FAIR HEARING, BUT THE ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT, AND ARBITRATION DECISIONS ARE SUBJECT TO VERY LIMITED REVIEW. CLAIMS MAY BE ARBITRATED ONLY ON AN INDIVIDUAL BASIS. IF EITHER PARTY CHOOSES ARBITRATION NEITHER PARTY WILL HAVE THE RIGHT TO LITIGATE THAT CLAIM IN COURT OR TO HAVE A JURY TRIAL ON THAT CLAIM OR ENGAGE IN DISCOVERY EXCEPT AS PROVIDED FOR IN THE APPLICABLE ARBITRATION RULES. IN ADDITION, YOU WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION. IT IS IMPORTANT THAT YOU READ THE ENTIRE ARBITRATION PROVISION SECTION CAREFULLY BEFORE ACCEPTING THE TERMS OF THIS AGREEMENT.

**Arbitration.** Except as expressly provided herein, any claim, dispute or controversy (whether based upon contract, tort, intentional or otherwise, constitution, statute, common law, or equity, and whether pre-existing, present or future), including initial claims, counter-claims, cross-claims and third-party claims, arising from or relating to you agreeing to obtaining, or using this Account this Agreement or any prior agreement, or any of the products or services provided in connection with the Account, (collectively, "Claims"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rules and procedures of the arbitration administrator selected at the time of the Claim is filed. In the event of a Claim is asserted, this "Claims subject to the arbitration provision may not be joined or consolidated in arbitration with any Claim of any other person or class claimant, and the arbitrator shall have no authority to conduct any arbitration on a representative or class basis. You may change the selection of the other organization listed within 30 days after you receive notice of an election to arbitrate. If you and we elect arbitration, then to arbitrate a Claim, the remaining arbitration administrator shall be selected. Claims may or must be arbitrated differently from litigation. For example, there is no right to a jury trial or full discovery in arbitration, and the arbitrator's decisions are subject to very limited review by courts. Claims must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If you or we require arbitration of a particular Claim, neither you, we, nor any other person may pursue the Claim in arbitration as a class action, private attorney general action or other representative action, nor may such Claim be arbitrated on a class basis or in a consolidated or representative capacity on behalf of any other persons or entities.

For the purposes of this arbitration provision, the terms "we" and "us" shall mean Dell Financial Services L.P. and any of its parent, subsidiary or affiliated companies and each of their respective employees, officers, directors, agents and representatives. It shall also include any third party providing any products or services in connection with the Account if this third party is named as a co-defendant with us in a Claim asserted by you. For the purposes of this arbitration provision, the terms "you" and "your" shall mean each and every holder of an Account and any person, holder or other beneficiary of this Agreement, including any person, holder or other user authorized by you to use the Account.

# EXHIBIT B



**Dell Preferred Account**
Account Number ████████ 036
For the billing period ending December 22, 2015

Offered by WebBank

**Financial Services**

Please see reverse side for important account information and contact information.

## Special Messages for RUEL NIETO

Can't make your Minimum Payment Due? Other payment options are a phone call away at 1-800-283-2210. Otherwise, please make a payment today as your account is two months past due and credit privileges have been suspended. **We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

| Summary of Account Activity | |
|---|---|
| Previous Balance | $2,251.08 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $1,344.91 |
| Other Debits | $0.00 |
| Fees Charged | $35.00 |
| Interest Charged | $32.31 |
| New Balance | $3,663.30 |
| Past Due Amount | $130.00 |
| Credit Limit | $6,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | December 22, 2015 |
| Days in Billing Cycle | 30 |

Contact Dell Financial Services Customer Service at 1-800-283-2210 or visit us online at www.dell.com/dfs .

Please send billing inquiries to Billing Inquiry Department: Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.

Please send correspondence other than billing inquiries to Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708-1577.

Please mail payments to the address on your payment coupon.

NOTE: Interest accrues at your standard rate of 17.99% (variable) from purchase date. To avoid deferred interest, pay Deferred Interest Balance in full by expiration date found in the interest charge calculation box below. When promo expires, interest will be imposed from purchase date at your standard rate of 17.99% (variable). Payments are applied to your total minimum payment due.

| Payment Information | |
|---|---|
| New Balance | $3,663.30 |
| Minimum Payment Due* | $240.00 |
| Payment Due Date | January 17, 2016 |
| *Includes Past Due Amount of $130.00 | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 Years | $6,863.48 |
| $132.41 | 3 Years | $4,766.76 (Savings = $2,096.72) |

If you would like more information about credit counseling services, call 1-800-283-2210 or go to http://www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm.

## Transaction Detail

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| DELL ████ 801 | 11-24-15 | 11-25-15 | DELL PURCHASE - THANK YOU! | 1,344.91 |
| | | | **Fees** | |
| | 12-17-15 | 12-17-15 | LATE CHARGE ASSESSMENT | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| | | | **Interest Charged** | |
| | 12-22-15 | 12-22-15 | BILLED INTEREST CHARGES ON PURCHASE | 32.31 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $32.31 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged 2015 | $60.00 |
| Total interest charged 2015 | $404.97 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Plan Type | Promotion Expiration Date | Balance Subject to Interest Rate | Daily Periodic Rate | Annual Percentage Rate (APR) | Interest Charges | Promotion Plan Deferred Interest Charges | New Plan Balance | Deferred Interest Balance | Minimum Amount Due Per Plan |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR PLAN | | $2,185.64 | 0.04928% | 17.99% (v) | $32.31 | | $2,245.95 | $0.00 | $147.14 |
| 12MO NO INT IF PAID IN FULL BY | 12-17-16 | $0.00 | 0.04928% | 17.99% (v) | $0.00 | $20.02 | $0.00 | $1,417.35 | $92.86 |

(v) = Variable Rate

---

Please fill in the 'Amount Enclosed' and return the payment coupon with your check in the enclosed return envelope. Do not staple, paper clip, fold or tape the contents.

