# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVALINA GONZALEZ, EVALINA GONZALEZ, EVALINA GONZALEZ, KATHERINE RANOS, and EVALINA GONZALEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:17-cv-02626<br><br>Judge: Jorge L. Alonso<br><br>Magistrate Judge: Susan E. Cox |

## AFFIDAVIT OF BRAKKEN DAVIS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

**BEFORE ME**, the undersigned authority, personally appeared the herein named Affiant, who, being by me duly sworn, deposed as follows:

1.  I, the below-signed Affiant, am an adult and citizen of the United States of America.

2.  This Affidavit is made on behalf of non-party, Comenity Capital Bank, in connection with the matter of *Evalina Gonzalez et al v. Midland Funding, LLC et al*.

3.  I am over eighteen years of age and am competent and authorized to make the following declaration based upon my experience with Comenity Capital Bank (the Bank").

4.  The Bank issues retail credit cards for Zales.

5.  I am a Collection Agency Auditor with Comenity Servicing LLC.

6.  Comenity Servicing LLC, is the Bank's affiliate servicer, which services the Bank's credit card accounts. I am familiar with the recordkeeping practices of both the Bank and Comenity Servicing LLC (hereinafter, collectively referred to as "Comenity").

7.     In this position, I have personal knowledge of the business records of Comenity and I am a qualified person authorized to declare and certify on behalf of Comenity. If called as a witness, I can testify to a court competently as to my knowledge of the facts contained herein.

8.     The facts stated herein are within my personal knowledge and are based upon my review of the relevant business records of Comenity, including those annexed hereto. My responsibilities include regularly accessing and reviewing Comenity's cardholder records, maintaining and compiling histories of credit card agreements, including communications to and from cardholders. In this role, I am also familiar with the manner in which mailings are sent to Comenity cardholders. I have performed these responsibilities for Comenity and its predecessors during my employment.

9.     In the ordinary course of its regular conducted business, Comenity maintains electronic records related to each account. These records are made by, or from, information transmitted by an individual with knowledge of the events described therein at or near the time of the event described in each record. Among other things, these records enable Comenity to determine what documents were sent to a cardholder, and when those documents were sent. Comenity relies on these electronic records in the ordinary course of managing and servicing its accounts.

10.    Comenity's records reflect that on or around January 13, 2016, Comenity purchased, and began servicing, a Zales account in the name of Evalina Gonzalez ("Ms. Gonzalez"), with an account number ending in 2979 (the "Account"). The Account was originally opened on or about December 5, 2013, by Citibank, N.A..

11.    Comenity's records reflect that the credit card agreement between the Bank and Ms. Gonzalez (the "Agreement") along with a reissued credit card, governing Ms. Gonzalez' use of

301078926v1 0997515

the Account were mailed to Ms. Gonzalez on or about January 13, 2016 at the address of record on the Account of ▓▓▓▓▓▓▓▓▓▓ Chicago, Illinois via the United States Postal Service. A true and accurate copy of the Agreement governing the Account is attached as **Exhibit A**.

12.     If mail sent to a customer is returned as undeliverable or for any other reason, it would be noted in Comenity's account notes for that particular account, in accordance with standard practice and policy. Comenity has no record that the reissued credit card or the Agreement that was sent to Ms. Gonzalez were returned as undeliverable.

13.     Comenity's records reflect that the last purchase made on the Account was on October 14, 2015.

14.     Comenity records reflect that the last payment made to Comenity on the Account was on April 13, 2016, which is reflected on the billing statement annexed hereto as **Exhibit B**.

15.     The Account was charged off on or about November 17, 2016. The final billing statement issued prior to charge off for the Account is annexed hereto as **Exhibit C**.

16.     As part of Comenity's regular activities in the ordinary course of business, Comenity maintains a record of any correspondence it receives from its cardholders, including requests to reject or opt out of the arbitration provision. I have reviewed Comenity's records to determine whether Ms. Gonzales sent Comenity a letter rejecting the arbitration provision for the Account, and there is no record that Ms. Gonzalez did so.

17.     According to Comenity's records, Comenity sold the Account to Midland Funding, LLC in November 2016, pursuant to the Bill of Sale and Affidavit of Sale of Account annexed hereto as **Exhibit D**.

Brakken Davis

3

Sworn to and Subscribed before me on this _____9th_____ day of _March_, 2018

_Michele R Mason_
Notary Public in and for _____

_____
Printed Name of Notary
My Commission Expires

Michele R. Mason
Notary Public, State of Ohio
My Commission Expires 07-07-2018

NOTARIAL SEAL
STATE OF OHIO

4

# EXHIBIT A

**Your Zales Credit Card account agreement.**

This Agreement covers the Terms and Conditions of your account with us. In this document, you will find important information about using and managing your account, including a Privacy Statement and information concerning your billing rights. Your use of the account, or failure to close the account within the 30 days of receiving this document, indicates your acceptance of the terms of this agreement, including the assessment of any interest charges and fees.

**Section I of this Agreement also includes a Jury Trial Waiver and an Arbitration Provision in the event of a dispute.**
- **You have a right to reject this Arbitration Provision.**
- **If you do not reject this Arbitration Provision, it will be part of this Agreement and will:**
  - **Eliminate your right to a trial by jury; and**
  - **Substantially affect your rights, including your right to bring, join in or participate in class proceedings.**

Please read each section carefully and keep this document for your records.

**In the following sections, you will find information on:**

Financial terms of your account: An at-a-glance summary of the fees and charges associated with your account
A.   **Getting started**: the basics of your account
B.   **Keeping your account in good standing**: avoiding default, and what to do if your card is lost or stolen, as applicable
C.   **Learning more about your account**: credit plans, credit limits, and how payments are calculated and applied
D.   **Interest, fees and charges**: when and how fees and costs are applied to your account
E.   **Other important information**: legal rights, costs, and how we'll handle changes to your account
F.   **Disputes and reporting to consumer reporting agencies**: data we provide, and receive from, consumer reporting agencies, and what to do if you think there is an error on your periodic statement
G.   **Optional products**: how to protect your account from fraud or theft, and information on services that can help pay your debt in case of emergencies
H.   **Communicating with us**: what happens when you contact us
I.    **Arbitration and jury trial waiver**: how we'll resolve disagreements, including a jury trial waiver and Arbitration provision
Privacy statement: how we collect, use, share, and protect your personal information; and the privacy choices you can make

**Financial terms of your account**

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **29.24%**<br>This APR will vary with the market based on the Prime Rate. |
| **How to Avoid Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $2.00 per credit plan |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | **To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore.** |

| Fees | |
|---|---|
| •     Transaction Fees | **$9.95** for each promotional Credit Plan purchase |
| **Penalty Fees**<br>•     Late Payment<br>•     Returned Payment | Up to **$37.00**<br>Up to **$37.00** |

**How We Will Calculate Your Balance:** We use a method called "daily balance." See your Account agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your account agreement.

Rate Information: The following chart provides details on your rate as of January 1, 2016. We divide the APR by 365 to determine the daily periodic rate.

| | Add to Index | APR | Daily Periodic Rate |
|---|---|---|---|
| Purchase APR | 25.74% | 29.24% | 0.08010% |

If this Agreement was provided to you at point of sale, see the Agreement sent with your new account welcome package for variable APR information in effect within 30 days of mailing.

We'll charge you a minimum interest charge of $2.00 per credit plan for any billing period in which interest is due. For additional information, see Rates in Section D.

**Minimum Payment:** The Minimum Payment Due is the total of minimum payments for Regular Revolving and Promotional Credit Plan purchases plus any Past Due amounts. The total Minimum Payment Due on your account won't be less than $25.00. If your Account balance is less than $25.00, you must pay the amount indicated on your Statement in full. The Minimum Payment Due for each Regular Revolving and Cash Revolving Credit Plans will be:
- The greater of:
  - 1% of the New Balance, excluding any new Regular Revolving or Cash Revolving Credit Plan Interest Charges shown on the Statement; or

- Plus any new Regular Revolving or Cash Revolving Credit Plan Interest Charges shown on the Statement rounded up to the nearest $1.00.

See Minimum Payment in Section C below for promotional credit plan minimum payment calculations.

The APR information described is accurate as of January 1, 2016.  Due to a change in the index, this information may have changed.   To find out more, call us at 1-844-271-2708  (TDD/TTY: 1-888-819-1918), or write us at Comenity Capital Bank, PO Box 183003, Columbus, Ohio 43218-3003 or visit our website at comenity.net/zales.

## A. Getting Started

### Definitions

In this Agreement, "We," "Us" and "Our" mean Comenity Capital Bank and any successor or assigns. "You" and "Your" mean each person who submits an application or solicitation for an Account with us. "Account" means your credit card account with us. "Card" means each credit card we issue for your Account, as applicable. "Credit Plan" means one or more payment program options Zale Delaware, Inc. may ask us to offer from time to time.

### Upholding your Agreement

- You agree to the terms of this Agreement, and promise to do everything required of you. If you sign or submit an application or solicitation to obtain credit from us, you'll be legally bound by this Agreement. You're also legally bound if you sign a charge slip, or permit someone else to use the credit provided.
- You agree that the credit extended under your Account will be used only for personal, family or household purposes and not for business or commercial purpose.
- If the Account is a joint Account, you and the joint Account holder will be bound by this Agreement. Each of you will be jointly and individually responsible for repaying all amounts due.  If more than one person is responsible for this Account, we will only provide billing statements and communications to one of you.
- Any authorized user of your Account will be bound by the terms of this Agreement. One additional Card may be issued with the individual name of an authorized user embossed on the Card. If you want to revoke the use of your Account by an authorized user, either write us at the address, or call us at the phone number, shown on your Statement.
- You agree to pay for all transactions made on your Account by an authorized user, whether or not such transactions were authorized by you or made for your benefit.

### Card signature (as applicable)

For your own protection, please sign your Card before using it. Keep in mind that your signature on the Card isn't a prerequisite to your obligation to pay amounts incurred on your Account.

### Using your Account

- Your Account may be used to make purchases from Zale Delaware, Inc. and other retailers we may determine occasionally by notifying you via electronic mail, statement message, website posting, or other method.
- We reserve the right to not honor transactions related to, including, but not limited to, gambling, ATM usage at casinos, and illegal activities.

### Making payments

- Pay your Account by sending a check, money order, or cashier's check payable in U.S. dollars, to the name and address shown on your Statement specified for payments. Please don't send cash.
- Be sure to include your payment stub, do not staple your payment to the stub, use the envelope provided with your Statement and don't send any correspondence with your payment.
- If your payment doesn't meet these requirements, it may not be credited to your Account for up to five days, or may be rejected.
- All written communications concerning disputed amounts, including any check or other payment instrument marked with "payment in full" or similar language, must be sent to 6550 North Loop 1604 East, Suite 101, San Antonio, Texas 78247-5004.
  o   We may accept a payment sent to any other address without losing any of our rights.
  o   No payment shall operate as an accord and satisfaction without our prior written approval.

## B. Keeping your account in good standing

### Avoiding default

**You'll be in default under this Agreement if you:**

- Fail to make any payment when due
- Violate any provision of this Agreement
- Pass away
- Become the subject of bankruptcy or insolvency proceedings
- Supply us with misleading, false, incomplete or incorrect information
- Are unable or unwilling to perform the terms or conditions of this Agreement
- Fail to supply us with any information we deem necessary
- Default under any other loan or agreement you have with us or any of our affiliates
- Become incompetent
- Exceed your Credit Limit
- Issue a payment returned unpaid by your bank for any reason

If we consider your Account in default, we may suspend your ability to make charges, close your Account, require you to pay the full amount you owe immediately or take any other action permitted by law. If applicable law requires us to do so, we'll tell you in advance and/or give you the opportunity to remedy your default.

### Reporting a lost or stolen card (as applicable)

If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at PO Box 183003, Columbus, Ohio 43218-3003 or call us at 1-844-271-2708  (TDD/TTY: 1-888-819-1918).  You will not be liable for any unauthorized use that occurs after you notify us.  You may, however, be liable for unauthorized use that occurs before your notice to us.  In any case, your liability will not exceed $50.

## C. Learning more about your account

### Credit Plans

- Your Account may consist of a non-promotional ("Regular Revolving") Credit Plan and one or more promotional Credit Plans. Credit Plans offered and their particular features (including but not limited to minimum purchase requirements and minimum payment) may vary occasionally at our discretion and include one or more Regular Revolving or promotional Credit Plans.
- We may offer different promotional Credit Plans from time to time.
- If a promotional Credit Plan is offered at the time you open your Account, this Agreement will include information about the terms for the Plan, by use of an insert, attachment, or other written information provided as part of this Agreement.
- Normal late fees, returned payment fees and all other provisions apply to any promotional Credit Plan, unless inconsistent with a particular Credit Plan offering.
- If the promotional Credit Plan purchase isn't paid in full before the promotional period ends, the balance will be transferred to your Regular Revolving balance.
- Promotional Credit Plans may include:
  o   Waive Interest, Payment Required
  o   Waive Interest, Equal Payment

- o Waive Interest, Low Payment
- o Defer Interest, Equal Payment
- o Defer Interest, Payment Required
- o Defer Interest, Low Payment
- o Low APR, Equal Payment
- o Budget Payment

**Skip-payment option**
- At our discretion, we may allow you to skip making the Minimum Payment.
- Interest Charges will be assessed during the skip-payment period, but a late fee won't be imposed. This will not be considered a waiver of any of the rights granted by this Agreement.
- All other terms of your Account apply during the skip-payment period.

**Credit limit**
- Your Credit Limit is the total maximum amount we permit you to owe us at any time.
- You may not exceed any Credit Limit that we set for your Account.
- If you do exceed your Credit Limit, we can still charge you for all transactions, interest and other charges without giving up any of our rights under this Agreement.
- We may change your Credit Limit at any time.

**Account cancellation**
- You may cancel your Account. You're still obligated to pay the full amount you owe us.
- We may cancel your Account at any time, for any reason.
- We may refuse to authorize any purchase on your Account. We may also suspend your Account and your right to use your Card, including each Card you give to others.
- We may stop offering any Credit Plan at any time, for any reason.
- Cancellation or suspension of your Account doesn't negate your obligation to pay any amount you owe us.
- Cancellation of your Account includes each Card you give to others.

