# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIELA RAMIREZ, FIDELA AVINA, RUEL NIETO, KATHERINE RANOS, and EVALINA GONZALEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC.,<br><br>Defendants. | Case No. 1:17-cv-02626<br><br>Judge: Jorge L. Alonso<br><br>Magistrate Judge: Susan E. Cox |

## AFFIDAVIT OF MICHAEL BURGER IN SUPPORT OF MIDLAND FUNDING, LLC'S MOTION татаR COMPEL ARBITRATION

**BEFORE ME**, the undersigned authority, personally appeared the herein named Affiant, who, being by me duly sworn, deposed as follows:

1. I am over 18 years of age and fully competent and authorized to make this Affidavit on behalf of Midland Funding, LLC ("Midland Funding"), Midland Credit Management, Inc. ("MCM") and Encore Capital Group, Inc. ("Encore"). If called as a witness I could and would testify competently to the matters set forth herein.

2. I currently hold the position of Director, Legal Collections Operations for Midland Credit Management, Inc. ("MCM"). MCM is the servicer and authorized agent for Midland Funding and manages the debt that is owned by Midland Funding. In my capacity as Director, Legal Collections Operations for MCM, I am responsible for, among other things, maintaining and overseeing "media," *e.g.*, the loan agreements, debt collection records and other account information pertaining to accounts and debt that MCM manages for Midland Funding. I am familiar with the recordkeeping practices and policies of MCM and Midland Funding, and make this Affidavit of my

301067321v1 0997515

own personal knowledge or upon my review of the records of MCM, which are maintained in the ordinary course of business.

3. Some of the business records I reviewed, including some of the business records attached hereto, were created by businesses other than MCM. On information and believe, all of these records were made by, or from information transmitted by a person with knowledge of the event described therein, at or near the time of the event described, were kept in the ordinary course of the regularly conduct business activity of such persons, and it is the regular practice of those business activities to make and rely upon such records. These records have been incorporated into the business records of MCM and are routinely relied upon by MCM in conducting its business.

4. Midland Funding was assigned Evalina Gonzalez's debt from Comenity Capital Bank ("Comenity Bank"), and MCM serviced Plaintiff's debt for Midland Funding. Records related to the Evalina Gonzalez's debt were made at or near the times of occurrence of the matters set forth by, or from information transmitted by, a person having knowledge of those matters reflected in such records. These records are kept in the course of business activity conducted by MCM. It is the regular practice of Midland Funding to make these records as part of its business activity. I make this statement from my own personal knowledge of the matters set forth herein, or based upon my review of the business records of MCM. If called as a witness, I could and would testify competently to the matters set forth in this affidavit.

5. In my capacity as Director, Legal Collections Operations, I have familiarity with, and first-hand knowledge of, the contents of various business records that Midland Funding obtained from Comenity Bank related to the Comenity Bank credit card account with the last four digits 2979 ("the Account") in the name of Evalina Gonzalez.

6. Pursuant to a November 29, 2016 Bill of Sale ("Bill of Sale"), Midland Funding purchased Evalina Gonzalez's charged-off debt from Comenity Bank as part of a portfolio of

charged-off Comenity Bank debts. Attached hereto as Exhibit A is a redacted copy of the Bill of Sale pertaining to Comenity Bank's sale of the portfolio containing the Account to Midland Funding. Attached hereto as Exhibit B is a true and correct copy of the affidavit of sale of account by original creditor, further evidencing the sale of these charged-off debts to Midland Funding.

7. The information pertaining to this portfolio of charged-off debts was transferred to Midland Funding in a computerized form through a media file containing the information applicable to each of the charged-off debts.

8. Attached as Exhibit C is a redacted copy of the information in the media file identifying Evalina Gonzalez's debt as one of the purchased debts within the portfolio and statements received by Midland Funding from Comenity Bank.

