IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIELA RAMIREZ, FIDELA AVINA, RUEL NIETO, KATHERINE RANOS, and EVALINA GONZALEZ, on behalf of themselves and all others similarly situated, | Case No. 1:17-cv-02626 |
| Plaintiff, | Judge: Jorge L. Alonso |
| v. | Magistrate Judge: Susan E. Cox |
| MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC., | |
| Defendants. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, MIDLAND FUNDING, LLC ("Midland Funding"), MIDLAND CREDIT MANAGEMENT, INC. ("MCM") and ENCORE CAPITAL GROUP, INC. ("Encore"), by and through their attorneys, David M. Schultz and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, pursuant to Federal Rule of Civil Procedure 56, hereby move that summary judgment be entered in their favor and against Plaintiff as to all claims asserted in the Amended Class Complaint. In support of their Motion, Defendants incorporate by reference the arguments made and the authorities cited in their Memorandum of Law in Support of their Motion for Summary Judgment filed contemporaneously with this Motion.

WHEREFORE, Defendants, MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC., pray that this Court enter its Order granting summary judgment in Defendants' favor and against Plaintiff on all claims asserted in the Amended Class Complaint and that judgment be entered thereon pursuant to Federal Rule of Civil Procedure 56.

2

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

        */s/ Lindsey A.L. Conley*
        David M. Schultz
        Lindsey A.L. Conley
        Hinshaw & Culbertson LLP
        151 North Franklin Street, Suite 2500
        Chicago, IL 60606
        Tel: 312-704-3000
        E-mail: dschultz@hinshawlaw.com
        E-mail: lconley@hinshawlaw.com
        Attorneys for Defendants

304298060v1 0997515

## CERTIFICATE OF SERVICE

      I, Lindsey A.L. Conley, an attorney, certify that I shall cause to be served a copy of **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** upon the following individual(s), by deposit in the U.S. mail box at 151 North Franklin Street, Chicago, Illinois 60606, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this on September 6, 2019.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | Michael Wood |
| ___ | Federal Express | Celetha Chatman |
| ___ | E-Mail & U.S. Mail | COMMUNITY LAWYERS GROUP, LTD. |
| ___ | Messenger | 20 N. Clark Street, Suite 3100 |
| | | Chicago, IL 60602 |
| | | Phone: (312) 757-1880 |
| | | Fax: (312) 476-1362 |
| | | mwood@communitylawyersgroup.com |
| | | cchatman@communitylawyersgroup.com |

David M. Schultz  
Lindsey A.L. Conley  
HINSHAW & CULBERTSON LLP  
151 North Franklin Street, Suite 2500  
Chicago, IL 60606  
Telephone: 312-704-3000  
Facsimile: 312-704-3001  
dschultz@hinshawlaw.com  
lconley@hinshawlaw.com  

*/s Lindsey A.L. Conley*  
Lindsey A.L. Conley  
One of the Attorneys for Defendants