**Dell Preferred Account**

Offered by WebBank

Want to pay now? Visit www.dell.com/dfs to make your payment online. Go paperless! Visit www.dell.com/GoPaperless to learn more.

New Address or Phone Number? Please visit us at www.dell.com/dfs or check box and complete reverse side.

------ manifest line ------

RUEL NIETO

NORTHBROOK IL ████

| | |
|---|---|
| Account #: | ████ 036 |
| New Balance: | $3,663.30 |
| Minimum Payment Due: | $240.00 |
| Payment Due Date: | January 17, 2016 |

Amount Enclosed: $

Please make your check payable to: Dell Preferred Account. Include your 19 digit account number on your check or money order. Ensure the 'Amount Enclosed' written on the coupon equals the check amount.

DELL PREFERRED ACCOUNT
PAYMENT PROCESSING CENTER
P.O. BOX 6403
CAROL STREAM IL 60197-6403

1687945012904569303600003663300001100000002400001172016000008000

# INFORMATION ABOUT YOUR ACCOUNT

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**
If you think there is an error on your statement, write to us at: Billing Inquiry Department, Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.
In your letter, give us the following information: (1) Account information: Your name and account number; (2) Dollar amount: The dollar amount of the suspected error; (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your Dell Preferred Account, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your Dell Preferred Account for the purchase. (3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: WebBank c/o Billing Inquiry Department, Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**PAYMENTS**
Requirements **Mailed payments** must be by check or money order drawn in U.S. Dollars on funds deposited in the U.S. A mailed payment accompanied by the payment coupon portion of this statement in the envelope provided and received by 5 PM local time at the payment address will be credited on the day we receive it. Payments made online or through the automated telephone system prior to 5 PM Central Time ("CT") will be credited the same day. On Monday – Friday, if you ask for an expedited payment, receive the assistance of a DFS representative, and agree to pay a fee, your payment will be credited the day the process is completed. The cut off time for completing an expedited payment for processing is 8 PM CT. The fee for processing your expedited payment will not exceed $15. Non-expedited payments made through a DFS representative or payments completed after the 8 PM cut off time will be credited the next day. A payment is made when we receive the required information and the process is completed.

Payment by Check: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use the information to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment. If you get your checks back with your statement, you will not receive this check back. If you have any questions, please contact our Customer Care Team.

**INTEREST CHARGE CALCULATION**
Definitions:
*Plan Type* — specifies if the purchase is subject to a Promotional Credit Plan.
*Promotion Expiration Date* — shows when the Promotional Credit Plan will end.
*Balance Subject to Interest Rate* — the Average Daily Balance for the current billing cycle and the amount upon which the current periodic interest rate is calculated.
*Daily Periodic Rate* — determined by multiplying the Corresponding Annual Percentage Rate by 1/365th (1/366th in a leap year), is the rate used to determine your Interest Charges for each Plan.
*Corresponding Annual Percentage Rate* — the rate used to determine your Interest Charges for each Plan.
*Days in Cycle* — the number of days upon which Interest Charges are calculated for this billing cycle.
*Interest Charges* — the amount you pay for keeping a balance on your Dell Preferred Account. For more information, see the sections entitled "Periodic Interest Charge" and "When Periodic Interest Charge is Imposed" in your credit agreement.
*Deferred Interest Charges* — interest charges that have accrued in the current and prior billing cycles, but which you will not have to pay if you pay off your New Plan Balance by the Promotion Expiration Date. See "No Interest Credit Plan" in the "Promotional Credit Plans" section of your credit agreement.
*New Plan Balance* — the amount in each Plan.
*Minimum Payment Due* — the sum of all past due amounts plus the greater of $20.00 or 3% of the New Balance (the sum of all credit plans) rounded up to the next dollar. The minimum payment is allocated to each credit plan where a payment is required. If you are enrolled in the DPA Credit Protection Plan, the Plan fee will be added to your Minimum Payment Due. See the "Plan Fees" section of your DPA Credit Protection Plan Terms and Conditions for more information.
**BALANCE COMPUTATION METHOD:** To determine the "Average Daily Balance," we calculate a new balance each day of the billing period for each separate credit plan that is part of your Account. For each credit plan we do the following: We take the previous balance each day, which includes any billed, but unpaid Interest Charges, Late Payment Fees and other fees, add any new purchases or charges, and subtract any payments or other credits. Then, we add up all the new balances for the billing period, and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for each separate credit plan that is part of your Account. See the "Periodic Interest Charge" section of your credit agreement for more information.
**VARIABLE RATES:** The daily periodic rates and corresponding Annual Percentage Rates are variable rates and may change each month.
**PAYMENT DUE DATE:** Your payment due date is the same day of the month for each monthly Billing Period and at least 22 days after the close of each Billing Period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. For more information, please see the sections entitled "Periodic Interest Charge" and "When Periodic Interest Charge is Imposed" in your credit agreement.