**Minimum Payment**
- ## You can pay all of your Account balance at any time without penalty.
- You must pay at least the Total Minimum Payment for each billing period by the Payment Due Date shown on your Statement.
- The Minimum Payment is the total of the minimum payments for the Regular Revolving and promotional Credit Plans plus any Past Due amounts.
- The Total Minimum Payment won't be less than $25.00. If your Account balance is less than $25.00, you must pay the amount indicated on your Statement in full.
- The minimum payment for each Credit Plan is calculated as follows:
  - o The minimum payment for the Waive Interest, Payment Required and Defer Interest, Payment Required Credit Plans will be the greater of:
    - (a) $5.00 or
    - (b) 1% (rounded up to the nearest $1.00) of the New Balance shown on your Statement for that Credit Plan.
  - o The minimum payment for the Waive Interest, Equal Payment and Defer Interest, Equal Payment Credit Plans will be the amount of the purchase divided by the number of months between the date of the purchase and the promotional period end date (minimum $5.00) rounded up to the nearest $1.00.
  - o The minimum payment for the Low APR, Equal Payment Credit Plan will be the amount of the purchase including the calculated interest charges that will be assessed from the date of purchase through the end of the promotional period divided by the number of months between the date of the purchase and the promotional period end date (minimum $5.00) rounded up to the nearest $1.00.
  - o The minimum payment for the Waive Interest, Low Payment and Defer Interest, Low Payment Credit Plans will be the greater of:
    - (a) $5.00 or
    - (b) 1.0% (rounded up to the nearest $1.00) of the New Balance shown on your Statement for that Credit Plan.
  - o For each Budget Payment Credit Plan or Open Charge Budget Payment Credit Plan, fixed monthly payments of $49, $99, $149, $199, or $299, based on the transaction amount.
  - o For Open Charge credit plans (except Open Charge Budget Payment Credit Plans), if your balance increases during the Open Charge period, your minimum payment will increase. The minimum payment for each Open Charge plan will be calculated based on the above Credit Plans.

**Payment application**
- We reserve the right to apply payments equal to or less than the Total Minimum Payment however we see fit, which may result in balances subject to lower interest rates being paid prior to other balances. This may also result in higher interest charges.
- Any payment you make in excess of the required Total Minimum Payment will be allocated to your Account as required by applicable law.
- Excess payments received before a deferred interest promotion expires are applied to the deferred interest promotional balance first in the last two billing periods of the promotional period.

# D. Interest, fees and charges

**Interest charges**
- If you make a purchase under a Regular Revolving Credit Plan, interest charges won't be imposed in any billing period in which (i) no Previous Balance exists or (ii) payments received and credits issued by the Payment Due Date, equal or exceed the Previous Balance.
- If the New Balance shown on your last Statement isn't paid in full by the Payment Due Date shown on your last Statement, there will be an interest charge on each purchase from the date of purchase.
- If you make a purchase under any Waive Interest Credit Plan, we won't charge interest on the purchase if you pay the total purchase amount before the end of the promotional period. If you don't pay the total purchase amount before the end of the promotional period, we'll add the remaining amount to your Regular Revolving balance. We'll also begin charging interest on the purchase from the first day after the promotional period ends.
- If you make a purchase under any Defer Interest Promotional Credit Plan and don't pay the total amount before the end of the promotional period, we'll add the remaining purchase amount and the amount of accrued interest to your Regular Revolving balance.
- If you make a purchase under a Low APR, Equal Payment Credit Plan, interest will be assessed from the date of purchase through the end of the promotional period.

**How we calculate Interest Charges on your Account**
We calculate interest separately for each Credit Plan, using a "Daily Balance" to determine interest charges for each billing period. Our calculation method is as follows:
- We start with the beginning balance on your Account each day (including unpaid interest charges and fees).
- We subtract any payments or credit adjustments (treating any net credit balance as a zero balance) and add new transactions and debit adjustments posted as of that day. This gives us the "Partial Daily Balance" for the day.
- We then multiply the Partial Daily Balance for the day by the Daily Periodic Rate. This gives us the "Daily Interest Charge" for the day, which we add to the day's Partial Daily Balance.
- We've now determined the "Daily Balance," which will be the beginning balance for the following day. This results in daily compounding of interest charges.
- At the end of each billing period, we add together each Credit Plan's Daily Interest Charge, which gives us the total interest charge.

- Your Statement will show a Balance Subject to Interest Rate, which is the sum of the Daily Balances for each day in the billing period divided by the total number of days.

**Rates**
- To calculate a variable rate, for each billing period, we use an Index. The Index is the U.S. Prime Rate published in the "Money Rates" section of *The Wall Street Journal* on the last business day of the calendar month preceding the month in which the billing period begins. (Our business days are Monday through Friday, excluding holidays.)
- Any variable APR will increase on the first day of the billing period after the Index increases.
- An increase or decrease in the APR will result in a corresponding increase or decrease in the amount of interest and may increase the Total Minimum Payment.

**Other fees and charges**
You agree to pay the following fees and charges:
- **Promotional Credit Plan Transaction Fee:** If you make a purchase under a promotional Credit Plan, we add a transaction fee of $9.95 per transaction.
- **Late Fee:** If you don't pay at least the Minimum Payment Due by the Payment Due Date, we will charge you a late fee.
  - The fee is $27.00 if you were not charged a late fee during any of the prior six billing periods.
  - Otherwise, the fee is $37.00.
  - This fee will never exceed the minimum payment due that was due immediately prior to the date on which the fee was assessed.
- **Returned Payment Fee:** We may charge you a fee for each payment that your bank doesn't honor for any reason.
  - The fee is $27.00 if you were not charged a returned payment fee during any of the prior six billing periods.
  - Otherwise, the fee is $37.00.
  - This fee will never exceed the minimum payment due that was due immediately prior to the date on which the fee was assessed.
- Although we may decide to do so, we aren't required to attempt to collect a payment more than once.
- **Document Fees:** If we provide you with a copy of any Statement, sales draft or similar document at your request (except in connection with billing error inquiries or resolution), we may charge the Account the following fee(s), subject to any limitations of applicable law:
  - Statement copy - $6.00
  - Sales/Credit Draft copy - $6.00
  - Check/Money Order copy - $6.00
- **Alternative Payment Method Fee:** We may offer alternative payment methods that allow you to make individual, expedited payments to your Account over the phone. If you choose to use this payment method, we may assess the current fee we charge for this service, subject to any limitations of applicable law. Currently, that fee is up to $15.00 but may change. We'll let you know the current fee before you authorize any payment(s), and you can withdraw your request if you don't want to pay the fee.

# E. Other important information

**Collection costs**
You agree to pay our reasonable costs for collecting amounts due, including reasonable attorneys' fees and court costs incurred by us or another person or entity, to the extent not prohibited by applicable law and except as provided below.
- **AL Residents:** We will not charge attorneys' fees if your unpaid balance is $300 or less.
- **MD Residents:** We will not charge you for costs other than attorneys' fees.
- **NH Residents:** Reasonable attorneys' fees may be awarded to you if you prevail in any action by or against us.
- **WI Residents:** If legal action is taken, we may seek statutory attorneys' fees and costs, which you will pay if they are granted by the court.

**Changes**
We may add, change, or delete the terms of your Account. If required by applicable law, we will give you advance written notice of the change(s) and a right to reject the change(s).

**Security Interest**
You grant us a security interest in all goods you purchase through the use of the Account, now or at any time in the future and in all accessions to and proceeds of such goods. We waive any security interest we may have in your principal dwelling, to the extent that it would otherwise secure any obligation arising hereunder.

**Changes to your information**
You agree to notify us immediately of any changes to your name, mailing address, electronic mail address or telephone number(s).

**Governing Law**
THIS AGREEMENT IS GOVERNED BY UTAH AND APPLICABLE FEDERAL LAW. THIS IS THE LAW WE ARE SPEAKING OF WHEN WE REFER TO A TERM PERMITTED OR REQUIRED BY APPLICABLE LAW.

**Transfer of Rights/Assignment**
Your rights under this Agreement can't be transferred by you, by operation of law or otherwise, but your obligations will be binding upon your estate or personal representatives. we may transfer or assign your Account and/or this Agreement, or any of our rights under this Agreement, to another person or entity at any time without prior notice to you or your consent.

**No Waiver of Rights**
We can delay enforcing our rights under this Agreement without losing them.

**Severability**
If any provision of this Agreement is in conflict with applicable law, that provision will be considered to be modified to conform with applicable law.

**Notice to New Jersey Residents**
All provisions of this agreement are valid, enforceable and applicable in New Jersey.

# F. Disputes and Reporting to Consumer Reporting Agencies

**Credit Reports**
- You give us permission to investigate your credit record.
- You agree that a credit report may be requested in connection with the processing of your credit application. A report may also be requested in connection with a credit extension, credit limit request, Account renewal or update, Account collection action, or dispute investigation. Upon request, we will tell you the name and address of any consumer reporting agency that furnished a report on you. You consent to the obtaining of such reports by signing or otherwise submitting an application or solicitation.
- You understand that we may report negative information (such as, late payments, missed payments, or other defaults) about your Account to consumer reporting agencies.
- You give us permission to provide information about your Account to consumer reporting agencies and other creditors, as well as to the retailer whose name appears on your Card.

**Credit report disputes**
If you believe the Account information we reported to a consumer reporting agency is inaccurate, you may submit a direct dispute to Comenity Capital Bank, PO Box 182120, Columbus, Ohio 43218-2120.
Your written dispute must provide sufficient information to identify the Account and specify why the information is inaccurate:
- Account Information: Your name and Account number
- Contact Information: Your address and telephone number
- Disputed Information: Identify the Account information disputed and explain why you believe it is inaccurate

- Supporting Documentation: If available, provide a copy of the section of the credit report showing the Account information you are disputing

We will investigate the disputed information and report the results to you within 30 days of receipt of the information needed for our investigation. If we find that the Account information we reported is inaccurate, we will promptly provide the necessary correction to each consumer reporting agency to which we reported the information.

## Your Billing Rights: Keep This Document For Future Use

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

### What To Do If You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at: Comenity Capital Bank, PO Box 182620, Columbus, Ohio 43218-2620

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### What Will Happen After We Receive Your Letter

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Comenity Capital Bank
PO Box 182620, Columbus, Ohio 43218-2620

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## G. Optional products

### Credit insurance (as applicable)

Purchasing credit insurance is optional. If you do choose to carry credit insurance coverage, the premium charge will be added to your Account as a purchase on the last day of each billing period. You can cancel your coverage at any time.

### Account Assure Debt Cancellation (as applicable)

- Purchasing Account Assure is optional.
- Enrolling in Account Assure does not affect the terms of your existing credit agreement.
- The Account Assure fee is based on your monthly statement balance, which is your balance on the last day of each billing period.
- You will receive terms and conditions, which you should carefully read for all benefit details and exclusions.
- You may cancel Account Assure at any time.
- If you are currently unemployed, disabled, hospitalized or retired you are not eligible for Account Assure benefits for your present situation; however, you may be eligible for other benefits based on future events.

## H. Communicating with us

### Communicating to you about your Account

If we need to contact you to service your Account or to collect amounts you owe to us, you give direct consent to us, as well as servicers, agents, independent contractors, contractors, debt collectors or collection agencies, and to anyone to whom we may sell your Account, to communicate with you in any way, such as calling, texting, or email via:

1. Your cell, landline, text number or any number you provide, use to contact us, or any number which you may utilize, or to any other device or service for which you may be charged for the call, including, but not limited to, Voice Over Internet Protocol ("VOIP");
2. Any email address you provide to us or any other person or company that provides any services in connection with this Agreement;
3. Automated telephone dialing systems;
4. Pre-recorded or artificial voice messages and any other form of communication.

You also agree that these communications aren't unsolicited for purposes of any state or federal law and you understand that communications may result in additional mobile, text message, data charges or other charges.

### Phone monitoring

- To provide you with high-quality service, phone communication with us is monitored and/or recorded.
- You agree that we monitor and/or record any phone calls between you and us.
- Please inform all authorized cardholders of this provision, including anyone acting on your behalf or making payments on this Account.

**Communication in Languages Other Than English**

You agree to receive all communications and correspondence relating to your Account in English. We may, at our option, communicate with you and/or provide translated documents in a language other than English. Any such communications or documents are provided solely as a courtesy. We may stop communicating with you in non-English languages and/or providing translated documents at any time. While we have attempted to ensure the accuracy of our translations, we are not liable for any inaccuracies in translation or for any misunderstandings due to differences in language usage or dialect. In the event of any inconsistencies between the English version and the translation, the English version will control.

**For Wisconsin residents:**

If you are married, please contact us immediately upon receipt of this Agreement at 1-844-271-2708 (TDD/TTY 1-888-819-1918) and provide us with the name and address of your spouse. We are required to inform your spouse that we have opened a credit account for you.

**For bankruptcy notifications:**

All bankruptcy notices and related correspondence to Comenity Capital Bank should be sent to the following address: Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, Ohio 43218-3043.

## I. Arbitration and jury trial waiver

### A. Jury trial waiver

TO THE EXTENT PERMITTED BY LAW, YOU AND WE WAIVE ANY RIGHT TO TRIAL BY JURY IN THE EVENT OF A LAWSUIT ARISING OUT OF OR RELATED TO THIS AGREEMENT. THIS JURY TRIAL WAIVER SHALL NOT AFFECT THE ARBITRATION PROVISION BELOW (INCLUDING THE JURY TRIAL WAIVER CONTAINED THEREIN). YOU AND WE EACH REPRESENT THAT THIS WAIVER IS GIVEN KNOWINGLY, WILLINGLY AND VOLUNTARILY.

### B. Notice and cure

Prior to bringing a lawsuit or initiating an arbitration that asserts a claim arising out of or related to this Agreement (as further defined below, a "Claim"), the party asserting the Claim (the "Claimant") shall give the other party (the "Defendant") written notice of the Claim (a "Claim Notice") and a reasonable opportunity, not less than 30 days, to resolve the Claim. Any Claim Notice to you shall be sent in writing to the address we have in our records (or any updated address you subsequently provide to us). Any Claim Notice to us shall be sent by mail to Comenity Capital Bank, PO Box 182436, Columbus, Ohio 43218-2436 (or any updated address we subsequently provide). Any Claim Notice you send must provide your name, address and Account number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. You may only submit a Claim Notice on your own behalf and not on behalf of any other party. No third party, other than a lawyer you have personally retained, may submit a Claim Notice on your behalf. The Claimant must reasonably cooperate in providing any information about the Claim that the other party reasonably requests.