9. Records that Midland Funding obtained from Comenity Bank indicate that on or about October 14, 2015, Evalina Gonzalez made her last purchase using the credit card related to the Account.

10. Records that Midland Funding obtained from Comenity Bank indicate that on or about April 13, 2016, Evalina Gonzalez made her final payment on the Account. Exhibit C. Records that Midland Funding obtained from Comenity Bank indicate that the Account was charged off on or about November 17, 2016, with an outstanding balance of $1,951.74. Exhibit C.

I, Michael Burger, declare and certify that I have read the foregoing Declaration and know its contents. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January, 2018

*[signature]*
Michael Burger
Director, Legal Collections Operations
Midland Credit Management, Inc.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Diego

Subscribed and sworn to (or affirmed) before me on this __30ᵀᴴ__ day of __January__, 2018 by __Michael Joseph Berger__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)   Signature _____

MARIA ELA
Notary Public – California
San Diego County
Commission # 2205742
My Comm. Expires Jul 17, 2021

4

# EXHIBIT A

EXHIBIT A

BILL OF SALE

Comenity Capital Bank ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated September 9, 2016 between Seller and Midland Funding LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the Closing Date of November 29, 2016 all rights, title and interest of Seller in and to those Charged-off Accounts described in Exhibit 1 (Asset Schedule) attached hereto and made part hereof for all purposes.

The information contained in the Sale File (collectively, "Seller's Accounts Information") is true and complete as of the Closing Date. Further, all of the information contained in Seller's Accounts Information (a) constitutes Seller's own business records regarding the Accounts and (b) accurately reflects in all material respects the information about the Accounts in Seller's possession. All of Seller's Accounts Information has been kept in the regular course of Seller's business, and was made or compiled at or near the time of the event and recorded by (or from information transmitted by) a person (i) with knowledge of the data entered into and maintained in Seller's business records, or (ii) who caused the data to be entered into and maintained in Seller's business records.



Amounts due to Seller by Purchaser hereunder shall be paid in U.S. Dollars by a wire transfer to be received by Seller on November 29, 2016 (the "Closing Date") by 5:30 p.m. Eastern Time, as follows:



This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

| COMENITY CAPITAL BANK | MIDLAND FUNDING LLC |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Date: 11-27-16 | Date: 12/5/16 |
| Title: President | Title: SVP, Bus. Dev. |

# EXHIBIT 1 TO BILL OF SALE

## ASSET SCHEDULE

The individual Charged-off Accounts transferred pursuant to the Credit Card Account Purchase Agreement and Bill of Sale are described in the electronic file named ▇▇▇▇ delivered by Comenity Capital Bank to Midland Funding LLC on November 21, 2016 and summarized in the table immediately below (the "Sale File").

| Lot | Sale ID | # of Charged-off Accounts | Aggregate Unpaid Balance | Percent | File Creation Date |
|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

# EXHIBIT B

## PORTFOLIO LEVEL AFFIDAVIT OF SALE BY ORIGINAL CREDITOR

STATE OF: UTAH
COUNTY OF: SALT LAKE

I, Andrea J. Moss, being duly sworn, deposes and says:

1. I am over 18 and not a party to this action. I am President of Comenity Capital Bank. In that capacity, I am a custodian of certain books and records of Comenity Capital Bank and certain of its subsidiaries and affiliates (altogether, "Seller"), and am aware of the process of the sale and assignment of electronically stored business records.

2. Comenity Capital Bank owns certain accounts, and maintains and records information in the records as they relate to such accounts. I am authorized to make the statements and representations set forth in this affidavit on behalf of Comenity Capital Bank. The statements set forth herein are true and correct to the best of my knowledge, information, and belief, based on either personal knowledge or review of the business records of Seller.