**TRANSACTION DETAIL**
Definitions:
*Billed Interest Charges* — this indicates the amount of interest charges that accrued in the current Billing Period that have been added to your account balance.
*Minimum Interest Charge Fee* — $2.00 for any billing cycle for which a periodic Interest Charge of less than $2.00 would have otherwise been charged.
In the Transaction Detail on the front of this statement an amount accompanied by a (-) signifies a credit to your account.

NOTICE TO TEXAS RESIDENTS: We are required by state law, if applicable, to notify you that we are collecting a debt, and any information obtained will be used for that purpose.

NOTICE TO CALIFORNIA RESIDENTS: In compliance with California law S850, Dell Inc. may add a State Environmental Fee to your invoice based upon products selected and a shipping destination located in California. The fee will be applied for each eligible unit within the order for orders placed on or after January 1, 2005. Fees are as follows: $6 per device with a screen size less than 15", $8 per device with a screen size 15" but less than 35", and $10 per device with a screen size 35" or greater.

| **DELL FINANCIAL SERVICES (DFS):** | | **Dell Inc. (Dell):** | |
|---|---|---|---|
| **DFS Customer Care** - For assistance with financing issues such as billing questions, account balance, or other questions related to this statement: | | **Dell Customer Care** - For assistance with order status, rebates, or returns: | |
| **Online:** www.dell.com/dfs    **Phone:** 1-800-283-2210 | | **Online:** www.dell.com/support    **Phone:** 1-800-624-9897 | |
| **DPA Credit Protection Plan:** For more information or to purchase go to www.dell.com/creditprotection or for questions call 1-877-511-4552. | | **Dell Sales** - To find a great deal on your next purchase:  **Online:** www.dell.com    **Phone:** 1-800-289-3355 | |
| **For Written Inquiries:**          **Send Payment To:** Dell Financial Services           Dell Preferred Account c/o DFS Customer Care Dept.   P.O. Box 6403 P.O. Box 81577                    Carol Stream, IL 60197-6403 Austin, TX 78708-1577            (Please do not send correspondence to this address) | | **Dell Technical Support** - For technical assistance with your Dell equipment and warranty information:  **Online:** www.support.dell.com    **Phone:** 1-800-624-9896 | |

Address Change Form: Please enter your new address information below and check the box on the reverse side. For faster processing, visit DFS Customer Care at www.dell.com/dfs, or change your address by calling us toll free at 1-800-955-3355. (Please note that this phone number is for address changes only.)

Street                                                                    Ste/Apt

City                                                    State            Zip
                                                                        Code

Telephone                                              Fax Telephone

Email Address

# EXHIBIT C

Dell Preferred Account
Offered by WebBank

**Dell Preferred Account**
Account Number [ ] 3 036
For the billing period ending May 22, 2016

**DCLL** Financial Services
Please see reverse side for important account information and contact information.

## Special Messages for RUEL NIETO

Your account is seriously past due. Please contact one of our account specialists today to work out a plan or learn if you qualify for a payment program at 1-800-283-2210. **We have told a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.**

| Summary of Account Activity | |
|---|---|
| Previous Balance | $3,945.64 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Other Debits | $0.00 |
| **Fees Charged** | $35.00 |
| **Interest Charged** | $37.90 |
| New Balance | $4,018.54 |
| Past Due Amount | $703.00 |
| Credit Limit | $6,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | May 22, 2016 |
| Days in Billing Cycle | 30 |

Contact Dell Financial Services Customer Service at 1-800-283-2210 or visit us online at www.dell.com/dfs .

Please send billing inquiries to Billing Inquiry Department: Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.

Please send correspondence other than billing inquiries to Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708-1577.

Please mail payments to the address on your payment coupon.

| Payment Information | |
|---|---|
| New Balance | $4,018.54 |
| Minimum Payment Due* | $824.00 |
| Payment Due Date | June 17, 2016 |

*Includes Past Due Amount of $703.00

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.
**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.
For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 Years | $7,673.55 |
| $145.76 | 3 Years | $5,247.36 (Savings = $2,426.19) |

If you would like more information about credit counseling services, call 1-800-283-2210 or go to http://www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm.

NOTE: Interest accrues at your standard rate of 18.24% (variable) from purchase date. To avoid deferred interest, pay Deferred Interest Balance in full by expiration date found in the interest charge calculation box below. When promo expires, interest will be imposed from purchase date at your standard rate of 18.24% (variable). Payments are applied to your total minimum payment due.

## Transaction Detail

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 05-17-16 | 05-17-16 | LATE CHARGE ASSESSMENT | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| | | | **Interest Charged** | |
| | 05-22-16 | 05-22-16 | BILLED INTEREST CHARGES ON PURCHASE | 37.90 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $37.90 |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged 2016 | $175.00 |
| Total interest charged 2016 | $180.24 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Plan Type | Promotion Expiration Date | Balance Subject to Interest Rate | Daily Periodic Rate | Annual Percentage Rate (APR) | Interest Charges | Promotion Plan Deferred Interest Charges | New Plan Balance | Deferred Interest Balance | Minimum Amount Due Per Plan |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR PLAN | | $2,535.29 | 0.04983% | 18.24% (v) | $37.90 | | $2,601.19 | $0.00 | $533.37 |
| 12MO NO INT IF PAID IN FULL BY | 12-17-16 | $0.00 | 0.04983% | 18.24% (v) | $0.00 | $126.79 | $0.00 | $1,417.35 | $290.63 |

(v) = Variable Rate

---

Please fill in the 'Amount Enclosed' and return the payment coupon with your check in the enclosed return envelope. Do not staple, paper clip, fold or tape the contents

Dell Preferred Account
Offered by WebBank

Want to pay now?
Visit www.dell.com/dfs to make your payment online.
Go paperless! Visit www.dell.com/GoPaperless to learn more.