### C. Arbitration provision

READ THIS ARBITRATION PROVISION CAREFULLY. IF YOU DO NOT REJECT THIS ARBITRATION PROVISION IN ACCORDANCE WITH PARAGRAPH C.1. BELOW, IT WILL BE PART OF THIS AGREEMENT AND WILL HAVE A SUBSTANTIAL IMPACT ON THE WAY YOU OR WE WILL RESOLVE ANY CLAIM WHICH YOU OR WE HAVE AGAINST EACH OTHER NOW OR IN THE FUTURE.

**1. Your Right to Reject:** If you don't want this Arbitration Provision (and any prior arbitration agreement between you and us ("Prior Arbitration Agreement")) to apply, you may reject it by mailing us a written rejection notice which gives the name of each Cardholder and contains a statement that you (both of you, if more than one) reject the Arbitration Provision of this Agreement. The rejection notice must be sent to us at Comenity Capital Bank, PO Box 182422, Columbus, Ohio 43218-2422. A rejection notice is only effective if it is signed by you (all of you, if more than one) and if we receive it within thirty (30) calendar days after the date we first provide you with a credit card agreement or written notice providing you a right to reject this Arbitration Provision. Your rejection of this Arbitration Provision will not affect any other provision of this Agreement or your ability to obtain credit.

**2. Parties Subject to Arbitration:** Solely as used in this Arbitration Provision (and not elsewhere in this Agreement), the terms "we," "us" and "our" mean (a) Comenity Capital Bank, any parent, subsidiary or affiliate of the Bank and the employees, officers and directors of such companies (the "Bank Parties"); and (b) any other person or company that provides any services in connection with this Agreement if you assert a Claim against such other person or company at the same time you assert a Claim against any Bank Party.

**3. Covered Claims:** "Claim" means any claim, dispute or controversy between you and us that in any way arises from or relates to this Agreement, the Account, the issuance of any Card, any rewards program, any prior agreement or account. "Claim" includes disputes arising from actions or omissions prior to the date any Card was issued to you, including the advertising related to, application for or approval of the Account. "Claim" has the broadest possible meaning, and includes initial claims, counterclaims, cross-claims and third-party claims. It includes disputes based upon contract, tort, consumer rights, fraud and other intentional torts, constitution, statute, regulation, ordinance, common law and equity (including any claim for injunctive or declaratory relief). "Claim" does not include disputes about the validity, enforceability, coverage or scope of this Arbitration Provision or any part thereof (including, without limitation, the prohibition against class proceedings, private attorney general proceedings and/or multiple party proceedings described in Paragraph C.7 (the "Class Action Waiver"), the last sentence of Paragraph C.13 and/or this sentence); all such disputes are for a court and not an arbitrator to decide. However, any dispute or argument that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator, not a court, to decide.

**4. Starting an Arbitration:** Arbitration may be elected by any party with respect to any Claim, even if that party has already initiated a lawsuit with respect to a different Claim. Arbitration is started by giving a written demand for arbitration to the other party. We will not demand to arbitrate an individual Claim that you bring against us in small claims court or your state's equivalent court, if any. But if that Claim is transferred, removed or appealed to a different court, we then have the right to demand arbitration.

**5. Choosing the Administrator:** "Administrator" means the American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor, New York, New York, 10019, www.adr.org; JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com; or any other company selected by mutual agreement of the parties. If both AAA and JAMS cannot or will not serve and the parties are unable to select an Administrator by mutual consent, the Administrator will be selected by a court. The arbitrator will be appointed by the Administrator in accordance with the rules of the Administrator. However, the arbitrator must be a retired or former judge or a lawyer with at least 10 years of experience. You get to select the Administrator if you give us written notice of your selection with your notice that you are electing to arbitrate any Claim or within 20 days after we give you notice that we are electing to arbitrate any Claim (or, if you dispute our right to require arbitration of the Claim, within 20 days after that dispute is finally resolved). If you do not select the Administrator on time, we may do it. Notwithstanding any language in this Arbitration Provision to the contrary, no arbitration may be administered, without the consent of all parties to the arbitration, by any Administrator that has in place a formal or informal policy that is inconsistent with the Class Action Waiver.

**6. Court and Jury Trials Prohibited; Other Limitations on Legal Rights:** IF YOU OR WE ELECT TO ARBITRATE A CLAIM, YOU WILL NOT HAVE THE RIGHT TO PURSUE THAT CLAIM IN COURT OR HAVE A JURY DECIDE THE CLAIM. ALSO, YOUR ABILITY TO OBTAIN INFORMATION FROM US IS MORE LIMITED IN AN ARBITRATION THAN IN A LAWSUIT. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION.

**7. Prohibition Against Certain Proceedings:** IF YOU OR WE ELECT TO ARBITRATE A CLAIM: (1) NEITHER YOU NOR WE MAY PARTICIPATE IN A CLASS ACTION IN COURT OR IN CLASS-WIDE ARBITRATION, EITHER AS A PLAINTIFF, DEFENDANT OR CLASS MEMBER; (2) NEITHER YOU NOR WE MAY ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; (3) CLAIMS BROUGHT BY OR AGAINST YOU MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON; AND (4) THE ARBITRATOR SHALL HAVE NO POWER OR AUTHORITY TO CONDUCT A CLASS-WIDE ARBITRATION, PRIVATE ATTORNEY GENERAL ARBITRATION OR MULTIPLE-PARTY ARBITRATION.

**8. Location and Costs of Arbitration:** Any arbitration hearing that you attend must take place at a location reasonably convenient to you. We will pay any and all fees of the Administrator and/or the arbitrator if applicable law requires us to, if you prevail in the arbitration or if we must bear such fees in order for this Arbitration Provision to be enforced. If you demand an arbitration, we will pay your reasonable attorneys' and experts' fees if you prevail or if we must bear such fees in order for this Arbitration Provision to be enforced. Also, we will bear any fees if applicable law requires us to.

**9. Governing Law:** This Arbitration Provision involves interstate commerce and is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (the "FAA"), and not by any state arbitration law. The arbitrator must apply applicable substantive law consistent with the FAA and applicable statutes of limitations and claims of privilege recognized at law. The arbitrator may award any remedy provided by the substantive law that would apply if the action were pending in court (including,

without limitation, punitive damages, which shall be governed by the Constitutional standards employed by the courts). At the timely request of either party, the arbitrator must provide a brief written explanation of the basis for the award.

**10. Right to Discovery:** In addition to the parties' rights to obtain discovery pursuant to the arbitration rules of the Administrator, either party may submit a written request to the arbitrator to expand the scope of discovery normally allowable under the arbitration rules of the Administrator. The arbitrator shall have discretion to grant or deny that request.

**11. Arbitration Result and Right of Appeal:** Judgment upon the arbitrator's award may be entered by any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA. However, if the amount of the Claim exceeds $50,000 or involves a request for injunctive or declaratory relief that could foreseeably involve a cost or benefit to either party exceeding $50,000, any party can, within 30 days after the entry of the award by the arbitrator, appeal the award to a three-arbitrator panel administered by the Administrator. The panel shall reconsider anew any aspect of the initial award requested by the appealing party. The decision of the panel shall be by majority vote. Reference in this Arbitration Provision to "the arbitrator" shall mean the panel if an appeal of the arbitrator's decision has been taken. The costs of such an appeal will be borne in accordance with Paragraph C.8. above.

**12. Rules of Interpretation:** This Arbitration Provision shall survive the repayment of all amounts owed under this Agreement, the closing of the Account, any legal proceeding and any bankruptcy to the extent consistent with applicable bankruptcy law. In the event of a conflict or inconsistency between this Arbitration Provision, on the one hand, and the applicable arbitration rules or the other provisions of this Agreement, on the other hand, this Arbitration Provision shall govern. This Arbitration Provision replaces any Prior Arbitration Agreement.

**13. Severability:** If any portion of this Arbitration Provision, other than the Class Action Waiver, is deemed invalid or unenforceable, the remaining portions shall nevertheless remain in force. If a determination is made that the Class Action Waiver is unenforceable, only this sentence of the Arbitration Agreement will remain in force and the remaining provisions shall be null and void, provided that the determination concerning the Class Action Waiver shall be subject to appeal.

**14. Special Payment:** If (1) you submit a Claim Notice in accordance with Paragraph B above on your own behalf (and not on behalf of any other party); (2) we refuse to provide you with the relief you request; and (3) an arbitrator subsequently determines that you were entitled to such relief (or greater relief), the arbitrator shall award you at least $5,100 (plus any fees and costs to which you are entitled).

## Contrato de su cuenta de tarjeta de crédito de Zales.

El presente Contrato trata los Términos y condiciones de su cuenta con nosotros. En este documento, encontrará información importante respecto al uso y la administración de su cuenta, lo que incluye una Declaración de privacidad e información sobre sus derechos de facturación. El uso de su cuenta, o el hecho de no cerrar la cuenta dentro de los 30 días posteriores a la recepción de este documento, señala su aceptación de los términos del presente contrato, lo que incluye el cálculo de cualquier cargo por intereses y tarifas.

**La sección I del presente Contrato también incluye una Renuncia al juicio por jurado y una Disposición sobre el arbitraje en caso de existir alguna disputa.**

- **Tiene el derecho a rechazar esta Disposición sobre el arbitraje.**
- **Si no rechaza la Disposición sobre el arbitraje, formará parte del presente Contrato y:**
  - o **eliminará su derecho al juicio por jurado; y**
  - o **afectará sustancialmente sus derechos, incluido su derecho a entablar, unirse a, o participar en, demandas colectivas.**

Por favor, lea detenidamente cada sección y conserve este documento en sus archivos.

**En las siguientes secciones, encontrará la siguiente información:**

Términos financieros de su cuenta: un resumen global de las tarifas y los cargos asociados a su cuenta
A.   Punto de partida: los fundamentos de su cuenta
B.   Mantener su cuenta al día: cómo evitar la morosidad, y qué hacer si su tarjeta es extraviada o robada
C.   Más información acerca de su cuenta: planes de crédito, límites de crédito, y cómo se calculan y procesan los pagos
D.   Intereses, tarifas y cargos: cuándo y cómo se aplican las tarifas y los gastos a su cuenta
E.   Más información importante: derechos legales, gastos, y cómo manejaremos los cambios de su cuenta
F.   Disputas e informes a las agencias de informes crediticios: los datos que proporcionamos a las agencias de informes crediticios y recibimos de las mismas, y qué debe hacer si considera que hay algún error en su estado de cuenta periódico
G.   Productos opcionales: cómo proteger su cuenta del fraude o del hurto, e información sobre los servicios que pueden ayudarle a pagar su deuda en caso de emergencia
H.   Comunicación con nosotros: qué sucede cuando se comunica con nosotros
I.   Arbitraje y renuncia al juicio por jurado: cómo resolveremos los desacuerdos, incluida la renuncia al juicio por jurado y la Disposición sobre el arbitraje
Declaración de privacidad: cómo recopilamos, utilizamos, compartimos y protegemos su información personal; y las decisiones que puede tomar respecto a la privacidad

## Términos financieros de su cuenta

| Tasas de interés y cargos por intereses | |
|---|---|
| **Tasa de porcentaje anual (Annual Percentage Rate, APR) para compras** | **29.24%** <br> Esta APR variará con el mercado según la tasa de interés preferencial. |
| **Cómo evitar el pago de intereses** | Su fecha de vencimiento es al menos 25 días después del cierre de cada ciclo de facturación. No le cobraremos intereses sobre compras si paga la totalidad de su saldo a más tardar en la fecha de vencimiento cada mes. |
| **Cargo mínimo por intereses** | Si se le cobran intereses, el cargo no será inferior a $2.00 por plan de crédito |
| **Para obtener consejos sobre tarjetas de crédito de la Oficina para la Protección Financiera del Consumidor** | **Para obtener más información sobre los factores que debe considerar al solicitar o utilizar una tarjeta de crédito, visite el sitio web de la Oficina para la Protección Financiera del Consumidor en http://www.consumerfinance.gov/learnmore.** |

| Tarifas | |
|---|---|
| •      Tarifas por transacción | **$9.95** por cada compra según el plan de crédito promocional |
| **Tarifas por penalizaciones**<br>•      Pago atrasado<br>•      Pago devuelto | Hasta $37.00<br>Hasta $37.00 |

**Cómo calcularemos su saldo:** utilizamos un método denominado "saldo diario". Para obtener más información, consulte el contrato de su cuenta.

**Derechos de facturación:** en el contrato de su cuenta puede encontrar información sobre sus derechos para disputar transacciones y cómo ejercerlos.

**Información sobre tasas:** la tabla a continuación brinda detalles sobre su(s) variable a partir del 1 de enero de, 2016. Para establecer una tasa diaria periódica, dividimos la APR por 365.

| | Agregar al índice | APR | Tasa diaria periódica |
|---|---|---|---|
| Tasa porcentual anual (Annual Percentage Rate, APR) de compra | 25.74% | 29.24% | 0.08010% |

Si se le proporcionó este Acuerdo en el punto de venta, consulte el Acuerdo que se le envió junto con un paquete de bienvenida de su nueva cuenta para obtener información acerca de la tasa porcentual anual (Annual Percentage Rate, APR) variable vigente en un plazo de 30 días posteriores a su envío por correo.

Le cobraremos un cargo por interés mínimo de $2.00 por plan de crédito durante cualquier período de facturación en el que se adeuden intereses. Para obtener información adicional, consulte las Tasas en la Sección D.

**Pago mínimo:** El pago mínimo vencido es el total de los pagos mínimos por las compras del Plan de crédito rotativo habitual y promocional además de cualquier monto vencido. El Pago mínimo total vencido en su cuenta no será inferior a $25.00. Si el Saldo de su cuenta es inferior a $25.00, debe pagar la totalidad del monto señalado en su estado de cuenta. El pago mínimo vencido por cada Plan de crédito rotativo habitual y rotativo de efectivo será de:
- El monto superior entre:
  - o    1% del saldo nuevo, sin incluir ningún nuevo cargo financiero por Plan de crédito rotativo habitual y rotativo de efectivo señalado en el Estado de cuenta; o
  - o    $5.00
- Más cualquier nuevo cargo financiero por Plan de crédito rotativo habitual y rotativo de efectivo señalado en el Estado de cuenta redondeado hacia arriba al dólar más cercano $1.00.