3. As a custodian of records for Comenity Capital Bank my duties include having knowledge of, and access to, business records relating to the Accounts (as defined below). These records are kept by Comenity Capital Bank in the regular course of business, and it was in the regular course of business of Comenity Capital Bank, for an employee or representative with personal knowledge of the act, event, condition, or opinion recorded to make memorandum or records or to transmit information thereof to be included in such memorandum or records; and that the records were made at or near the time of the act and/or event recorded or reasonably soon thereafter.

4. On or about 11/29/16, Comenity Capital Bank, Seller sold (or caused to be sold) a pool of charged-off accounts (the "Accounts") to Midland Funding, LLC ("Buyer"). Pursuant to the sale, Seller sold, transferred, assigned, conveyed, granted, bargained, set over and delivered to Buyer and its successors and assigns, good and marketable title to the Accounts and any unpaid balance free and clear of any encumbrance, equity, lien, pledge, charge, claim or security interest. I am not aware of any errors in the Accounts.

5. In connection with the sale of the Accounts, electronic and other records were transferred to or otherwise made available to the Buyer (the "Transferred Records"). The Transferred Records are kept by Comenity Capital Bank in the regular course of business, and it was in the regular course of business of Comenity Capital Bank for an employee or representative with personal knowledge of the act, event, condition, or opinion recorded to make memorandum or records or to transmit information thereof to be included in such memorandum or records; and that the records were made at or near the time of the act and/or event recorded or reasonably soon thereafter. To the extent that the Transferred Records include records that were prepared by a third party, they are records that were incorporated into the records of Comenity Capital Bank as a business record and the accuracy of such records are relied upon by Comenity Captial Bank in the regular course of business.

6. The above statements are true to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

Signed this _22ᴺᴰ_ day of _NOVEMBER_, 20_16_.

_Andrea J. Moss_ (AFFIANT NAME)
Comenity Capital Bank

Subscribed and sworn to before me this _22_ day of _NOVEMBER_, 201_16_, by _Andrea J. Moss_, an employee of Comenity Capital Bank

_Travis Betenson_
Notary Public

TRAVIS BETENSON
Notary Public
State of Utah
Comm. No. 686391
My Comm. Expires Dec 12, 2019

# CERTIFICATE OF CONFORMITY

STATE OF UTAH
CITY OF SALT LAKE

The undersigned does hereby certify that he/she is an attorney at law duly admitted to practice in the State of Utah and is a resident of Draper, Salt Lake County, Utah; that he/she is a person duly qualified to make this certificate of conformity; that the foregoing acknowledgment by Andrea J. Moss named in the foregoing instrument taken before Travis Betenson a notary in the State of Utah duly conforms with the laws of the State of Utah, being the State in which it was taken; and when executed by Ms. Moss in the manner indicated will qualify as a valid and effective sworn statement in such state.

11/22/2016
Date

_____
Attorney at law for the State of Utah

DM 149744

# EXHIBIT C

| Field | Field Data |
| --- | --- |
| PRIMARY-ACCT-NO | ████████████2979 |
| FIRST-NAME | EVALINA |
| LAST-NAME | GONZALEZ |
| STR-ADDR-1 | ███████████ |
| CITY | CHICAGO |
| STATE | IL |
| ZIP-CODE | ████ |
| HOME-PHONE | ██████7067 |
| SSN | *****6705 |
| OPEN-DATE | 12/5/2013 |
| WRITE-OFF-DATE | 11/17/2016 |
| LAST-PYMT-DATE | 4/13/2016 |
| LAST-PYMT-AMT | 50 |
| LAST-PRCH-DATE | 10/14/2015 |
| LAST-PRCH-AMT | 113 |
| BIRTH-DATE | ███████ |
| WRITE-OFF-AMT | 1951.74 |
| BAL-ALL-PLANS | 1951.74 |
| ACCT-ID | 844096297 |

Data printed from electronic records provided by COMENITY CAPITAL BANK pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 11/29/2016 in connection with the sale of accounts from COMENITY CAPITAL BANK to Midland Funding, LLC.