New Address or Phone Number?
Please visit us at www.dell.com/dfs or check box and complete reverse side.

----- manifest line -----

RUEL NIETO

NORTHBROOK IL [ ]

| Account #: | 3 036 |
|---|---|
| New Balance: | $4,018.54 |
| Minimum Payment Due: | $824.00 |
| Payment Due Date: | June 17, 2016 |

Amount Enclosed: $

Please make your check payable to: Dell Preferred Account. Include your 19 digit account number on your check or money order. Ensure the 'Amount Enclosed' written on the coupon equals the check amount.

DELL PREFERRED ACCOUNT
PAYMENT PROCESSING CENTER
P.O. BOX 6403
CAROL STREAM IL 60197-6403

16879450129045693036000040185400001210000008240006172016000008000

## INFORMATION ABOUT YOUR ACCOUNT

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**
If you think there is an error on your statement, write to us at: Billing Inquiry Department, Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.
In your letter, give us the following information: (1) Account information: Your name and account number. (2) Dollar amount: The dollar amount of the suspected error. (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your Dell Preferred Account and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your Dell Preferred Account for the purchase. (3) You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: WebBank c/o Billing Inquiry Department, Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**PAYMENTS**
Requirements **Mailed payments** must be by check or money order drawn in U.S. Dollars on funds deposited in the U.S. A mailed payment accompanied by the payment coupon portion of this statement in the envelope provided and received by 5 PM local time at the payment address will be credited on the day we receive it. Payments made online or through the automated telephone system prior to 5 PM Central Time ("CT") will be credited the same day. On Monday–Friday, if you ask for an expedited payment, receive the assistance of a DFS representative, and agree to pay a fee, your payment will be credited the day the process is completed. The cut off time for completing an expedited payment for processing is 8 PM CT. The fee for processing your expedited payment will not exceed $15. Non-expedited payments made through a DFS representative or payments completed after the 8 PM cut off time will be credited the next day. A payment is made when we receive the required information and the process is completed.
Payment by Check When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use the information to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment. If you get your checks back with your statement, you will not receive this check back. If you have any questions, please contact our Customer Care Team.

**INTEREST CHARGE CALCULATION**
Definitions:
*Plan Type* — specifies if the purchase is subject to a Promotional Credit Plan.
*Promotion Expiration Date* — shows when the Promotional Credit Plan will end.
*Balance Subject to Interest Rate* — the Average Daily Balance for the current billing cycle and the amount upon which the current periodic interest rate is calculated.
*Daily Periodic Rate* — determined by multiplying the Corresponding Annual Percentage Rate by 1/365th (1/366th in a leap year), is the rate used to determine your Interest Charges for each Plan.
*Corresponding Annual Percentage Rate* — the rate used to determine your Interest Charges for each Plan.
*Days in Cycle* — the number of days upon which Interest Charges are calculated for this billing cycle.
*Interest Charges* — the amount you pay for keeping a balance on your Dell Preferred Account. For more information, see the sections entitled "Periodic Interest Charge" and "When Periodic Interest Charge is Imposed" in your credit agreement.
*Deferred Interest Charges* — Interest charges that have accrued in the current and prior billing cycles, but which you will not have to pay if you pay off your New Plan Balance by the Promotion Expiration Date. See "No Interest Credit Plan" in the "Promotional Credit Plans" section of your credit agreement.
*New Plan Balance* — the amount in each Plan.
*Minimum Payment Due* — the sum of all past due amounts plus the greater of $20.00 or 3% of the New Balance (the sum of all credit plans) rounded up to the next dollar. The minimum payment is allocated to each credit plan where a payment is required.
**BALANCE COMPUTATION METHOD :** To determine the "Average Daily Balance", we calculate a new balance each day of the billing period for each separate credit plan that is part of your Account. For each credit plan we do the following: We take the previous balance each day, which includes any billed, but unpaid Interest Charges, Late Payment Fees and other fees, add any new purchases or charges, and subtract any payments or other credits. Then, we add up all the new balances for the billing period, and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for each separate credit plan that is part of your Account. See the "Periodic Interest Charge" section of your credit agreement for more information.
**VARIABLE RATES** The daily periodic rates and corresponding Annual Percentage Rates are variable rates and may change each month.
**PAYMENT DUE DATE :** Your payment due date will be the same day of the month for each monthly Billing Period and at least 22 days after the close of each Billing Period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. For more information, please see the sections entitled "Periodic Interest Charge" and "When Periodic Interest Charge is Imposed" in your credit agreement.

**TRANSACTION DETAIL**
Definitions:
*Billed Interest Charges* — this indicates the amount of interest charges that accrued in the current Billing Period that have been added to your account balance.
*Minimum Interest Charge Fee* — $2.00 for any billing cycle for which a periodic Interest Charge of less than $2.00 would have otherwise been charged.
In the Transaction Detail on the front of this statement an amount accompanied by a (-) signifies a credit to your account.