Consulte el pago mínimo en la Sección C a continuación para ver los cálculos del pago mínimo para los planes de crédito promocionales.

La información sobre la APR descrita es exacta a partir del 1 de enero de, 2016. Debido a un cambio en el índice, es posible que haya cambiado esta información. Para obtener más información, llámenos al 1-844-271-2708 (TDD/TTY: 1-888-819-1918), o escríbanos a Comenity Capital Bank, PO Box 183003, Columbus, Ohio 43218-3003 o visite nuestro sitio web en comenity.net/zales.

## A. Introducción

### Definiciones
En el presente Acuerdo, "nosotros", "nos" y "nuestro" hacen referencia a Comenity Capital Bank y a cualquier sucesor o cesionario. "Usted" y "su" hacen referencia a cada persona que presenta alguna solicitud o petición de una Cuenta con nosotros. "Cuenta" hace referencia a su cuenta de tarjeta de crédito con nosotros. "Tarjeta" hace referencia a cada tarjeta de crédito que emitimos para su Cuenta. "Plan de crédito" hace referencia a una o más opciones del programa de pago Zale Delaware, Inc. que nos puede solicitar que ofrezcamos ocasionalmente.

### Cumplimiento de su Contrato
- Usted acepta los términos del presente Contrato, y se compromete a hacer todo lo que se le haya exigido. Si firma o presenta una solicitud o petición para obtener algún crédito de nosotros, quedará vinculado por el presente Contrato. Además está obligado legalmente si firma un comprobante de cargo, o permite que otra persona utilice el crédito proporcionado.
- Usted acuerda que el crédito otorgado en su Cuenta será utilizado únicamente para fines personales, familiares o domésticos y no para fines empresariales o comerciales.
- Si la Cuenta es una Cuenta conjunta, usted y el titular conjunto de la Cuenta quedarán vinculados por el presente Contrato. Cada uno de ustedes será responsable a título conjunto e individual del pago de todos los montos vencidos. Si más de una persona es responsable de esta Cuenta, únicamente podremos proporcionarles los estados de cuenta y las comunicaciones a uno de ustedes.
- Cualquier usuario autorizado de su Cuenta quedará vinculado por los términos del presente Contrato. Podrá emitirse una Tarjeta adicional con el nombre individual del usuario autorizado grabado en la Tarjeta. Si desea revocar el uso de su Cuenta por parte de algún usuario autorizado, puede escribirnos a la dirección, o llamarnos al número telefónico, que figura en su Estado de cuenta.
- Usted acuerda pagar todas las transacciones realizadas por cualquier usuario autorizado en su Cuenta, ya sea o no que usted haya autorizado tales transacciones o se hayan realizado a su favor.

### Firma de la Tarjeta (según corresponda)
Para su protección, firme su Tarjeta antes de utilizarla. Tenga presente que su firma en la Tarjeta no es un requisito previo para su obligación de pagar los montos incurridos en su Cuenta.

### Uso de su Cuenta
- Su Cuenta podrá utilizarse para realizar compras en Zale Delaware, Inc. y en otros minoristas que hayamos determinado ocasionalmente mediante una notificación a usted a través de correo electrónico, mensaje del estado de cuenta, publicación del sitio web, u otro método.
- Nos reservamos el derecho de no reconocer las transacciones relativas a, lo que incluye, entre otras, apuestas, el uso de cajeros automáticos en los casinos, y actividades ilegales.

### Efectuar pagos
- Pague su Cuenta enviando un cheque, giro postal, o cheque de gerencia pagadero en dólares estadounidenses, con el nombre y la dirección que se especifican en su Estado de cuenta para realizar pagos. Por favor no envíe dinero en efectivo.

- Asegúrese de incluir su comprobante de pago, no engrapar el pago al comprobante, utilizar el sobre proporcionado con su Estado de cuenta y no enviar ninguna correspondencia con su pago.
- Si su pago no cumple con estos requerimientos, es posible que no sea acreditado a su Cuenta hasta haber transcurrido cinco días, o sea rechazado.
- Todas las comunicaciones escritas respecto a los montos en disputa, incluido cualquier cheque u otro instrumento de pago marcado con las palabras "totalidad del pago" o algún texto similar, deben enviarse a 6550 North Loop 1604 East, Suite 101, San Antonio, Texas 78247-5004.
  - o  Es posible que aceptemos un pago enviado a cualquier otra dirección sin perder ninguno de nuestros derechos.
  - o  Ningún pago implicará una conciliación sin nuestra aprobación previa por escrito.

## B. Mantener su cuenta al día

### Cómo evitar la morosidad

Se lo considerará en mora conforme al presente Contrato si usted:
- No efectúa un pago al momento de su vencimiento
- Viola alguna disposición del presente Contrato
- Fallece
- Es sometido a procedimientos de quiebra o insolvencia
- Nos proporciona información engañosa, falsa, incompleta o equivocada
- No puede o no está dispuesto a desempeñar los términos o condiciones del presente Contrato
- No nos proporciona ninguna información que consideremos necesaria
- Está en mora conforme a cualquier préstamo o contrato que pueda tener con nosotros o cualquiera de nuestras afiliadas
- Es incompetente
- Supera su límite de crédito
- Emite algún pago que su banco haya devuelto como impago por cualquier motivo

En caso de que hayamos considerado que su Cuenta está en mora, podemos suspender su capacidad de realizar débitos, cerrar su Cuenta, exigirle pagar el monto total que adeuda de inmediato o tomar cualquier otra medida permitida por ley. Si nos lo exige alguna ley vigente, le informaremos con antelación y/o le brindaremos la oportunidad de subsanar la morosidad.

### Denuncia de una tarjeta extraviada o robada (según corresponda)

Si se percata del extravío o robo de su tarjeta de crédito o algún posible uso no autorizado de su tarjeta, debe escribirnos de inmediato a PO Box 183003, Columbus, Ohio 43218-3003 o llamarnos al 1-844-271-2708 (TDD/TTY: 1-888-819-1918). Usted no será responsable por ningún uso no autorizado que haya ocurrido después de habernos notificado. No obstante, podrá ser responsable por el uso no autorizado que ocurra antes de habernos notificado. En cualquier caso, su responsabilidad legal no será superior a $50.

## C. Más información acerca de su cuenta

### Planes de crédito

- Su Cuenta podrá comprender un Plan de crédito no promocional ("Rotatorio habitual") y uno o más Planes de crédito promocionales. Los Planes de crédito ofrecidos y sus características particulares (incluidos, entre otros, los requerimientos de compra mínima y el pago mínimo) pueden variar ocasionalmente a nuestra discreción e incluyen uno o más Planes de crédito rotativos habituales o promocionales.
- En ocasiones podemos ofrecer distintos Planes de crédito promocionales.
- Si al momento de abrir su Cuenta le ofrecemos un Plan de crédito promocional, el presente Contrato incluirá información sobre los términos del Plan, mediante el uso de un apéndice, anexo, u otra información escrita proporcionada como parte del presente Contrato.
- Las tarifas habituales por pagos atrasados, pagos devueltos y todas las demás disposiciones aplican a cualquier Plan de crédito promocional, salvo que sea incoherente con la oferta particular de algún Plan de crédito.
- Si el Plan de crédito promocional no se paga en su totalidad antes de finalizar el período promocional, el saldo será transferido a su saldo Rotativo habitual.
- Los Planes de crédito promocionales pueden incluir:
  - o  Exención de intereses, pago requerido
  - o  Exención de intereses, pago igual
  - o  Exención de intereses, pago menor
  - o  Aplazamiento de intereses, pago igual
  - o  Aplazamiento de intereses, pago requerido
  - o  Aplazamiento de intereses, pago menor
  - o  APR baja, pago igual
  - o  Pago según el presupuesto

### Opción de omisión de pago

- A nuestra discreción, podemos permitirle omitir el pago mínimo.
- Serán calculados los cargos financieros durante el período de omisión de pago, pero no se impondrá una tarifa por pago atrasado. Esto no será considerado una renuncia de ninguno de los derechos concedidos por el presente Contrato.
- Todos los demás términos de su Cuenta serán de aplicación durante el período de omisión de pago.

### Límite de crédito

- Su límite de crédito es el monto total máximo que le permitimos adeudarnos en cualquier momento.
- No puede superar ningún límite de crédito que establezcamos para su Cuenta.
- Si supera su límite de crédito, todavía podemos cobrarle todas las transacciones, los intereses y otros cargos sin renunciar a ninguno de nuestros derechos en virtud del presente Contrato.
- Nosotros podemos cambiar su límite de crédito en cualquier momento.

### Cancelación de la Cuenta

- Usted podrá cancelar su Cuenta. Está obligado a pagar el monto total adeudado a nosotros.
- Usted podrá cancelar su Cuenta en cualquier momento y por cualquier motivo.
- Nosotros podemos rehusarnos a autorizar cualquier compra en su Cuenta. Además podemos suspender su Cuenta y su derecho a utilizar la Tarjeta, lo que incluye cada Tarjeta que entregue a terceros.
- Podemos suspender el ofrecimiento de todo Plan de crédito en cualquier momento y por cualquier motivo.
- La cancelación o suspensión de su Cuenta no anula su obligación de pagar cualquier monto que nos adeude.
- La cancelación de su Cuenta incluye cada Tarjeta que entregue a terceros.

### Pago mínimo

- **Puede pagar todo el saldo de su Cuenta en cualquier momento sin incurrir en ninguna penalización.**
- Debe pagar al menos el Pago mínimo total durante cada período de facturación a más tardar en la fecha de vencimiento del pago señalada en su Estado de cuenta.
- El pago mínimo es el total de los pagos mínimos por los Planes de crédito rotativos habituales y promocionales además de cualquier tarifa o monto.
- El Pago mínimo total no será inferior a $25.00. Si el Saldo de su cuenta es inferior a $25.00, debe pagar la totalidad del monto señalado en su Estado de cuenta.
- A continuación se calcula el pago mínimo para cada Plan de crédito:

- o Los pagos mínimos de los y los Planes de crédito de exención de intereses, pago requerido y aplazamiento de intereses, pago requerido corresponderán al monto superior entre:
  - (a) $5.00; o
  - (b) 1% (redondeado hacia arriba al dólar más cercano $1.00) del nuevo saldo reflejado en su Estado de cuenta para este Plan de crédito.
- o El pago mínimo de los Planes de crédito de exención de intereses, pago igual y aplazamiento de intereses, y pago igual será el monto de la compra dividido por la cantidad de meses entre la fecha de la compra y la fecha de finalización del período promocional (un mínimo de $ 5.00) redondeado al dólar ($1.00) más cercano.
- o El pago mínimo del Plan de crédito de APR baja, y pago igual será el monto de la compra, incluidos los cargos por intereses calculados desde la fecha de la compra hasta el final del período promocional, dividido por la cantidad de meses entre la fecha de la compra y la fecha de finalización del período promocional (un mínimo de $5.00) redondeado al dólar ($1.00) más cercano.
- o Los pagos mínimos de los Planes de crédito de exención de intereses, pago bajo y aplazamiento de intereses, y pago bajo serán el monto superior entre:
  - (a) $5.00; o
  - (b) 1.0% (redondeado hacia arriba al dólar más cercano $1.00) del nuevo saldo reflejado en su Estado de cuenta para ese Plan de crédito
- o Por cada Plan de crédito de pago según el presupuesto o Plan de crédito de pago según el presupuesto de cuenta abierta se realizarán pagos fijos mensuales de $49, $99, $149, $199 o $299, según el monto de la transacción.
- o Para los Planes de crédito de cuenta abierta (excepto los Planes de crédito de pago según el presupuesto de cuenta abierta), si su saldo se incrementa durante el período de la cuenta abierta, se incrementará su pago mínimo. El pago mínimo para cada Plan de cuenta abierta se calculará según los Planes de crédito antes mencionados.

**Imputación de pagos**

- Nos reservamos el derecho de aplicar pagos equivalentes o menores al Pago mínimo total según lo consideremos relevante, lo cual puede ocasionar el pago de saldos sujetos a tasas de interés inferiores antes de otros saldos. Esto también puede ocasionar cargos por intereses más altos.
- Cualquier pago que realice por encima del Pago mínimo total será asignado a su Cuenta conforme lo exige la ley vigente.
- Los pagos excesivos recibidos antes del vencimiento de una promoción de aplazamiento de intereses son aplicados primero al saldo promocional de aplazamiento de intereses en los últimos dos períodos de facturación del período promocional.

# D. Intereses, tarifas y cargos

**Cargos por intereses**

- Si realiza alguna compra en virtud de un Plan de crédito habitual rotatorio, no se impondrán cargos por intereses en ningún período de facturación en el que (i) no exista ningún saldo anterior o (ii) los pagos recibidos y créditos emitidos para la fecha de vencimiento del pago, equivalen o superan al saldo anterior.
- Si el nuevo saldo señalado en su último Estado de cuenta no se paga completamente a más tardar a la fecha de vencimiento del pago señalada en su último Estado de cuenta, habrá un cargo por intereses en cada compra partir de la fecha de la compra.
- Si realiza alguna compra en virtud de cualquier Plan de crédito de exención de intereses, no cobraremos intereses por la compra si paga el monto total de la compra antes de finalizar el período promocional. Si no paga el monto total de la compra antes de finalizar el período promocional, agregaremos el monto restante a su Saldo rotativo habitual. Además comenzaremos a cobrar intereses por la compra a partir del primer día posterior a la finalización del período promocional.
- Si realiza alguna compra en virtud de cualquier Plan de crédito promocional de exención de intereses y no paga el monto total antes de finalizar el período promocional, agregaremos el monto restante de la compra y el monto de intereses devengados a su Saldo rotativo habitual.
- Si realiza alguna compra en virtud de un Plan de crédito de APR baja, pago igual, los intereses serán calculados a partir de la fecha de la compra hasta finalizar el período promocional.