**NOTICE TO TEXAS RESIDENTS:** We are required by state law, if applicable, to notify you that we are collecting a debt, and any information obtained will be used for that purpose.

**NOTICE TO CALIFORNIA RESIDENTS:** In compliance with California law SB50, Dell Inc. may add a State Environmental Fee to your invoice based upon products selected and a shipping destination located in California. The fee will be applied for each eligible unit within the order for orders placed on or after January 1, 2005. Fees are as follows: $6 per device with a screen size less than 15", $8 per device with a screen size from 15" but less than 35", and $10 per device with a screen size 35" or greater.

| DELL FINANCIAL SERVICES (DFS): | Dell Inc. (Dell): |
|---|---|
| **DFS Customer Care - For assistance with financing issues such as billing questions, account balance, or other questions related to this statement:**<br><br>Online:  www.dell.com/dfs        Phone:  1-800-283-2210<br><br>**DPA Credit Protection Plan:** For more information or to purchase go to www.dell.com/creditprotection or for questions call 1-877-511-4552. | **Dell Customer Care** - For assistance with order status, rebates, or returns:<br>Online:  www.dell.com/support        Phone:  1-800-624-9897<br><br>**Dell Sales** - To find a great deal on your next purchase:<br>Online:  www.dell.com        Phone:  1-800-289-3355 |
| **For Written Inquiries:**<br>Dell Financial Services<br>c/o DFS Customer Care Dept.<br>P.O. Box 81577<br>Austin, TX 78708-1577 | **Send Payment To:**<br>Dell Preferred Account<br>P.O. Box 6403<br>Carol Stream, IL 60197-6403<br>(Please do not send correspondence to this address) | **Dell Technical Support** - For technical assistance with your Dell equipment and warranty information:<br>Online:  www.support.dell.com        Phone:  1-800-624-9896 |

Address Change Form: Please enter your new address information below and check the box on the reverse side.
For faster processing, visit DFS Customer Care at www.dell.com/dfs, or change your address by calling us toll free at 1-800-955-3355. (Please note that this phone number is for address changes only.)

Street                                                                             Ste/Apt

City                                                    State              Zip
                                                                           Code

Telephone                                               Fax Telephone

Email Address

# EXHIBIT D



**Dell Preferred Account**

Account Number ████████ 3 036

For the billing period ending April 22, 2016

Offered by WebBank

**Financial Services**

Please see reverse side for important account information and contact information.

## Special Messages for RUEL NIETO

Your account is seriously past due and quickly approaching charge-off status. Please contact one of our account specialists today to work out a plan or learn if you qualify for a payment program at 1-800-283-2210. **We have told a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.**

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,872.61 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $0.00 |
| Other Debits | $0.00 |
| **Fees Charged** | $35.00 |
| **Interest Charged** | $38.03 |
| New Balance | $3,945.64 |
| Past Due Amount | $584.00 |
| Credit Limit | $6,000.00 |
| Available Credit | $0.00 |
| Statement Closing Date | April 22, 2016 |
| Days in Billing Cycle | 31 |

Contact Dell Financial Services Customer Service at 1-800-283-2210 or visit us online at www.dell.com/dfs .

Please send billing inquiries to Billing Inquiry Department: Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.

Please send correspondence other than billing inquiries to Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708-1577.

Please mail payments to the address on your payment coupon.

NOTE: Interest accrues at your standard rate of 18.24% (variable) from purchase date. To avoid deferred interest, pay Deferred Interest Balance in full by expiration date found in the interest charge calculation box below. When promo expires, interest will be imposed from purchase date at your standard rate of 18.24% (variable). Payments are applied to your total minimum payment due.

### Payment Information

| | |
|---|---|
| New Balance | $3,945.64 |
| Minimum Payment Due* | $703.00 |
| Payment Due Date | May 17, 2016 |

*Includes Past Due Amount of $584.00

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35. **Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 Years | $7,527.46 |
| $143.11 | 3 Years | $5,151.96 (Savings = $2,375.50) |

If you would like more information about credit counseling services, call 1-800-283-2210 or go to http://www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm.

### Transaction Detail

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 04-17-16 | 04-17-16 | LATE CHARGE ASSESSMENT | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| | | | **Interest Charged** | |
| | 04-22-16 | 04-22-16 | BILLED INTEREST CHARGES ON PURCHASE | 38.03 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $38.03 |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged 2016 | $140.00 |
| Total interest charged 2016 | $142.34 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Plan Type | Promotion Expiration Date | Balance Subject to Interest Rate | Daily Periodic Rate | Annual Percentage Rate (APR) | Interest Charges | Promotion Plan Deferred Interest Charges | New Plan Balance | Deferred Interest Balance | Minimum Amount Due Per Plan |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR PLAN | | $2,462.03 | 0.04983% | 18.24% (v) | $38.03 | | $2,528.29 | $0.00 | $450.46 |
| 12MO NO INT IF PAID IN FULL BY | 12-17-16 | $0.00 | 0.04983% | 18.24% (v) | $0.00 | $105.60 | $0.00 | $1,417.35 | $252.54 |

(v) = Variable Rate

---

Please fill in the 'Amount Enclosed' and return the payment coupon with your check in the enclosed return envelope. Do not staple, paper clip, fold or tape the contents.