**Cómo calculamos los cargos financieros en su Cuenta**

Calculamos los intereses de manera independiente para cada Plan de crédito, utilizando el "saldo diario" para determinar los cargos por intereses para cada período de facturación. Nuestro método de cálculo es el siguiente:

- Comenzamos con el saldo inicial de su Cuenta cada día (incluido cargos por intereses no pagados y tarifas).
- Restamos cualquier pago o ajuste de crédito (tratando cualquier saldo de crédito neto como un saldo nulo) y agregamos transacciones nuevas y ajustes de débito reflejados a partir de ese día. Esto nos proporciona el "saldo diario parcial" del día.
- Luego multiplicamos el saldo diario parcial del día por la tasa diaria periódica. Esto nos proporciona el "cargo por intereses diario" del día, el cual agregamos al saldo diario parcial del día.
- Ahora hemos determinado el "saldo diario", el cual será el saldo inicial del día siguiente. Esto da como resultado la acumulación diaria de los cargos por intereses.
- Al final de cada período de facturación, agregamos cada Cargo por intereses diario del Plan de crédito, lo cual nos proporciona el cargo por intereses total.
- Su Estado de cuenta reflejará el saldo sujeto a la tasa de intereses, el cual es la suma de los saldos diarios de cada día durante el período de facturación dividido por la cantidad total de días.

**Tasas**

- Para calcular una tasa variable para cada período de facturación utilizamos un Índice. El Índice es la "tasa de interés preferencial" de EE. UU. publicada en la sección "Tasas monetarias" de *The Wall Street Journal* el último día hábil del mes calendario anterior al mes en que comienza el período de facturación. (Nuestros días hábiles son de lunes a viernes, excluidos los días festivos).
- Cualquier APR variable se incrementará el primer día del período de facturación posterior a que se incremente el Índice.
- El incremento o la disminución de la APR ocasionará el correspondiente incremento o la disminución en el monto del interés y podrá incrementar el Pago mínimo total.

**Otros cargos y tarifas**

Usted acuerda pagar los siguientes cargos y tarifas:

- **Tarifa por transacción según el plan de crédito promocional:** si usted hace una compra según un plan de Crédito promocional, impondremos una tarifa por transacción de $9.95 por cada transacción.
- **Tarifa por pago atrasado:** si no paga al menos el pago mínimo vencido a más tardar a la fecha de vencimiento del pago, le cobraremos una tarifa por pago atrasado:
  - o La tarifa es de $27.00 si no le ha sido cobrada una tarifa por pago atrasado durante los seis períodos de facturación previos.
  - o De lo contrario, la tarifa es de $37.00.
  - o Esta tarifa nunca superará el pago mínimo vencido que era pagadero inmediatamente antes de la fecha en que fue calculada la tarifa.
- **Tarifa por pago devuelto:** es posible que le cobremos una tarifa por cada pago que su banco no haya reconocido por cualquier motivo.
  - o La tarifa es de $27.00 si no le ha sido cobrada una tarifa por pago devuelto durante los seis períodos de facturación previos.
  - o De lo contrario, la tarifa es de $37.00.
  - o Esta tarifa nunca superará el pago mínimo vencido que era pagadero inmediatamente antes de la fecha en que fue calculada la tarifa.
- Si bien existe la posibilidad de que decidamos hacerlo, no se nos exige intentar cobrar algún pago más de una vez.
- **Tarifas por documentos:** si le proporcionamos una copia de cualquier Estado de cuenta, factura de venta u otro documento similar a su solicitud (salvo con respecto a cualquier consulta o resolución de los errores de facturación), podemos cobrar a la Cuenta las siguientes tarifas, sujeto a cualquier limitación de la ley vigente:
  - o Copia del estado de cuenta: $6.00
  - o Copia de la factura de venta/crédito: $6.00

- o   Copia del cheque/giro postal: $6.00
- **Tarifa por métodos de pago alternativo:** podemos ofrecer métodos de pago alternativo que le permitan realizar pagos individuales y agilizados a su Cuenta por teléfono. Si elige utilizar este método de pago, podemos imponer la tarifa actual que cobramos por este servicio, sujeto a cualquier limitación de la ley vigente. Actualmente, esta tarifa es de hasta $15.00 pero puede cambiar. Le notificaremos la tarifa actual antes de que autorice cualquier pago, y puede anular su solicitud si no desea pagar la tarifa.

## E. Más información importante

**Gastos de cobro**

Usted acuerda pagar los gastos razonables por el cobro de los montos adeudados, incluidos los honorarios de abogados razonables y costos judiciales incurridos por nosotros o por otra persona o entidad, en la medida que no lo prohíba la ley vigente y con la excepción de lo que se menciona a continuación.
- **Residentes de Alabama:** no le aplicaremos honorarios de los abogados si su saldo impago es $300 o menos.
- **Residentes de Maryland:** no les aplicaremos otros costos que no sean los honorarios de abogados.
- **Residentes de Nuevo Hampshire:** se le otorgarán honorarios de abogados razonables si prevalece en la participación de medidas por y contra nosotros.
- **Residentes de Wisconsin:** si se toman medidas legales, es probable que busquemos honorarios y costos estatutarios de abogados que usted pagará si el tribunal los concede.

**Cambios**

Podemos agregar, cambiar o eliminar los términos de su Cuenta. Si lo exige la ley vigente, le proporcionaremos una notificación previa por escrito sobre los cambios y el derecho a rechazarlos.

**Derecho de garantía**

Usted nos concede un derecho de garantía sobre todos los bienes que adquiera utilizando la Cuenta, actualmente o en cualquier momento futuro, y sobre todos los fondos y adquisiciones a partir de tales bienes. Renunciamos a cualquier derecho de garantía que tengamos sobre su residencia principal, en la medida que de otro modo garantice alguna obligación surgida del presente.

**Cambios de su información**

Usted acuerda notificarnos de inmediato sobre cualquier cambio de su nombre, dirección postal, dirección de correo electrónico, o número(s) de teléfono.

**Ley vigente**

EL PRESENTE CONTRATO SE RIGE POR UTAH Y LAS LEYES FEDERALES VIGENTES. ESTA ES LA LEY QUE MENCIONAMOS CUANDO HACEMOS REFERENCIA A UN TÉRMINO PERMITIDO O EXIGIDO POR LA LEY VIGENTE.

**Transferencia de derechos/cesión**

No podrá transferir sus derechos en virtud del presente Contrato, conforme a derecho o de otro modo, pero sus obligaciones serán vinculantes ante su patrimonio o representantes personales. Podemos transferir o ceder su Cuenta y/o el Contrato, o cualquiera de nuestros derechos conforme al presente Contrato, a otra persona física o jurídica en cualquier momento, sin la notificación previa a usted ni su consentimiento.

**Ninguna renuncia de derechos**

Podemos demorar el cumplimiento de cualquiera de nuestros derechos bajo este Contrato sin perderlos.

**Nulidad parcial**

Si alguna disposición del presente Contrato entra en conflicto con la ley vigente, se considerará que dicha disposición ha sido modificada para ajustarse a la ley vigente.

**Aviso para los residentes de Nueva Jersey**

Todas las disposiciones del presente contrato son válidas, exigibles y vigentes en Nueva Jersey.

## F. Disputas e informes a las agencias de informes crediticios

**Informes crediticios**
- Usted nos otorga el permiso de investigar su historial crediticio.
- Usted acuerda que podemos solicitar informes crediticios con respecto al procesamiento de su solicitud de crédito. Además podemos solicitar un informe con respecto a una concesión de crédito, solicitud de límite de crédito, renovación o actualización de la Cuenta, medida de cobro de la Cuenta, o la investigación de una disputa. Le informaremos, a solicitud, el nombre y la dirección de cualquier agencia de informes crediticios que haya proporcionado algún informe sobre usted. Usted otorga su consentimiento a la obtención de tales informes al firmar o de otro modo presentar una solicitud o petición.
- Comprende que podemos proporcionar información negativa a las agencias de informes crediticios (por ejemplo, pagos atrasados, pagos omitidos, u otros incumplimientos de pago) respecto a su Cuenta.
- Nos otorga el permiso de proporcionar información acerca de su Cuenta a las agencias de informes crediticios y a otros acreedores, así como al minorista cuyo nombre figure en su Tarjeta.

**Disputas sobre los informes crediticios**

Si considera que es imprecisa la información de la Cuenta que hemos informado a alguna agencia de informes crediticios, puede presentar una disputa directa a Comenity Capital Bank, PO Box 182120, Columbus, Ohio 43218-2120.

Su disputa escrita debe proporcionar información suficiente para identificar la Cuenta y especificar por qué es imprecisa la información:
- Información de la cuenta: su nombre y número de Cuenta
- Información de contacto: su dirección y número de teléfono
- Información en disputa: identifique la información de la Cuenta en disputa y explique por qué considera que es imprecisa
- Documentación de respaldo: si se encuentra a su disposición, proporcione una copia de la sección del informe crediticio que refleja la información de la Cuenta en disputa

Investigaremos la información en disputa y le informaremos los resultados dentro de los 30 días de haber recibido la información requerida para nuestra investigación. Si hallamos que es imprecisa la información suministrada de la Cuenta, brindaremos oportunamente la corrección requerida a cada agencia de informes crediticios a la que hayamos proporcionado la información.

**Sus derechos de facturación: conserve este documento para el uso futuro**

La presente notificación le informa acerca de sus derechos y nuestras responsabilidades de conformidad con la Ley de Facturación Crediticia Justa.

*Qué hacer si encuentra un error en su estado de cuenta*

Si considera que existe un error en su estado de cuenta, escríbanos a: Comenity Capital Bank, PO Box 182620, Columbus, Ohio 43218-2620

En su carta, proporcione la siguiente información:
- Información de la cuenta: su nombre y número de cuenta.
- Cantidad en dólares: la cantidad en dólares del supuesto error.
- Descripción del problema: si piensa que hay un error en su factura, describa lo que cree que es incorrecto y el motivo por el cual cree que es un error.

Usted debe comunicarse con nosotros:
- En un plazo de 60 días después de que el error apareció en su estado de cuenta.
- Al menos 3 días hábiles antes de que esté programado un pago automático, si desea detener el pago de la cantidad que usted cree que es incorrecta.

Usted debe avisarnos acerca de todos los posibles errores por escrito. Puede llamarnos, pero si lo hace no tenemos la obligación de investigar ningún posible error y usted podría tener que pagar la cantidad en cuestión.

*Lo que sucederá después de que recibamos su carta*

Cuando recibamos su carta, debemos decirle que la recibimos. También le diremos si ya hemos corregido el error.

1. En un plazo de 30 días después de recibida su carta, debemos decirle que la recibimos. También le diremos si ya hemos corregido el error.

2. En un plazo de 90 días después de recibida su carta, tenemos que corregir el error o explicarle por qué creemos que la factura estaba correcta.

Mientras investigamos si ha habido un error o no:

- No podremos tratar de cobrar la cantidad en cuestión, ni declararlo como moroso por esa cantidad.
- El cargo en cuestión podrá permanecer en su estado de cuenta y seguiremos cobrándole intereses sobre esa cantidad.
- Si bien usted no tiene que pagar la cantidad en cuestión, es responsable del resto de su saldo.
- Podremos aplicar cualquier monto pendiente de pago a su límite de crédito.

Después de que finalicemos nuestra investigación, ocurrirá una de dos cosas:
- *Si nosotros cometimos un error:* usted no tendrá que pagar la cantidad en cuestión ni intereses o comisiones relacionados con esa cantidad.
- *Si no creemos que haya habido un error:* usted tendrá que pagar la cantidad en cuestión, junto con todos los intereses y comisiones correspondientes. Le enviaremos un estado de cuenta de la cantidad que usted adeuda y la fecha en que vence el pago. Luego podremos declararlo moroso si no paga la cantidad que creemos que adeuda.

Si recibe nuestra explicación pero sigue creyendo que su factura es incorrecta, debe escribirnos en un plazo de 10 días para informarnos que sigue rehusándose a pagar. Si lo hace, no podremos declararlo moroso sin indicar también que usted está cuestionando su factura. Debemos informarle el nombre de las entidades ante las cuales lo declaremos moroso y tenemos que avisar a esas organizaciones cuando hayamos resuelto el asunto entre nosotros.

Si no seguimos todas las reglas precedentes, usted no tendrá que pagar los primeros $50 de la cantidad que cuestiona, incluso si su factura es correcta.

*Sus derechos en caso de no estar conforme con sus compras con tarjeta de crédito*

Si no está conforme con los productos o servicios que ha comprado con su tarjeta de crédito y ha tratado de buena fe de corregir el problema con el comerciante, puede tener el derecho a no pagar la cantidad restante adeudada sobre la compra.

Para usar este derecho, todas las afirmaciones siguientes deben ser ciertas:

1. La compra debe haberse hecho en su estado de residencia o en un radio de 100 millas de su dirección postal actual, y el precio de compra debe haber sido de más de $50. (Nota: No se aplican estos requisitos si su compra se basó en un anuncio publicitario que le enviamos por correo, o si somos dueños de la compañía que le vendió los bienes o servicios.)
2. Usted debe haber usado su tarjeta de crédito para hacer la compra. No califican las compras hechas con adelantos de efectivo de un cajero automático o con un cheque que accede a su cuenta de tarjeta de crédito.
3. Usted no puede haber pagado el total de la compra.

Si se cumplen todos los criterios arriba mencionados y aun así no está satisfecho con la compra, comuníquese con nosotros por escrito a:

Comenity Capital Bank
PO Box 182620, Columbus, Ohio 43218-2620

Mientras investigamos, se aplican a la cantidad cuestionada las mismas reglas indicadas anteriormente. Después de que finalicemos nuestra investigación, le informaremos acerca de nuestra decisión. En ese momento, si creemos que usted adeuda una cantidad y usted no paga, podríamos declararlo moroso.

## G. Productos opcionales

### Seguro de crédito (según corresponda)

La adquisición del seguro de crédito es opcional. Si elige utilizar la cobertura del seguro de crédito, agregaremos el cargo de la prima a su Cuenta como compra el último día de cada período de facturación. Puede cancelar su cobertura en cualquier momento.