**Dell Preferred Account**

Offered by WebBank

**Want to pay now?** Visit www.dell.com/dfs to make your payment online. Go paperless! Visit www.dell.com/GoPaperless to learn more.

New Address or Phone Number? Please notify us in writing in connection and include any receipts or check box and complete release side.

------ manifest line ------

ᵖᵒˡˡᵈᵖᵉˡᵈᵖˡᵈˡʲˡᵈᵗᵈᵖˡᵈˡᵈᵖᵉˡᵗˡᵖˡᵈˡᵖˡᵈ

**RUEL NIETO**

NORTHBROOK IL ████

| | |
|---|---|
| Account #: | ████████ 036 |
| New Balance: | $3,945.64 |
| Minimum Payment Due: | $703.00 |
| Payment Due Date: | May 17, 2016 |

Amount Enclosed: $

Please make your check payable to: Dell Preferred Account. Include your 19 digit account number on your check or money order. Ensure the 'Amount Enclosed' written on the coupon equals the check amount.

ᵖᵒˡˡᵈᵖᵉˡᵈᵖˡᵈˡʲˡᵈᵗᵈᵖˡᵈˡᵈᵖᵉˡᵗˡᵖˡᵈˡᵖˡᵈ

DELL PREFERRED ACCOUNT
PAYMENT PROCESSING CENTER
P.O. BOX 6403
CAROL STREAM IL 60197-6403

1687945012904569303600003945640000119000000703000517201600008000

# INFORMATION ABOUT YOUR ACCOUNT

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at: Billing Inquiry Department, Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585.

In your letter, give us the following information: (1) Account Information: Your name and account number. (2) Dollar amount: The dollar amount of the suspected error. (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question

While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your Dell Preferred Account and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your Dell Preferred Account for the purchase. (3) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: WebBank c/o Billing Inquiry Department, Dell Preferred Account, P.O. Box 81585, Austin, TX 78708-1585

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## PAYMENTS

Requirements Mailed payments must be by check or money order drawn in U.S. Dollars on funds deposited in the U.S. A mailed payment accompanied by the payment coupon portion of this statement in the envelope provided and received by 5 PM local time at the payment address will be credited on the day we receive it. Payments made online or through the automated telephone system prior to 5 PM Central Time ("CT") will be credited the same day. On Monday – Friday, if you ask for an expedited payment, receive the assistance of a DFS representative, and agree to pay a fee, your payment will be credited the day the process is completed. The cut off time for completing an expedited payment for processing is 8 PM CT. The fee for processing your expedited payment will not exceed $15. Non-expedited payments made through a DFS representative or payments completed after the 8 PM cut off time will be credited the next day. A payment is made when we receive the required information and the process is completed.

Payment by Check: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use the information to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment. If you get your checks back with your statement, you will not receive this check back. If you have any questions, please contact our Customer Care Team.

## INTEREST CHARGE CALCULATION

### Definitions:

Plan Type — specifies if the purchase is subject to a Promotional Credit Plan.

Promotion Expiration Date — shows when the Promotional Credit Plan will end.

Balance Subject to Interest Rate — the Average Daily Balance for the current billing cycle and the amount upon which the current periodic interest rate is calculated.

Daily Periodic Rate — determined by multiplying the Corresponding Annual Percentage Rate by 1/365th (1/366th in a leap year), is the rate used to determine your Interest Charges for each Plan.

Corresponding Annual Percentage Rate — the rate used to determine your Interest Charges for each Plan.

Days in Cycle — the number of days upon which Interest Charges are calculated for this billing cycle.

Interest Charges — the amount you pay for keeping a balance on your Dell Preferred Account. For more information, see the sections entitled "Periodic Interest Charge" and "When Periodic Interest Charge is Imposed" in your credit agreement.

Deferred Interest Charges — interest charges that have accrued in the current and prior billing cycles, but which you will not have to pay if you pay off your New Plan Balance by the Promotion Expiration Date. See "No Interest Credit Plan" in the "Promotional Credit Plans" section of your credit agreement.

New Plan Balance — the amount in each Plan.

Minimum Payment Due — the sum of all past due amounts plus the greater of $20.00 or 3% of the New Balance (the sum of all credit plans) rounded up to the next dollar. The minimum payment is allocated to each credit plan where a payment is required.

BALANCE COMPUTATION METHOD : To determine the "Average Daily Balance," we calculate a new balance each day of the billing period for each separate credit plan that is part of your Account. For each credit plan we do the following. We take the previous balance each day, which includes any billed, but unpaid Interest Charges, Late Payment Fees and other fees, add any new purchases or charges, and subtract any payments or other credits. Then, we add up all the new balances for the billing period, and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for each separate credit plan that is part of your Account. See the "Periodic Interest Charge" section of your credit agreement for more information.

VARIABLE RATES : The daily periodic rates and corresponding Annual Percentage Rates are variable rates and may change each month.

PAYMENT DUE DATE : Your payment due date will be the same day of the month for each monthly Billing Period and at least 22 days after the close of each Billing Period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. For more information, please see the sections entitled "Periodic Interest Charge" and "When Periodic Interest Charge is Imposed" in your credit agreement.

## TRANSACTION DETAIL

### Definitions:

Billed Interest Charges — this indicates the amount of interest charges that accrued in the current Billing Period that have been added to your account balance.

Minimum Interest Charge Fee — $2.00 for any billing cycle for which a periodic Interest Charge of less than $2.00 would have otherwise been charged.