### Cancelación de la deuda por medio de Account Assure (según corresponda)

- La adquisición de Account Assure es opcional.
- La inscripción en Account Assure no modifica los términos de su acuerdo de crédito existente.
- El cargo de Account Assure se basa en el saldo de su estado de cuenta mensual, que es el saldo al cierre de cada ciclo de facturación.
- Recibirá los términos y condiciones, que deberá leer detenidamente para conocer todos los detalles y las exclusiones de los beneficios.
- Puede cancelar Account Assure en cualquier momento.
- Si en este momento está desempleado, tiene una discapacidad, se encuentra hospitalizado o está jubilado, usted no es elegible para los beneficios de Account Assure debido a su situación actual; sin embargo, usted podrá acceder a otros beneficios sobre la base de eventos futuros.

## H. Comunicación con nosotros

### Comunicación con usted respecto al uso de su Cuenta

Si necesitamos comunicarnos con usted para administrar su Cuenta o cobrar los montos que nos adeuda, nos otorga el consentimiento directo, así como a los administradores, agentes, contratistas independientes, contratistas, cobradores o agencias de cobranzas, y a cualquier persona a quien podamos venderle su Cuenta, para comunicarnos con usted de cualquier manera, por ejemplo llamando, enviando un mensaje de texto, o enviando un mensaje de correo electrónico a través de lo siguiente:

1. Su número móvil, terrestre, de texto o cualquier número que nos proporcione, que utilice para contactarnos o cualquier número que puede utilizar, o a cualquier otro dispositivo o servicio por el cual se le cobre por la llamada, incluidos, entre otros, Protocolo de Voz por Internet (Voice Over Internet Protocol, VOIP);
2. Cualquier dirección de correo electrónico que nos haya proporcionado a nosotros o a otra persona o compañía que ofrezca cualquier servicio relacionado con este Contrato;
3. Sistemas de marcación telefónica automatizada;
4. Mensajes de voz pregrabados o artificiales y cualquier otro tipo de comunicación.

También acuerda que estas comunicaciones no son indeseadas a los efectos de cualquier ley estatal o federal, y comprende que las comunicaciones podrían ocasionar cargos adicionales de telefonía móvil, mensajes de texto, datos u otros cargos.

### Supervisión telefónica

- Para brindarle un servicio de alta calidad, supervisamos y/o grabamos las comunicaciones telefónicas con nosotros.
- Usted acuerda que supervisamos y/o grabamos cualquier llamada telefónica entre usted y nosotros.
- Informe a todos los titulares de tarjeta autorizados acerca de esta disposición, lo que incluye a cualquier persona que actúe en su nombre o realice pagos en esta Cuenta.

### Comunicación en otros idiomas diferentes al inglés

Usted acepta recibir todas las comunicaciones y correspondencia relacionadas con su cuenta en inglés. Nosotros podemos, a nuestro criterio, comunicarnos con usted o brindarle documentos traducidos en un idioma diferente al inglés. Tales comunicaciones o documentos se proporcionan únicamente como cortesía. En cualquier momento, podemos dejar de comunicarnos con usted en idiomas diferentes al inglés o brindarle documentos traducidos. Si bien hemos intentado garantizar la precisión de nuestras traducciones, nos responsabilizamos por las inexactitudes en la traducción ni los malentendidos que surjan como consecuencia de las diferencias en el dialecto o uso del idioma. En caso de que existan contradicciones entre la versión en inglés y la traducción, prevalecerá la versión en inglés.

### Residentes de Wisconsin:

Si está casado, comuníquese con nosotros de inmediato al recibir el presente Contrato al 1-844-271-2708 (TDD/TTY 1-888-819-1918) y proporcione el nombre y la dirección de su cónyuge. Se nos exige informarle a su cónyuge que hemos abierto una cuenta de crédito para usted.

### Notificaciones de quiebra:

Toda notificación de quiebra y correspondencia relevante para Comenity Capital Bank debe enviarse a la siguiente dirección: Comenity Capital Bank, Departamento de Quiebras, PO Box 183043, Columbus, Ohio 43218-3043.

## I. Arbitraje y renuncia al juicio por jurado

### A. Renuncia al juicio por jurado

EN LA MEDIDA PERMITIDA POR LA LEY, USTED Y NOSOTROS RENUNCIAMOS A TODO DERECHO AL JUICIO POR JURADO EN EL CASO DE QUE SURJA UN LITIGIO DE ESTE ACUERDO O EN RELACIÓN CON EL MISMO. ESTA RENUNCIA AL JUICIO POR JURADO NO AFECTARÁ LA

DISPOSICIÓN SOBRE EL ARBITRAJE A CONTINUACIÓN (INCLUIDA LA RENUNCIA AL JUICIO POR JURADO CONTENIDA EN LA MISMA). USTED Y NOSOTROS DECLARAMOS QUE LA PRESENTE RENUNCIA SE OTORGA A SABIENDAS, CON CONOCIMIENTO Y VOLUNTARIAMENTE.

**B. Notificación y subsanación**

Antes de entablar una demanda o iniciar un arbitraje con respecto a una reclamación surgida de o relacionada con el presente Contrato (conforme se define a continuación, una "Reclamación"), la parte que afirma la Reclamación (el "Demandante") proporcionará a la otra parte (el "Demandado") una notificación por escrito sobre la Reclamación (una "Notificación de reclamación") y una oportunidad razonable, no menos de 30 días, de resolver la Reclamación. Se le enviará toda Notificación de reclamación por escrito a la dirección que tengamos en nuestros registros (o cualquier dirección actualizada que nos suministre posteriormente). Toda Notificación de reclamación para nosotros se enviará por correo a Comenity Capital Bank, PO Box 182436, Columbus, Ohio 43218-2436 (o cualquier dirección actualizada que nos suministre posteriormente). Toda Notificación de reclamación que nos envíe debe proporcionar su nombre, dirección y número de cuenta. Toda Notificación de reclamación debe explicar la naturaleza de la Reclamación y la medida de reparación que se exige. Usted solamente puede enviar una Notificación de reclamación a su nombre y no en nombre de cualquier otra parte. Ninguna otra parte, excepto un abogado que haya contratado personalmente, puede enviar una Notificación de reclamación a su nombre. El Demandante debe colaborar razonablemente brindando toda información sobre la Reclamación que la otra parte solicite de manera razonable.

**C. Disposición sobre el arbitraje**

LEA ATENTAMENTE ESTA DISPOSICIÓN SOBRE ARBITRAJE. SI NO RECHAZA ESTA DISPOSICIÓN SOBRE EL ARBITRAJE DE CONFORMIDAD CON EL PÁRRAFO C.1. A CONTINUACIÓN, ESTA FORMARÁ PARTE DEL PRESENTE CONTRATO Y TENDRÁ UN IMPACTO SUSTANCIAL EN LA MANERA EN QUE USTED O NOSOTROS RESOLVEREMOS LAS RECLAMACIONES QUE USTED O NOSOTROS TENGAMOS EN CONTRA DEL OTRO, EN EL PRESENTE O EN EL FUTURO.

**1. Su derecho al rechazo:** Si no desea que se aplique la presente Disposición sobre el arbitraje (y cualquier otro contrato de arbitraje previo entre usted y nosotros ["Contrato de arbitraje previo"]), puede rechazarla enviándonos una notificación de rechazo por escrito que proporcione el nombre de cada titular de tarjeta y contenga una declaración de usted (ambos de ustedes, si es más de una persona) rechaza la Disposición sobre el arbitraje del presente Contrato. Debe enviarnos esta notificación de rechazo a Comenity Capital Bank, PO Box 182422, Columbus, Ohio 43218-2422. La notificación de rechazo es efectiva únicamente si usted la firma (todos ustedes, en caso de ser más de una persona) y si la recibimos en el plazo de treinta (30) días calendario posteriores a la fecha en que le hayamos proporcionado un contrato de tarjeta de crédito o una notificación escrita que establezca su derecho a rechazar la Disposición sobre el arbitraje. Su rechazo de esta Disposición sobre el arbitraje no afectará ninguna otra disposición del presente Contrato ni su capacidad de obtener un crédito.

**2. Partes sometidas al arbitraje:** únicamente conforme se utiliza en esta Disposición sobre el arbitraje (y no en ninguna otra parte del presente Contrato), los términos "nosotros", "nos" y "nuestro" hacen referencia a (a) Comenity Capital Bank, cualquier compañía matriz, filial o afiliada del Banco y a los empleados, ejecutivos y directores de tales compañías (las "Partes del banco"); y (b) cualquier otra persona o compañía que preste algún servicio con respecto al presente Contrato si afirma una Reclamación contra dicha otra persona o compañía al mismo tiempo que afirma una Reclamación entre alguna Parte del banco.

**3. Reclamaciones cubiertas:** el término "Reclamación" hace referencia a cualquier reclamación, disputa o controversia entre usted y nosotros que surja de o se relacione de alguna manera al presente Contrato, la Cuenta, la emisión de alguna Tarjeta, algún programa de recompensas, y cualquier contrato o cuenta anterior. El término "Reclamación" incluye las disputas que surjan de acciones u omisiones previas a la fecha de que se le haya emitido alguna Tarjeta, lo que incluye la publicidad pertinente a, la solicitud de, o la aprobación de la Cuenta. "Reclamación" tiene el significado más amplio posible e incluye reclamaciones iniciales, contrarreclamaciones, reclamaciones cruzadas y reclamaciones de terceros. Incluye disputas basadas en contratos, agravios, derechos del consumidor, fraudes y otros agravios intencionales, constitución, ley, reglamentación, ordenanza, derecho consuetudinario y equidad (incluida toda reclamación por medidas cautelares o medidas de reparación declaratoria). El término "Reclamación" no incluye disputas sobre la validez, exigibilidad, aplicación o el alcance de la presente Disposición sobre el arbitraje ni ninguna parte de la misma (lo que incluye, entre otras, la prohibición contra demandas colectivas, procedimientos del procurador general privado y/o procedimiento de varias partes descritos en el Párrafo C.7 (la "Renuncia a las demandas colectivas"), la última oración del Párrafo C.13 y/o esta oración); todas las disputas deberán ser decididas por un tribunal y no por un árbitro. No obstante, cualquier disputa o argumento que concierna la validez o exigibilidad del Contrato en su totalidad deberán ser decididos por el árbitro, no por un tribunal.

**4. Inicio del arbitraje:** cualquiera de las partes podrá elegir el arbitraje con respecto a cualquier Reclamación, incluso si dicha parte ya ha entablado una demanda con respecto a una Reclamación diferente. El arbitraje se inicia proporcionando a la otra parte una exigencia escrita sobre el arbitraje. No elegiremos arbitrar una Reclamación individual que usted inicie en nuestra contra ante un tribunal de demandas menores o en un tribunal equivalente de su estado, si lo hubiera. Pero si la Reclamación es transferida, retirada o apelada en un tribunal distinto, tenemos derecho a optar por el arbitraje.

**5. Elección del Administrador:** "Administrador" hace referencia a la Asociación Americana de Arbitraje (American Arbitration Association, "AAA"), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org; JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com; o cualquier otra compañía elegida por las partes de mutuo acuerdo. Si tanto la AAA como JAMS no pueden o no desean desempeñarse y las partes no pueden seleccionar un Administrador de mutuo consentimiento, el Administrador será elegido por un tribunal. El árbitro será designado por el Administrador de conformidad con las normas del Administrador. No obstante, el árbitro debe ser un juez o abogado jubilado o anterior con al menos 10 años de experiencia. Usted elige al Administrador si no proporciona notificación por escrito de su selección, ya sea junto con su notificación que usted está eligiendo arbitrar cualquier Reclamación, o dentro de los 20 días posteriores a que le notifiquemos sobre nuestra opción de arbitrar cualquier Reclamación o si usted impugna nuestro derecho a requerir el arbitraje de la Reclamación, dentro de los 20 días posteriores a la resolución final de dicha disputa). Si no elige al Administrador a tiempo, nosotros lo haremos. Sin perjuicio de que algún texto en esta Disposición sobre el arbitraje pueda establecer lo contrario, ningún arbitraje puede ser realizado sin el consentimiento de todas las partes que intervienen en el arbitraje por cualquier Administrador que tenga establecimiento una política formal o informal que pretenda derogar la Renuncia a las demandas colectivas.

**6. Prohibición del tribunal y el jurado; otras limitaciones sobre los derechos legales:** SI USTED O NOSOTROS OPTAMOS POR SOMETER UNA RECLAMACIÓN AL ARBITRAJE, USTED NO TENDRÁ EL DERECHO DE PRESENTAR ESA RECLAMACIÓN ANTE UN TRIBUNAL NI DE SOLICITAR QUE UN JURADO DECIDA CON RESPECTO A TAL RECLAMACIÓN. ADEMÁS, SU CAPACIDAD PARA OBTENER INFORMACIÓN DE NOSOTROS Y DE PRESENTAR UNA APELACIÓN ESTÁ MÁS LIMITADA EN UN ARBITRAJE QUE EN UNA ACCIÓN JUDICIAL. TAMBIÉN ES POSIBLE QUE EN UN ARBITRAJE NO GOCE DE OTROS DERECHOS QUE TENDRÍA SI SE PRESENTARA ANTE UN TRIBUNAL.

**7. Prohibición contra ciertos procedimientos:** SI USTED O NOSOTROS OPTAMOS POR SOMETER UNA RECLAMACIÓN AL ARBITRAJE: (1) NI USTED NI NOSOTROS PODEMOS PARTICIPAR EN UNA DEMANDA COLECTIVA ANTE UN TRIBUNAL NI EN UN ARBITRAJE COLECTIVO, YA SEA COMO DEMANDANTE, DEMANDADO O COMO MIEMBRO DE LA DEMANDA COLECTIVA; (2) NI USTED NI NOSOTROS PODEMOS DESEMPEÑARNOS COMO PROCURADOR GENERAL PRIVADO EN UN TRIBUNAL O EN UN ARBITRAJE; (3) LAS RECLAMACIONES ENTABLADAS POR USTED O EN SU CONTRA NO PUEDEN SER AGREGADAS O CONSOLIDADAS CON OTRAS RECLAMACIONES ENTABLADAS POR O CONTRA ALGUNA OTRA PERSONA; Y (4) EL ÁRBITRO NO TENDRÁ NINGUNA AUTORIDAD PARA LLEVAR A CABO UN ARBITRAJE COLECTIVO, UN ARBITRAJE CON UN PROCURADOR GENERAL PRIVADO O UN ARBITRAJE CON VARIAS PARTES.