In the Transaction Detail on the front of this statement an amount accompanied by a (-) signifies a credit to your account.

NOTICE TO TEXAS RESIDENTS: We are required by state law, if applicable, to notify you that we are collecting a debt, and any information obtained will be used for that purpose.

NOTICE TO CALIFORNIA RESIDENTS: In compliance with California law SB50, Dell Inc. may add a State Environmental Fee to your invoice based upon products selected and a shipping destination located in California. The fee will be applied for each eligible unit within the order for orders placed on or after January 1, 2005. Fees are as follows: $6 per device with a screen size less than 15", $8 per device with a screen size at least 15" but less than 35", and $10 per device with a screen size 35" or greater.

| DELL FINANCIAL SERVICES (DFS): | | Dell Inc. (Dell): | |
|---|---|---|---|
| **DFS Customer Care** - For assistance with financing issues such as billing questions, account balance, or other questions related to this statement: | | **Dell Customer Care** - For assistance with order status, rebates, or returns: | |
| Online: www.dell.com/dfs | Phone: 1-800-283-2210 | Online: www.dell.com/support | Phone: 1-800-624-9897 |
| **DPA Credit Protection Plan:** For more information or to purchase go to www.dell.com/creditprotection or for questions call 1-877-511-4552 | | **Dell Sales** - To find a great deal on your next purchase: Online: www.dell.com | Phone: 1-800-289-3355 |
| **For Written Inquiries:** Dell Financial Services c/o DFS Customer Care Dept. P.O. Box 81577 Austin, TX 78708-1577 | **Send Payment To:** Dell Preferred Account P.O. Box 6403 Carol Stream, IL 60197-6403 (Please do not send correspondence to this address) | **Dell Technical Support** - For technical assistance with your Dell equipment and warranty information: Online: www.support.dell.com | Phone: 1-800-624-9096 |

Address Change Form: Please enter your new address information below and check the box on the reverse side. For faster processing, visit DFS Customer Care at www.dell.com/dfs, or change your address by calling us toll free at 1-800-955-3355. (Please note that this phone number is for address changes only.)

Street

Ste/Apt

City

State

Zip Code

Telephone

Fax Telephone

Email Address

# EXHIBIT E

## BILL OF SALE

FOR VALUE RECEIVED, and pursuant to the terms and conditions of the Master Account Purchase Agreement between Dell Financial Services L.L.C. ("Seller") and Midland Funding LLC ("Purchaser"), dated as of 02/11/2016 ("Effective Date"), and incorporated herein by reference, Seller does hereby sell, assign, transfer, deliver and convey to Purchaser, and its successors and assigns all rights, title and interests of Seller in and to those certain Purchased Accounts described in Exhibit A -1 attached hereto and made a part hereof for all purposes.

For purposes of this Bill of Sale the File Creation Date shall be 06/13/2016. Unless otherwise defined herein, all capitalized terms appearing in this Bill of Sale shall have the meanings defined for such terms in the Agreement.

To the best of Seller's knowledge and belief, all of the information contained in the Purchased Accounts File, and Seller's Purchased Accounts Information, is and shall be true, complete, accurate and not misleading in any material respect. Further, all of the information contained in Seller's Purchased Accounts Information (a) constitutes Seller's own business records regarding the Purchased Accounts; and (b) accurately reflects in all material respects the information about the Purchased Accounts in Seller's possession. All of Seller's Purchased Accounts Information has been kept in the regular course of Seller's business, and was made or compiled at or near the time of the event and recorded by (or from information transmitted by) a person (i) with knowledge of the data entered into and maintained in Seller's business records, or (ii) who caused the data to be entered into and maintained in Seller's business records. It is the regular practice of Seller's business to maintain and compile such data.

This BILL OF SALE is executed without recourse and without any representation or any warranty of collectability or otherwise, expressed or implied, except as provided in the Account Purchase Agreement.

EXECUTED this 28th day of June, 2016

SELLER:

DELL FINANCIAL SERVICES L.L.C.

By:

Print
Name: Stephen Sippel

Print
Title: Executive Director, Risk Operations

PURCHASER:

MIDLAND FUNDING LLC

By:

Print
Name: Amy Anuk

Print
Title: Sr. Vice President, BD

## BILL OF SALE

FOR VALUE RECEIVED, and pursuant to the terms and conditions of the Master Account Purchase Agreement between Dell Financial Services L.L.C. ("Seller") and Midland Funding LLC ("Purchaser"), dated as of 02/11/2016 ("Effective Date"), and incorporated herein by reference, Seller does hereby sell, assign, transfer, deliver and convey to Purchaser, and its successors and assigns all rights, title and interests of Seller in and to those certain Purchased Accounts described in Exhibit A -1 attached hereto and made a part hereof for all purposes.

For purposes of this Bill of Sale the File Creation Date shall be 06/13/2016. Unless otherwise defined herein, all capitalized terms appearing in this Bill of Sale shall have the meanings defined for such terms in the Agreement.

To the best of Seller's knowledge and belief, all of the information contained in the Purchased Accounts File, and Seller's Purchased Accounts Information, is and shall be true, complete, accurate and not misleading in any material respect. Further, all of the information contained in Seller's Purchased Accounts Information (a) constitutes Seller's own business records regarding the Purchased Accounts; and (b) accurately reflects in all material respects the information about the Purchased Accounts in Seller's possession. All of Seller's Purchased Accounts Information has been kept in the regular course of Seller's business, and was made or compiled at or near the time of the event and recorded by (or from information transmitted by) a person (i) with knowledge of the data entered into and maintained in Seller's business records, or (ii) who caused the data to be entered into and maintained in Seller's business records. It is the regular practice of Seller's business to maintain and compile such data.