**8. Lugar y gastos del arbitraje:** cualquier audiencia de arbitraje a la que usted asista se llevará a cabo en un lugar razonablemente conveniente para usted. Pagaremos cualesquiera y todos los honorarios del Administrador y/o árbitro si la ley vigente así lo requiere, si prevalece en el arbitraje o si debemos afrontar dichos honorarios para que se cumpla con esta Disposición sobre el arbitraje. Si exige un arbitraje, pagaremos sus honorarios razonables de abogados y peritos, si prevalece en el arbitraje o si debemos afrontar dichos honorarios para que se cumpla con esta Disposición sobre el arbitraje. Además, asumiremos todos los honorarios que nos exige la ley aplicable.

**9. Ley vigente:** esta Disposición sobre el arbitraje involucra el comercio interestatal y se rige por la Ley Federal de Arbitraje, título 9 del Código de los Estados Unidos §§ 1-16 (Federal Arbitration Act, "FAA"), y por ninguna ley estatal de arbitraje. El árbitro debe aplicar la ley sustantiva aplicable consistente con la FAA, las leyes de prescripción aplicables y los reclamos de privilegio reconocidos conforme a derecho. El árbitro está autorizado a otorgar todas las medidas de reparación permitidas por la ley sustantiva que se aplicarían si la acción estuviera pendiente en el tribunal (inclusive, entre otros, daños punitivos, que estarán regidos por las Normas constitucionales empleadas por los tribunales). Ante la solicitud oportuna de cada una de las partes, el árbitro deberá proporcionar una breve explicación escrita del fundamento del laudo arbitral.

**10. Derecho al término probatorio:** además del derecho de las partes al término probatorio conforme a las normas de arbitraje del Administrador, cualquiera de las partes puede presentar una solicitud por escrito al árbitro para ampliar el alcance del término probatorio normalmente permitido, conforme a las normas de arbitraje del Administrador. El árbitro tendrá discreción para conceder o denegar dicha solicitud.

**11. Resultado del arbitraje y el derecho de apelación:** se podrá dictar una sentencia basada en el laudo arbitral en cualquier tribunal competente. La decisión del árbitro es final y vinculante, excepto por cualquier derecho a apelar proporcionado por la FAA. Sin embargo, si el monto del Reclamo excede los $50,000 o implica una solicitud de medida cautelar o de reparación declaratoria que pudiera implicar previsiblemente un costo o un beneficio para cualquiera de las partes que exceda los $50,000, cualquiera de las partes podrá apelar el laudo, en el plazo de los 30 días posteriores al laudo del árbitro, ante un panel de tres árbitros nombrados por el Administrador. El panel reconsiderará cualquier aspecto del laudo inicial que haya solicitado la parte apelante. La decisión del panel deberá ser por voto mayoritario. La mención en esta Disposición sobre el arbitraje al "árbitro" se entenderá como el panel de árbitros si se ha decidido apelar la sentencia original del árbitro. Los gastos de dicha apelación serán asumidos de conformidad con el Párrafo C.8. anterior.

**12. Normas de interpretación:** esta Disposición sobre el arbitraje permanecerá en vigor después del pago de todos los montos adeudados conforme al presente Contrato, cualquier procedimiento legal y cualquier quiebra, en la medida en que sea consistente con la ley de quiebras aplicable. Sin embargo, ante la eventualidad de un conflicto o una contradicción entre esta Disposición sobre el arbitraje, y las reglas de arbitraje que pudieran ser aplicables o las demás cláusulas del Contrato, regirá la presente Disposición sobre el arbitraje. Esta Disposición sobre el arbitraje reemplaza a cualquier contrato de arbitraje previo.

**13. Nulidad parcial:** si una parte de esta Disposición sobre el arbitraje, que no sea la Renuncia a las demandas colectivas, se considera inválida o inaplicable, las partes restantes seguirán teniendo, independientemente de ello, pleno vigor. Si se determina que la Renuncia a las demandas colectivas no es aplicable, solo esta oración de la Disposición sobre el arbitraje permanecerá vigente y el resto de las disposiciones serán nulas y sin efecto, siempre que la determinación con respecto a la Renuncia a las demandas colectivas esté sujeta a apelación.

**14. Pago especial:** si (1) envía una Notificación del reclamación de acuerdo con el Párrafo B en su nombre (y no en nombre de cualquier otra parte); (2) nos rehusamos a proporcionarle la medida de reparación que solicita; y (3) un árbitro determina posteriormente que usted tenía derecho a recibir dicha medida de reparación (o una superior), el árbitro le otorgará por lo menos $5,100 (sin incluir los honorarios de arbitraje y los costos y honorarios de los abogados a los que pueda tener derecho).

# EXHIBIT B



*Declare your* **diamond** *kind of* love.

PAGE OF 4

## Summary of account activity

Account no. ████████-2979

| | |
|---|---|
| Previous balance | $1,421.95 |
| Payments | -50.00 |
| Other credits | 0.00 |
| Purchases | 0.00 |
| Other debits | 1.40 |
| Fees charged | 0.00 |
| Interest charged | 34.37 |
| **New balance** | **$1,407.72** |
| Past due amount | 0.00 |
| Credit limit | $1,950.00 |
| Available credit | $542.28 |
| Statement closing date | 04/17/2016 |
| Days in billing cycle | 30 |

## Payment information

| | |
|---|---|
| New balance | $1,407.72 |
| Minimum payment due | $49.00 |
| Payment due date | 05/13/2016 |

**Late payment warning:**
If we do not receive your minimum payment by 05/13/2016 you may have to pay up to a $35.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 9 years | $3517 |
| $59 | 3 years | $2140 (savings $1377) |

For information regarding credit counseling services, call 1-800-284-1706.

Account Questions? Need to make a payment? Visit *comenity.net/zales* or call 1-844-271-2708 (TDD/TTY 1-888-819-1918). Want to stay in the know with credit tips and news? Visit us at facebook.com/askcomenity or at twitter.com/askcomenity.

## Zales Credit Card

| GET READY TO | MEET YOUR NEW | ZALES CREDIT CARD! |
|---|---|---|
| | | See inside for details |

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| 04/13/2016 | Zales PAYMENT - THANK YOU | -50.00 |
| 04/17/2016 | INSURANCE PREMIUM - SINGLE CREDIT LIFE $1.40 | 1.40 |

## Fees

| | |
|---|---|
| Total fees charged for this period | $0.00 |

## Interest charged

| | |
|---|---|
| Interest charge on purchases | $34.37 |
| Total interest for this period | $34.37 |

NOTICE: See reverse side for important information.
Please tear at perforation above

## ZALES
### THE DIAMOND STORE®

☐ **Yes,** I have moved or updated my e-mail address - see reverse.



| Account number | ████████-2979 |
|---|---|
| New balance | Minimum payment |
| **$1,407.72** | **$49.00** |

99 3

Amount enclosed:

Payment must reach us by 6 pm ET on **05/13/2016**.

$ _____

Please make check payable to:
COMENITY - Zales Jewelers

Please return this portion along with your payment to:
PO BOX 659819
SAN ANTONIO TX 78265-9119



EVALINA GONZALEZ

CHICAGO IL ████████



36201013  00037240  5780974033962979  000004900 000140772




ENDLESS
*Brilliance*®
MORE DIAMONDS. MORE SPARKLE.

# EXCLUSIVELY
## AT THE DIAMOND STORE®

Express your style with elegant
diamond jewelry set to create
spectacular sparkle.

Keep this portion for your records.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at: Comenity Capital Bank PO Box 182620, Columbus, Ohio 43218 2620. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in *writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (*Note:* Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Comenity Capital Bank PO Box 182620, Columbus, Ohio 43218 2620.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**HOW TO AVOID PAYING INTEREST.** Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin to charge interest on new purchases made under a Low APR, Equal Payment or Budget Payment Credit Plan from the date of purchase.

**PROMOTIONAL CREDIT PLAN TRANSACTION FEE.** If you make a purchase under a promotional Credit Plan, we add a transaction fee of $9.95 per transaction.

**BALANCE COMPUTATION METHOD.** We calculate interest separately for each type of balance on your account using a "Daily Balance" to determine interest charges for each billing period. We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases and fees, and subtract any payments or credits (treating any net credit balance as a zero balance). This gives us the daily balance.

**CREDIT REPORTING.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**NOTICE OF CREDIT REPORT DISPUTES**

If you believe the account information reported to a consumer reporting agency is inaccurate, you may submit a direct dispute to Comenity Capital Bank PO Box 182120, Columbus, Ohio 43218 2120. Your written dispute must provide sufficient information to identify the account and specify why the information is inaccurate:

- *Account Information:* our name and account number
- *Contact Information:* Your address and telephone number
- *Disputed Information:* Identify the account information disputed and explain why you believe it is inaccurate
- *Supporting Documentation:* If available, provide a copy of the section of the credit report showing the account information you are disputing

We will investigate the disputed information and report the results to you within 30 days of receipt of the information needed for our investigation. If we find that the account information we reported is inaccurate, we will promptly provide the necessary correction to each consumer reporting agency to which we reported the information.

**PAYMENTS MARKED "PAID IN FULL".** All written communications regarding disputed amounts that include any check or other payment instrument marked with "payment in full" or similar language, must be sent to: 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247 5004.

**DO NOT USE THE ENCLOSED REMITTANCE ENVELOPE.**

We may accept payment sent to any other address without losing any of our rights.

No payment shall operate as an accord and satisfaction without prior written approval.

**CUSTOMER SERVICE .** Visit comenity.net/zales or call 1 844 271 2708 (TDD/TTY 1 888 819 1918).

**TELEPHONE MONITORING.** To provide you with high quality service, phone communication with us is monitored and/or recorded.

**ADDITIONAL INFORMATION .** The following designations, when appearing on the front of your statement, mean the following: V means variable rate (this rate may vary); WV INT PAY RQ means WAIVE INTEREST, PAYMENT REQUIRED; WV INT EQ PY means WAIVE INTEREST, EQUAL PAYMENT; WV INT LOW PMT means WAIVE INTEREST, LOW PAYMENT; DF INT PY RQ means DEFER INTEREST, PAYMENT REQUIRED; DEF INT EQ PY means DEFER INTEREST, EQUAL PAYMENT; DFI INT LOW PMT means DEFER INTEREST, LOW PAYMENT and LOW APR EQ PAY means LOW APR, EQUAL PAYMENT. If you have a variable rate account, your periodic rates may vary. You may pay all of your Account balance at any time without penalty.

Send all inquiries to: **CUSTOMER SERVICE, PO Box 183003, Columbus, Ohio 43218 3003.**

Send all bankruptcy notices and related correspondence to Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, Ohio 43218 3043.

Si necesita ayuda en Espanol, contactenos a nuestros centros de atencion 1 844 271 2708 (TDD/TTY 1 888 819 1918).

**NOTICE ABOUT ELECTRONIC CHECK CONVERSION.** When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**PAYMENTS.** Pay your Account by the payment due date by the time listed below. If we do not receive your payment in a correct format (outlined below) it may not be credited to your Account for up to five days, or may be rejected. Also, your payment must reach us by the payment cutoff time that applies to the payment method you select.

**Correct Format.** Correct format for different payment methods include:
*Mailing or Overnight:* Send a personal check, money order, traveler's check or cashier s check payable in U.S. dollars, to the name and address shown on this Statement in the payment stub area containing your balance and minimum payment amount. Be sure to include your payment stub, do not staple or clip your payment to the stub, include your account number on your check, use the envelope provided with your Statement, send one payment with one payment stub and do not send any correspondence with your payment. You should overnight a payment to 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247 5004 and the additional format requirements are the same as other mailed payments unless there is a dispute, in which case you follow the Payments Marked "Paid In Full" section above. Do not send cash or gift certificates. *Pay By Phone:* You can call us toll free at 1 844 271 2708 (TDD/TTY 1 888 819 1918) to make a payment by telephone, which may include a fee. *Online:* You can make a payment online at comenity.net/zales. *In Store:* You can make payments in store.
**Payment Cutoff Times.** Payment cutoff times/deadlines for us to receive payments are by the due date on this Statement in the payment stub area at the following times: *Mailing and Overnight:* By 6:00 pm Eastern Time (ET); *Pay By Phone:* By 8:00 pm Eastern Time (ET); *Online:* By 8:00 pm (ET); and *In store:* By the time the store closes at the location you make your payment.

## New Information

Title (optional) _____ First Name _____ MI _____

Last Name _____ Soc. Sec. No. _____

Street Address _____

Apt. No. _____ RR _____ PO Box _____

City _____ State _____ Zip Code _____ Foreign Map Code _____

Home Phone _____ Work Phone _____

Email Address _____



| 2016 totals year to date | |
|---|---|
| Total fees charged in 2016 | $26.44 |
| Total interest charged in 2016 | $145.18 |

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 29.2400% (v) | 1,430.24 | 34.37 |

## Additional important messages

Please be advised that if there are two or more Insurance Premiums listed, this is because you are participating in more than one promotional plan. The total provided in the "Details of your transactions" section correctly reflects the sum of your insurance premium based on the current outstanding balance.

Fee of up to $15.00 will be charged for expedited payments by phone.

Please be advised that the Credit Card Agreement governing your account provides for a Returned Payment Fee of up to $35 if a check or other payment on your account is returned unpaid. While in the past this fee may have been waived at times, this fee will be charged for payments returned on or after February 29, 2016.

How can you take charge against ID Theft? Visit idtheft.gov to find out.



### Paying on your account is as easy as 1-2-3!

✉ Mail payment to: Comenity Capital Bank PO BOX 659819, SAN ANTONIO, TX 78265 9119

📱 Call to schedule a same day payment* 1 844 271 2708 (TDD/TTY: 1 800 695 1788).

🖱 To register or sign in your Account Center visit:
comenity.net/zales

*An expedited payment fee up to $9 may apply for same-day payments made with a representative.

## ZERO DOWN
### 6 MONTHS SPECIAL FINANCING

Promotional financing available with Zales, Gordon's Jewelers and Piercing Pagoda Credit Card Accounts. $150 minimum purchase and minimum monthly payments are required. See store for details. Subject to credit approval and availability. Account must be in good standing at time of transaction.

36201013   00037241   5780974033962979   000004900 000140772

# EXHIBIT C

## Visit our Payment Help Center at comenity.net/paymenthelp to schedule a payment for the minimum due and bring your account current.