This BILL OF SALE is executed without recourse and without any representation or any warranty of collectability or otherwise, expressed or implied, except as provided in the Account Purchase Agreement.

EXECUTED this 28th day of June, 2016

SELLER:

DELL FINANCIAL SERVICES L.L.C.

By:

Print
Name: Stephen Sippel

Print
Title: Executive Director, Risk Operations

PURCHASER:

MIDLAND FUNDING LLC

By:

Print
Name: Amy Anuk

Print
Title: Sr. Vice President, BD

## EXHIBIT A-1

## TO

## BILL OF SALE

The Purchased Accounts are the Charged-Off Accounts that are included in the file

named ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dated 06/13/2016 and incorporated herein by reference,

which is defined in the Agreement as the Purchased Accounts File.

▮▮▮▮▮▮▮▮▮▮▮▮

**BILL OF SALE**

FOR VALUE RECEIVED, and pursuant to the terms and conditions of the Account Purchase Agreement ("Account Purchase Agreement") among WebBank ("Bank"), Dell Revolver Company L.P. ("Revolver"), and Dell Financial Services L.L.C. ("DFS"), dated January 7, 2011, Bank does hereby sell, assign and convey to DFS as Designee for Revolver, its successors and assigns, as of the charge off date thereof, title and interest of Bank in and to those certain accounts described in Schedule 1 attached hereto and made a part hereof for all purposes. Terms used herein shall have the meanings set forth in the Account Purchase Agreement.

This BILL OF SALE is executed without recourse and without representation of any warranty of collectability or otherwise, expressed or implied, except as may be specifically provided in the Program Documents.

Dated this 27 day of June, 2016.

WEBBANK

By: _Kelly M Barnett_

Name: Kelly M. Barnett
Title: President

Accounts specifically identified in the following file: FreshCO FF June2016_sales WebBank.xlsx

is saved and encrypted on Hyperoffice at the following path: WebBank / DFS / Asset Transfer / June (2016) FY17 FFDS Month 5

Dell - Internal Use - Confidential

## AFFIDAVIT OF SALE OF ACCOUNTS BY ORIGINAL CREDITOR (WebBank)

STATE OF UTAH
COUNTY OF SALT LAKE

Kelly M. Barnett, being duly sworn, deposes and says:

1. I am over 18 and not a party, nor employed by a party, to the sale of certain accounts by Dell Financial Services L.L.C. to Midland Funding, LLC. I am President of WebBank. In that capacity, I am aware of the process of the sale and assignment of electronically stored business records.

2. WebBank owned certain accounts and instructed its servicer, Dell Financial Services L.L.C., to maintain and record certain information in the records as they relate to such accounts. I am authorized to make the statements and representations set forth in this affidavit on behalf of WebBank. The statements set forth herein are true and correct based on either personal knowledge or review of the business records of WebBank.

3. My duties include having knowledge of, and access through WebBank's servicer, Dell Financial Services L.L.C., to certain business records relating to the Accounts (as defined below). These records are kept by WebBank's servicer, Dell Financial Services L.L.C., on behalf of WebBank in the regular course of business.

4. On or before June 27, 2016, WebBank ("Transferor") transferred (or caused to be transferred) or otherwise conveyed a pool of accounts, including certain charged-off accounts (the "Accounts") to Dell Financial Services L.L.C. ("Transferee"). Pursuant to the bill of sale, Transferor sold, transferred, assigned, conveyed, granted, bargained, set over and delivered to Transferee and its successors and permitted assigns, all right, title and interest the Transferor held in the Accounts free and clear of any lien created by Transferor, except for any interest of Transferee and its affiliates.

5. Dell Financial Services. L.L.C. was the servicer of the Accounts from the origination of the Accounts through June 28, 2016. In its role as servicer of the Accounts, Dell Financial Services L.L.C. kept and maintained business records on behalf of WebBank in the regular course of business, and it was in the regular course of business of Dell Financial Services L.L.C. for an employee or representative with personal knowledge of the act, event condition or opinion recorded to make memorandum or records or to transmit information thereof to be included in such memorandum or records at or near the time of occurrence.

6. The above statements are true to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

Signed this 15th day of July, 2016.

Kelly M. Barnett
WebBank

Subscribed and sworn to before me this $15$ day of July, 2016, by Kelly M. Barnett, an employee of WebBank.

Notary Public

**CERTIFICATE OF CONFORMITY**

SHANNON NOEL
Notary Public
State of Utah
Comm. No. 666849
My Comm. Expires Jul 20, 2017

STATE OF UTAH
CITY OF SALT LAKE

I am a member of the Utah State Bar and licensed to practice law in the State of Utah. The form of the foregoing sworn statement and the form of the notary certificate each complies with the laws of the State of Utah, which is the state in which the statement is given, and if properly sworn and executed qualifies as a valid and effective affidavit in the State of Utah.

7/18/2016
Date

Jon a. Reed
Attorney at law in the State of Utah

Dell - Restricted - Confidential
FY17 FFDS FCO WB OC Month 5