### Summary of account activity

| | |
|---|---|
| Account no. | [redacted]-2979 |
| Previous balance | $1,787.04 |
| Payments | 0.00 |
| Other credits | 0.00 |
| Purchases | 0.00 |
| Other debits | 0.00 |
| Fees charged | 37.00 |
| Interest charged | 45.10 |
| **New balance** | **$1,869.14** |
| Past due amount | 340.55 |
| Credit limit | $0.00 |
| Available credit | $0.00 |
| Statement closing date | 10/18/2016 |
| Days in billing cycle | 31 |

### Payment information

| | |
|---|---|
| New balance | $1,869.14 |
| Minimum payment due | $408.55 |
| Payment due date | 11/13/2016 |

**Late payment warning:**
If we do not receive your minimum payment by 11/13/2016 you may have to pay up to a $37.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 11 years | $4757 |
| $78 | 3 years | $2816 (savings $1941) |

For information regarding credit counseling services, call 1-800-284-1706.

### Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| **Fees** | | |
| 10/13/2016 | LATE FEE | 37.00 |
| | **Total fees charged for this period** | **$37.00** |
| **Interest charged** | | |
| | **Interest charge on purchases** | **$45.10** |
| | **Total interest for this period** | **$45.10** |

| **2016 totals year to date** | |
|---|---|
| Total fees charged in 2016 | $247.61 |
| Total interest charged in 2016 | $383.96 |

### Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account. See BALANCE COMPUTATION METHOD on page 2 for more details.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases prior to 06/15/2016 | 29.2400% (v) | 1,689.61 | 41.96 |
| Purchases | 29.2400% (v) | 126.24 | 3.14 |

### Additional important messages

We would sincerely like to help you resolve this matter, yet our previous efforts to work with you have gone unanswered. This is your final opportunity. Unless we hear from you soon, we will permanently close your account and write it off as a bad debt. Your account will then be turned over to our Recovery team and reviewed by one of our Recovery Specialists. Visit our online Payment Help Center today at comenity.net/paymenthelp to schedule your payment to bring your account up to date or call

(CONTINUED)

NOTICE: See reverse side for important information.

Please tear at perforation above

ZALES
THE DIAMOND STORE®

| Account number | [redacted]-2979 |
|---|---|
| New balance | Minimum payment |
| **$1,869.14** | **$408.55** |

99 4

Yes, I have moved or updated my e-mail address - see reverse.

**Amount enclosed:** Payment must reach us by 6 pm ET on **11/13/2016.**

$

Please make check payable to:
COMENITY - Zales Jewelers

EVALINA GONZALEZ
[redacted]
CHICAGO IL [redacted]

Please return this portion along with your payment to:
PO BOX 659819
SAN ANTONIO TX 78265-9119

36201013 00028387 5780974033962979 000040855 000186914

Keep this portion for your records.

## What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at: Comenity Capital Bank PO Box 182620, Columbus, Ohio 43218 2620. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (*Note:* Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Comenity Capital Bank PO Box 182620, Columbus, Ohio 43218 2620.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**HOW TO AVOID PAYING INTEREST.** Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin to charge interest on new purchases made under a Low APR, Equal Payment or Budget Payment Credit Plan from the date of purchase.

**PROMOTIONAL CREDIT PLAN TRANSACTION FEE.** If you make a purchase under a promotional Credit Plan, we add a transaction fee of $9.95 per transaction.

**BALANCE COMPUTATION METHOD.** We calculate interest separately for each type of balance on your account using a "Daily Balance" to determine interest charges for each billing period. We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new purchases and fees, and subtract any payments or credits (treating any net credit balance as a zero balance). This gives us the daily balance.

**CREDIT REPORTING.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## NOTICE OF CREDIT REPORT DISPUTES

If you believe the account information reported to a consumer reporting agency is inaccurate, you may submit a direct dispute to Comenity Capital Bank  PO Box 182120, Columbus, Ohio 43218 2120. Your written dispute must provide sufficient information to identify the account and specify why the information is inaccurate:

- *Account Information:*   our name and account number
- *Contact Information:*  Your address and telephone number
- *Disputed Information:*  Identify the account information disputed and explain why you believe it is inaccurate
- *Supporting Documentation:*  If available, provide a copy of the section of the credit report showing the account information you are disputing

We will investigate the disputed information and report the results to you within 30 days of receipt of the information needed for our investigation. If we find that the account information we reported is inaccurate, we will promptly provide the necessary correction to each consumer reporting agency to which we reported the information.

**PAYMENTS MARKED "PAID IN FULL".**  All written communications regarding disputed amounts that include any check or other payment instrument marked with "payment in full" or similar language, must be sent to: 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247 5004.

**DO NOT USE THE ENCLOSED REMITTANCE ENVELOPE.**

We may accept payment sent to any other address without losing any of our rights.

No payments shall operate as an accord and satisfaction without prior written approval.

**CUSTOMER SERVICE .** Visit comenity.net/zales or call 1 844 271 2708 (TDD/TTY 1 888 819 1918).

**TELEPHONE MONITORING.**  To provide you with high quality service, phone communication with us is monitored and/or recorded.

**ADDITIONAL INFORMATION .**  The following designations, when appearing on the front of your statement, mean the following: V means variable rate (this rate may vary); WV INT PAY RQ means WAIVE INTEREST, PAYMENT REQUIRED; WV INT EQ PY means WAIVE INTEREST, EQUAL PAYMENT; WV INT LOW PMT means WAIVE INTEREST, LOW PAYMENT; DF INT PY RQ means DEFER INTEREST, PAYMENT REQUIRED; DEF INT EQ PY means DEFER INTEREST, EQUAL PAYMENT; DF INT LOW PMT means DEFER INTEREST, LOW PAYMENT and LOW APR EQ PAY means LOW APR, EQUAL PAYMENT. If you have a variable rate account, your periodic rates may vary. You may pay all of your Account balance at any time without penalty.

Send all inquiries to: CUSTOMER SERVICE, PO Box 183003, Columbus, Ohio 43218 3003.

Send all bankruptcy notices and related correspondence to Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, Ohio 43218 3043.

Si necesita ayuda en Espanol, contactenos a nuestros centros de atencion 1 844 271 2708 (TDD/TTY 1 888 819 1918).

**NOTICE ABOUT ELECTRONIC CHECK CONVERSION.**  When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**PAYMENTS.** Pay your Account by the payment due date by the time listed below. If we do not receive your payment in a correct format (outlined below) it may not be credited to your Account for up to five days, or may be rejected. Also, your payment must reach us by the payment cutoff time that applies to the payment method you select.

**Correct Format.** Correct format for different payment methods include:
*Mailing or Overnight:* Send a personal check, money order, traveler's check or cashier s check payable in U.S. dollars, to the name and address shown on this Statement in the payment stub area containing your balance and minimum payment amount. Be sure to include your payment stub, do not staple or clip your payment to the stub, include your account number on your check, use the envelope provided with your Statement, send one payment with one payment stub and do not send any correspondence with your payment. You should overnight a payment to 6550 North Loop 1604 East, Suite 101, San Antonio, TX 78247 5004 and the additional format requirements are the same as other mailed payments unless there is a dispute, in which case you follow the Payments Marked 'Paid In Full' section above. Do not send cash or gift certificates. *Pay By Phone:* You can call us toll free at 1 844 271 2708 (TDD/TTY 1 888 819 1918) to make a payment by telephone, which may include a fee. *Online:* You can make a payment online at comenity.net/zales.
*In Store:* You can make payments in store.
**Payment Cutoff Times.** Payment cutoff times/deadlines for us to receive payments are by the due date on this Statement in the payment stub area at the following times: *Mailing and Overnight:* By 6:00 pm Eastern Time (ET); *Pay By Phone:* By 8:00 pm Eastern Time (ET); *Online:* By 8:00 pm (ET); and *In store:* By the time the store closes at the location you make your payment.

### New Information

Title (optional) _____  First Name _____  MI _____

Last Name _____  Soc. Sec. No. _____

Street Address _____

Apt. No. _____  RR _____  PO Box _____

City _____  State _____  Zip Code _____  Foreign Map Code _____

Home Phone _____  Work Phone _____

Email Address _____

**Additional important messages   continued**

1 844 271 2732 (TDD/TTY 1 888 819 1918) to make a payment over the phone or discuss payment options.

Please be advised that if there are two or more Insurance Premiums listed, this is because you are participating in more than one promotional plan. The total provided in the "Details of your transactions" section correctly reflects the sum of your insurance premium based on the current outstanding balance.

Fee of up to $15.00 will be charged for expedited payments by phone.

Please be advised that the Credit Card Agreement governing your account provides for a Returned Payment Fee of up to $35 if a check or other payment on your account is returned unpaid. While in the past this fee may have been waived at times, this fee will be charged for payments returned on or after February 29, 2016.

Protect yourself against mail and phone consumer fraud.
http://about.usps.com/publications/pub281/welcome.htm



# EXHIBIT D

## EXHIBIT A

### BILL OF SALE

Comenity Capital Bank ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated September 9, 2016 between Seller and Midland Funding LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the Closing Date of November 29, 2016 all rights, title and interest of Seller in and to those Charged-off Accounts described in Exhibit 1 (Asset Schedule) attached hereto and made part hereof for all purposes.

The information contained in the Sale File (collectively, "Seller's Accounts Information") is true and complete as of the Closing Date. Further, all of the information contained in Seller's Accounts Information (a) constitutes Seller's own business records regarding the Accounts and (b) accurately reflects in all material respects the information about the Accounts in Seller's possession. All of Seller's Accounts Information has been kept in the regular course of Seller's business, and was made or compiled at or near the time of the event and recorded by (or from information transmitted by) a person (i) with knowledge of the data entered into and maintained in Seller's business records, or (ii) who caused the data to be entered into and maintained in Seller's business records.



Amounts due to Seller by Purchaser hereunder shall be paid in U.S. Dollars by a wire transfer to be received by Seller on November 29, 2016 (the "Closing Date") by 5:30 p.m. Eastern Time, as follows:



This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

COMENITY CAPITAL BANK

By: _____

Date: 11-27-16

Title: President

MIDLAND FUNDING LLC

By: _____

Date: 12|5|16

Title SVP, Bus. Dev.

# EXHIBIT 1 TO BILL OF SALE

## ASSET SCHEDULE

The individual Charged-off Accounts transferred pursuant to the Credit Card Account Purchase Agreement and Bill of Sale are described in the electronic file named ▮▮▮▮▮▮▮▮▮▮ delivered by Comenity Capital Bank to Midland Funding LLC on November 21, 2016 and summarized in the table immediately below (the "Sale File").

| Lot | Sale ID | # of Charged-off Accounts | Aggregate Unpaid Balance | Percent | File Creation Date |
|-----|---------|---------------------------|--------------------------|---------|--------------------|
|     |         |                           |                          |         |                    |

## PORTFOLIO LEVEL AFFIDAVIT OF SALE BY ORIGINAL CREDITOR

STATE OF: UTAH
COUNTY OF: SALT LAKE

I, Andrea J. Moss, being duly sworn, deposes and says:

1.    I am over 18 and not a party to this action. I am President of Comenity Capital Bank. In that capacity, I am a custodian of certain books and records of Comenity Capital Bank and certain of its subsidiaries and affiliates (altogether, "Seller"), and am aware of the process of the sale and assignment of electronically stored business records.

2.    Comenity Capital Bank owns certain accounts, and maintains and records information in the records as they relate to such accounts. I am authorized to make the statements and representations set forth in this affidavit on behalf of Comenity Capital Bank. The statements set forth herein are true and correct to the best of my knowledge, information, and belief, based on either personal knowledge or review of the business records of Seller.

3.    As a custodian of records for Comenity Capital Bank my duties include having knowledge of, and access to, business records relating to the Accounts (as defined below). These records are kept by Comenity Capital Bank in the regular course of business, and it was in the regular course of business of Comenity Capital Bank, for an employee or representative with personal knowledge of the act, event, condition, or opinion recorded to make memorandum or records or to transmit information thereof to be included in such memorandum or records; and that the records were made at or near the time of the act and/or event recorded or reasonably soon thereafter.

4.    On or about 11/29/16, Comenity Capital Bank, Seller sold (or caused to be sold) a pool of charged-off accounts (the "Accounts") to Midland Funding, LLC ("Buyer"). Pursuant to the sale, Seller sold, transferred, assigned, conveyed, granted, bargained, set over and delivered to Buyer and its successors and assigns, good and marketable title to the Accounts and any unpaid balance free and clear of any encumbrance, equity, lien, pledge, charge, claim or security interest. I am not aware of any errors in the Accounts.

5.    In connection with the sale of the Accounts, electronic and other records were transferred to or otherwise made available to the Buyer (the "Transferred Records"). The Transferred Records are kept by Comenity Capital Bank in the regular course of business, and it was in the regular course of business of Comenity Capital Bank for an employee or representative with personal knowledge of the act, event, condition, or opinion recorded to make memorandum or records or to transmit information thereof to be included in such memorandum or records; and that the records were made at or near the time of the act and/or event recorded or reasonably soon thereafter. To the extent that the Transferred Records include records that were prepared by a third party, they are records that were incorporated into the records of Comenity Capital Bank as a business record and the accuracy of such records are relied upon by Comenity Captial Bank in the regular course of business.

6. The above statements are true to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

Signed this  22nd  day of  NOVEMBER , 20$_{16}$.

Andrea J. Moss (AFFIANT NAME)
Comenity Capital Bank

Subscribed and sworn to before me this  22  day of  NOVEMBER , 201_16, by Andrea J. Moss , an employee of Comenity Capital Bank

Notary Public

TRAVIS BETENSON
Notary Public
State of Utah
Comm. No. 686391
My Comm. Expires Dec 12, 2019

## CERTIFICATE OF CONFORMITY

STATE OF UTAH
CITY OF SALT LAKE

The undersigned does hereby certify that he/she is an attorney at law duly admitted to practice in the State of Utah and is a resident of Draper, Salt Lake County, Utah; that he/she is a person duly qualified to make this certificate of conformity; that the foregoing acknowledgment by Andrea J. Moss named in the foregoing instrument taken before Travis Betenson a notary in the State of Utah duly conforms with the laws of the State of Utah, being the State in which it was taken; and when executed by Ms. Moss in the manner indicated will qualify as a valid and effective sworn statement in such state.

11/22/2016
Date

Attorney at law for the State of Utah

DM 149744